THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNY POWER TRADING HONG KONG LIMITED,<br><br>    Plaintiff,<br><br> vs.<br><br>180s USA, LLC, and<br>180s IP Holdings, LLC,<br><br>    Defendants. | Case No.: 26-cv-672<br><br>Judge Edgardo Ramos<br><br>Magistrate Judge Barbara C. Moses |

## **PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff SUNNY POWER TRADING HONG KONG LIMITED (Amazon Seller alias: METOG®Apparel) ("Plaintiff") respectfully moves this Court for an Order granting a Temporary Restraining Order to prevent the destruction of Plaintiff's inventory by Amazon amd to reinstate Plaintiff listings concerning the ASINs while this matter is pending.

Specifically, Plaintiff requests that this Court enter an order:

1.  Requiring Defendants to provide written notice to Amazon.com to preserve Plaintiff's inventory currently under authenticity review and to refrain from destroying said inventory;

2.  Preventing Amazon from destroying Plaintiff's inventory, consisting of approximately 29,957 units across multiple ASINs, pending resolution of this action;

3.  Requiring Defendants to withdraw or suspend the intellectual property complaints filed with Amazon that resulted in the deactivation of Plaintiff's listings;

1

    4. Requiring Amazon to reinstate Plaintiff's listings and selling privileges for the affected ASINs; and

    5. Such other and further relief as this Court deems just and proper.

This *ex parte* Motion is made on the grounds that Plaintiff faces imminent and irreparable harm from the scheduled destruction of its inventory by Amazon on February 2, 2026 and February 8, 2026, and the continued suspension of its product listings, as a direct result of Defendants' trademark infringement complaints based on a trademark registration that Plaintiff contends is invalid due to functionality, fraud in its procurement, and genericness.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Yanfei Peng, the Declaration of Shan Zhu, and the pleadings and papers on file in this action.

Dated: January 28, 2026

                              Respectfully submitted,

                              /s/Shan Zhu
                              Shan Zhu
                              3808 Union Street Suite 9A-107
                              Flushing, New York 11354
                              Phone: 917-636-7914
                              Email: szhu@szhulaw.com

                              *Attorneys for Plaintiff*