# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Zhongshan Qushi Electronic Commerce Co., Ltd. d/b/a Amosijoy,**<br><br>Plaintiff,<br><br>v.<br><br>**Graham Alexander Steven,**<br><br>Defendant. | **Case No. 1:24-cv-12803**<br><br>Honorable Matthew F. Kennelly |

## TEMPORARY RESTRAINING ORDER

Plaintiff Zhongshan Qushi Electronic Commerce Co., Ltd. d/b/a Amosijoy ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief[1] (the "Motion") against Defendant Graham Alexander Steven ("Defendant"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in its entirety.

This Court concludes that issuing this Order under Rule 65 of the Federal Rules of Civil Procedure is warranted because Plaintiff has provided specific facts in the Complaint [1], ¶¶ 2, 11, 12, 14 - 36, the Motion [7] and the Memorandum in Support of the Motion [8], and in the Declaration of Sunny Ye [8-1], along with supporting evidence, that clearly demonstrates the risk of immediate and irreparable harm, loss, or damage to the movant if the Order is not granted. Specifically, in the absence of an Order, Plaintiff's frozen inventory would be destroyed on or before January 29, 2025, valued at approximately $785,000 USD. Accordingly, this Court orders that:

---

[1] "The Court finds that the motion is not an ex parte motion because it's been served on the defendant." (Dkt. #11).

1. Defendant, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be ordered as follows:

    a. requiring Defendant to provide written notice of the injunction to Amazon.com to restore Plaintiff's inventory currently restrained.

    b. requiring Amazon to release the frozen listings: B0B6N6S2BD, B09WCY6Q9N, B09WDDGP2V, B0BCF8KMLR, B0CMT5C8XC, B0CNGLY3NP, B0BDYDPLDZ, B0BJZ8YPZD, B0BWDM48GZ, B0BJZLCX6Z, B0CQY8VLZS, B0CCNB65PG, B0CX53K63V, and B0CX4YWZVH (the "Non-Infringing Products"); and

    c. preventing Amazon from destroying Plaintiff's Non-Infringing Products.

2. Amazon shall, within seven (7) calendar days of receipt of this Order, confirm that the Non-Infringing Products currently frozen are reinstated.

3. Plaintiff shall provide notice of the proceedings in this case to Defendant, including notice of the preliminary injunction hearing, and any pending and future motions pursuant to Fed. R. Civ. P. 4(f)(3), by sending an e-mail to the e-mail address provided for Defendant by Amazon with the Complaint, this Order, and other relevant documents. The notice via e-mail shall constitute notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford them the opportunity to present its objections.

4. Defendant may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

5. This Temporary Restraining Order was granted orally at or about 9:00 A.M. on January 14, 2025, and this written order is entered at or about 10:00 AM on January 15, 2025. Th

order will remain in effect through January 28, 2025. Any motion to extend this Order must be filed by January 23, 2025.

6. A preliminary injunction hearing is set for January 28, 2025, at 9:10 am, using call-in number 650-479-3207, access code 2305-915-8729

Date: Jan. 15, 2025

_____
MATTHEW F. KENNELLY
United States District Judge