THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNY POWER TRADING HONG KONG LIMITED,

    Plaintiff,

vs.

180s USA, LLC, and
180s IP Holdings, LLC,

    Defendants.

Case No.: 26-cv-00672 _____

## DECLARATION OF YANFEI PENG

I, Yanfei Peng, declare as follows:

1. I am the operation director of SUNNY POWER TRADING HONG KONG LIMITED, successor of Guangzhou Qingyouchuan Shangmaoyouxiangongsi (Amazon Seller alias: METOG®Apparel) ("Plaintiff" or "METOG"). I have personal knowledge of the facts stated in this declaration and, if called upon, I could and would testify competently thereto.

2. METOG is a Hong Kong limited company that specializes in winter apparel and accessories, including ear warmers, earmuffs, and related cold-weather products. METOG has been selling products on Amazon.com under the METOG brand since 2015.

3. A significant portion of METOG's revenue is derived from sales on Amazon's marketplace. The platform serves as a critical channel for reaching customers, marketing products, and generating revenue. Our products are well-regarded by customers for their quality and reliability, and we have invested substantial resources in developing, manufacturing, and promoting them.

1

4. On or about November 3, 2025, Defendant 180s USA, LLC filed multiple trademark infringement complaints with Amazon alleging that METOG's ear warmer products infringe U.S. Trademark Registration No. 3,089,225, which covers a behind-the-head ear warmer configuration.

5. As a result of Defendants' complaints, Amazon removed METOG's product listings for the following 25 ASINs: B01B4GI1TU, B01M000DHS, B01MAXQFKA, B01MTL482V, B018CD5IJO, B018CD5JES, B018CD5JUM, B08HMVTJQS, B0BJK8ZS84, B0BJJQ2PQ5, B0BJJRNR35, B0BMLM2PLY, B0BMLMCLKX, B0BMLNC1MH, B0DC5ZC5FD, B0DC61BMWZ, B0DC61SSRZ, B0DC62422G, B0DCBBKK73, B0DCBBYGKH, B0DCBCB71X, B0DCBDGNDQ, B0DCBDP6CZ, B0DCBDS3DX, and B0DCBMXS98.

6. In addition to removing the product listings, Amazon initiated "authenticity reviews" of METOG's FBA (Fulfillment by Amazon) inventory, alleging the products may be counterfeit. Amazon has notified METOG that its inventory will be destroyed if METOG cannot prove authenticity within the specified deadlines.

7. Specifically, Amazon has threatened to destroy METOG's inventory according to the following schedule:

    a. On January 3, 2026, Amazon notified METOG that 573 units across 7 ASINs (B0BJJQ2PQ5, B0BJJRNR35, B0DCBBKK73, B0DCBDGNDQ, B0DCBDP6CZ, B0DCBDS3DX, and B0DCBMXS98) would be destroyed within 30 days, i.e., by February 2, 2026.

    b. On January 9, 2026, Amazon notified METOG that 29,384 units across 12 additional ASINs (B018CD5IJO, B018CD5JES, B018CD5JUM, B01B4GI1TU, B01M000DHS, B01MAXQFKA, B01MTL482V, B08HMVTJQS,

B0DC5ZC5FD, B0DC61BMWZ, B0DC61SSRZ, and B0DC62422G) would be destroyed within 30 days, i.e., by February 8, 2026.

8. In total, Amazon has threatened to destroy approximately 29,957 units of METOG's inventory. This inventory is valued at approximately $44,935.5 USD, which represents a substantial portion of our business assets.

9. METOG's products are genuine METOG-branded products manufactured for and by METOG. They are not counterfeit products. The trademark complaint filed by Defendants concerns the design configuration of the ear warmers (behind-the-head style), not any allegation that METOG is counterfeiting 180s-branded products.

10. METOG has attempted to resolve this matter directly with Defendant 180s USA, LLC but has been unable to reach an agreement.

11. The freezing and potential destruction of our inventory have caused, and will continue to cause, severe and irreparable harm to METOG, including:

    a. Permanent loss of inventory, representing substantial financial investment in manufacturing and logistics;

    b. Inability to fulfill customer orders, resulting in canceled sales, loss of market share, and loss of customer trust;

    c. Damage to our reputation and goodwill due to the suspension of our products on Amazon;

    d. Loss of Amazon seller metrics and account standing, which will affect our ability to conduct business on the platform in the future.

12. Once Amazon destroys METOG's inventory, the harm cannot be undone. No subsequent damages award can restore the products or METOG's ability to fulfill pending or future customer orders.

13. I am informed and believe, and based thereon allege, that Defendants' trademark registration is invalid because the behind-the-head ear warmer configuration is functional, was procured through fraud on the USPTO, and is generic. I understand that this lawsuit seeks a declaration that the trademark is invalid and seeks to prevent the destruction of METOG's inventory while this matter is adjudicated.

14. Additionally, it is not the first time the Defendants have attempted to remove my listing. In October 2019, Defendants complainted and Amazon removed my listing. Through my appeal to the Amazon team, the listing was reinstated in the following month. I have enclosed the email correspondence between Amazon concerning the said incident.

15. I respectfully request that this Court issue a Temporary Restraining Order to preserve METOG's inventory, prevent its destruction, and reinstate METOG's right to sell while this matter is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: January 26, 2026

_Yanfei Peng_
Yanfei Peng
Operation Director
Sunny Power Trading Hong Kong Limited
d/b/a METOG®Apparel