THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNY POWER TRADING HONG KONG LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>180s USA, LLC, and<br>180s IP Holdings, LLC,<br><br>    Defendants. | Case No.: 26-cv-672<br><br>Judge Edgardo Ramos<br><br>Magistrate Judge Barbara C. Moses |

### DECLARATION OF SHAN ZHU

I, Shan Zhu, declare as follows:

1. I represent SUNNY POWER TRADING HONG KONG LIMITED in the above-referenced matter. I am familiar with the facts base on documents maintained by this office.

2. I have attached hereto as Exhibit A is a true copy of registration certificate for U.S. Patent No. 6,920,645 B2.

3. I have attached hereto as Exhibit B is a copy of the office action issued on April 26, 2025.

4. I have attached hereto as Exhibit C is a copy of Defendants' response to the office action dated October 27, 2005.

5. I have attached hereto as Exhibit D is a copy of the notice of petition for cancellation filed by H&M Hennes & Mauritz, L.P. against 180s, Inc.

6. I have attached hereto as Exhibit E is a copy of the notice of petition for cancellation filed by Brookstone Company, Inc. against 180s, Inc.

1

2

7. I have attached hereto as Exhibit F is a copy of correspondence from the Plaintiff's predecessor dated October 15, 2019 concerning the same dispute over the Defendants' trademark.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: January 28, 2026              /s/ Shan Zhu

                                    Shan Zhu