US006920645B2

## (12) United States Patent
LeGette et al.

(10) Patent No.: **US 6,920,645 B2**

(45) Date of Patent: **\*Jul. 26, 2005**

(54) **APPARATUS AND METHOD FOR MAKING AN EAR WARMER AND AN EAR WARMER FRAME**

(75) Inventors: **Brian Edward LeGette**, Baltimore, MD (US); **Justin Saul Werner**, Millersville, MD (US); **Ronald L. Wilson, II**, Catonsville, MD (US)

(73) Assignee: **180s, Inc.**, Baltimore, MD (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 23 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/335,930**

(22) Filed: **Jan. 3, 2003**

(65) **Prior Publication Data**

US 2003/0097706 A1 May 29, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/986,103, filed on Nov. 7, 2001, now Pat. No. 6,502,248, which is a continuation of application No. PCT/US01/11041, filed on Apr. 5, 2001, which is a continuation-in-part of application No. 09/521, 241, filed on Apr. 5, 2000, now Pat. No. 6,332,223.

(51) **Int. Cl.**[7] .................................................. **A42B 1/06**
(52) **U.S. Cl.** ........................................................ **2/209**
(58) **Field of Search** ............................ 2/209, 207, 208, 2/171, DIG. 11

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 138,894 | A | | 5/1873 | Isidor | |
| 365,061 | A | * | 6/1887 | Friedman | 2/208 |
| 548,738 | A | | 10/1895 | Ballard | |
| 804,731 | A | | 11/1905 | Keller | |
| 869,741 | A | * | 10/1907 | Seitzman | 2/206 |
| 932,487 | A | * | 8/1909 | Melio | 2/208 |
| 953,623 | A | | 3/1910 | Keller | |
| 1,179,473 | A | | 4/1916 | Taylor | |
| 1,274,842 | A | * | 8/1918 | Basch | 2/208 |
| 1,326,875 | A | | 12/1919 | Miller | |
| 1,398,958 | A | | 12/1921 | Basch | |
| 1,577,183 | A | | 3/1926 | Dowiarz | |
| 1,628,483 | A | | 5/1927 | Wiegand et al. | |
| 1,988,880 | A | | 1/1935 | Strouse | |
| 2,070,216 | A | | 2/1937 | Rosenberg | |

(Continued)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2180036 | A1 | 1/1997 |
| CH | 294003 | | 9/1951 |
| DE | 2516709 | A1 | 10/1976 |

(Continued)

### OTHER PUBLICATIONS

Matthew Isom et al., "Apparatus and Method for Making an Ear Warmer and an Ear Warmer Frame," Specification and drawings of U.S. Appl. No. 10/056,093, filed Jan. 28, 2002.

Dean Bavetta et al., "Ear Protection Device" Specification and drawings of U.S. Appl. No. 10/330,213, filed Dec. 30, 2002.

Advertisement, The "PODZ" ear warming eye glass retainer, Shred Alert Products of Hood River, Oregon.

1999–2000 Catalog, "Accessory Goods," Nitty Company, Ltd., 4 pages.

*Primary Examiner*—Rodney M. Lindsey

(74) *Attorney, Agent, or Firm*—Cooley Godward LLP

(57) **ABSTRACT**

An ear warmer comprises a set of membranes and a frame. The set of membranes collectively defines an outer perimeter. The set of membranes is attached along the outer perimeter to define an attachment portion. The attachment portion is entirely disposed within an interior of the set of membranes. The frame is disposed within the interior of the set of membranes.

**20 Claims, 18 Drawing Sheets**



## US 6,920,645 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,216,954 A | 10/1940 | McDonough | |
| 2,246,031 A | 6/1941 | Baritz et al. | |
| 2,314,782 A | 3/1943 | Goretsky | |
| 2,333,392 A | 11/1943 | Rosenzweig | |
| 2,378,398 A | 6/1945 | Fiedler | |
| 2,405,326 A | 8/1946 | Plotsky | |
| 2,420,245 A | 5/1947 | Hurst | |
| 2,532,852 A | 12/1950 | Oaks | |
| 2,582,907 A | 1/1952 | Kaufmann | |
| 2,586,644 A | 2/1952 | Gilbert | |
| 2,615,169 A | 10/1952 | Maxant | |
| 2,651,046 A * | 9/1953 | Berg | 2/209 |
| 2,671,221 A | 3/1954 | Triplett | |
| 2,717,930 A | 9/1955 | Hintz | |
| 2,776,436 A | 1/1957 | Berg | |
| 2,858,544 A | 11/1958 | Roth | |
| 2,899,683 A | 8/1959 | Wadsworth et al. | |
| 3,087,028 A | 4/1963 | Bonnin | |
| 3,112,493 A | 12/1963 | Greenberg | |
| 3,119,119 A | 1/1964 | Millinger et al. | |
| 3,156,923 A | 11/1964 | Timm | |
| 3,249,949 A | 5/1966 | Rosenberg et al. | |
| 3,308,480 A | 3/1967 | Elder | |
| 3,447,160 A | 6/1969 | Teder | |
| 3,509,580 A | 5/1970 | Rubenstein et al. | |
| 3,721,993 A | 3/1973 | Lonnstedt | |
| 3,728,741 A * | 4/1973 | Lepor | 2/209 |
| 3,787,899 A | 1/1974 | Krawagna | |
| 3,841,325 A | 10/1974 | Pickard | |
| 3,944,018 A | 3/1976 | Satory | |
| 4,065,176 A | 12/1977 | Fontana | |
| 4,277,847 A | 7/1981 | Florio | |
| 4,349,081 A | 9/1982 | Pepple | |
| 4,391,000 A | 7/1983 | Lonnstedt | |
| 4,404,434 A | 9/1983 | Pelt et al. | |
| 4,409,442 A | 10/1983 | Kamimura | |
| 4,445,005 A | 4/1984 | Furuhashi | |
| 4,463,223 A | 7/1984 | Yamanoi et al. | |
| 4,471,496 A | 9/1984 | Gardner, Jr. et al. | |
| 4,486,903 A | 12/1984 | Krystal | |
| 4,516,274 A | 5/1985 | Buckland | |
| 4,542,803 A | 9/1985 | Houng | |
| 4,546,215 A | 10/1985 | Ferraro | |
| 4,571,746 A | 2/1986 | Görike | |
| 4,615,185 A | 10/1986 | Bollinger | |
| 4,633,530 A | 1/1987 | Satterfield | |
| 4,654,898 A | 4/1987 | Ishikawa | |
| 4,660,229 A | 4/1987 | Harris | |
| 4,662,590 A | 5/1987 | Hungerford, Jr. | |
| 4,669,129 A | 6/1987 | Chance | |
| 4,670,911 A | 6/1987 | Dunford | |
| 4,682,374 A | 7/1987 | Geiser | |
| 4,713,843 A | 12/1987 | Duncan | |
| 4,727,599 A | 2/1988 | Rappaport et al. | |
| 4,747,145 A | 5/1988 | Wiegel | |
| 4,776,042 A | 10/1988 | Hanson et al. | |
| 4,776,044 A | 10/1988 | Makins | |
| 4,783,822 A | 11/1988 | Toole et al. | |
| 4,791,684 A | 12/1988 | Schwartz | |
| 4,796,307 A | 1/1989 | Vantine | |
| 4,802,245 A | 2/1989 | Miano | |
| D301,477 S | 6/1989 | Storyk | |
| 4,858,248 A | 8/1989 | Goldsmith et al. | |
| 4,864,619 A | 9/1989 | Spates | |
| 4,872,219 A | 10/1989 | Duncan | |
| 4,907,266 A | 3/1990 | Chen | |
| 4,918,757 A | 4/1990 | Janssen et al. | |
| 4,982,451 A | 1/1991 | Graham | |
| 5,033,094 A | 7/1991 | Hung | |
| 5,038,412 A | 8/1991 | Cionni | |

| | | | |
|---|---|---|---|
| 5,052,194 A | 10/1991 | Jarus | |
| 5,086,789 A | 2/1992 | Tichy | |
| 5,117,464 A | 5/1992 | Jones et al. | |
| 5,117,465 A | 5/1992 | MacDonald | |
| 5,164,987 A | 11/1992 | Raven | |
| 5,201,856 A | 4/1993 | Edwards | |
| 5,257,420 A | 11/1993 | Byrne, Jr. | |
| 5,327,178 A | 7/1994 | McManigal | |
| 5,339,467 A | 8/1994 | Brinkley | |
| 5,357,585 A | 10/1994 | Kumar | |
| 5,509,146 A | 4/1996 | Bryerton, Sr. | |
| 5,528,774 A * | 6/1996 | Sanders | 2/209 |
| 5,545,859 A | 8/1996 | Ullrich | |
| 5,551,089 A | 9/1996 | Whidden | |
| 5,551,090 A | 9/1996 | Thompson | |
| D375,825 S | 11/1996 | Whidden | |
| 5,617,589 A | 4/1997 | Lacore et al. | |
| 5,673,438 A | 10/1997 | Lambert | |
| 5,691,515 A | 11/1997 | Landis | |
| D390,564 S | 2/1998 | Savona | |
| 5,718,001 A | 2/1998 | Wright | |
| 5,724,119 A | 3/1998 | Leight | |
| 5,749,099 A | 5/1998 | Voorhees | |
| 5,821,468 A | 10/1998 | Urella et al. | |
| 5,835,609 A * | 11/1998 | LeGette et al. | 381/385 |
| 5,860,166 A | 1/1999 | Ritts | |
| 5,887,286 A | 3/1999 | Waldron | |
| 5,898,945 A | 5/1999 | Weiser | |
| 5,943,703 A | 8/1999 | Avila, Jr. | |
| 6,016,574 A | 1/2000 | Chen | |
| 6,029,282 A | 2/2000 | Buschman | |
| 6,055,672 A | 5/2000 | Natvig | |
| 6,065,157 A | 5/2000 | Felman | |
| 6,104,824 A | 8/2000 | Ito | |
| 6,332,223 B1 | 12/2001 | Le Gette et al. | |
| 6,499,146 B2 | 12/2002 | Bavetta et al. | |
| 6,502,247 B2 | 1/2003 | Le Gette et al. | |
| 6,502,248 B2 | 1/2003 | Le Gette et al. | |
| D473,539 S | 4/2003 | O'Leary | |
| 6,735,784 B2 * | 5/2004 | Isom et al. | 2/209 |
| 6,744,901 B2 | 6/2004 | Ito et al. | |
| 2004/0187192 A1 | 9/2004 | Isom et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4422767 A1 | 1/1996 |
| DE | 29800973 U1 | 4/1998 |
| DE | 29812652 U1 | 3/1999 |
| EP | 0 745 364 A3 | 1/1997 |
| FR | 1353524 | 1/1964 |
| FR | 2538204 A1 | 12/1982 |
| FR | 2 532 838 A1 | 3/1984 |
| FR | 2 536 253 A | 5/1984 |
| GB | 1327614 | 8/1973 |
| GB | 2062478 A | 5/1981 |
| GB | 2320885 A | 7/1998 |
| GB | 2339642 A | 2/2000 |
| JP | 57-205216 | 12/1982 |
| JP | 58-15618 | 1/1983 |
| JP | 59-129815 | 8/1984 |
| JP | 60-244188 A | 12/1984 |
| JP | 60-29141 | 2/1985 |
| JP | 62-21016 | 2/1987 |
| JP | 63-20232 | 6/1988 |
| JP | 1-125319 | 8/1989 |
| JP | 63-21972 | 8/1989 |
| JP | 6-41720 | 6/1994 |
| JP | 6-351090 A | 12/1994 |
| JP | 10-85251 | 4/1998 |
| JP | 11-229223 | 8/1999 |
| JP | 10257581 | 8/2000 |
| JP | 2002-11036 | 1/2002 |

**US 6,920,645 B2**

Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| WO | WO 92/17079 | 10/1992 | | WO | WO 01/76402 | 10/2001 |
| WO | WO 94/09734 | 5/1994 | | WO | WO 02/083044 A1 | 10/2002 |
| WO | WO 97/48296 | 12/1997 | | WO | WO 03/086124 A1 | 10/2003 |
| WO | WO 98/07062 | 2/1998 | | | | |
| WO | WO 98/31314 | 7/1998 | | * cited by examiner | | |

## FIG. 1





FIG. 2

FIG. 3

FIG. 4

**FIG. 5**



**FIG. 7**



**FIG. 6**





FIG. 8

**FIG. 9**



**FIG. 10**



**FIG. 11**





FIG. 12

FIG. 13



**FIG. 14**



**FIG. 15**

## FIG. 16A



## FIG. 16B



## FIG. 17



## FIG. 18



**FIG. 20A**



**FIG. 19A**



**FIG. 20B**



**FIG. 19B**



**FIG. 21**

 

**FIG. 22**



**FIG. 23**



**FIG. 24**

**FIG. 25**

**FIG. 26**

**FIG. 27**



**FIG. 29**



## FIG. 28



## FIG. 30



## FIG. 31





FIG. 32

FIG. 33

US 6,920,645 B2

1

# APPARATUS AND METHOD FOR MAKING AN EAR WARMER AND AN EAR WARMER FRAME

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/986,103, entitled "Apparatus and Method for Making an Ear Warmer and an Ear Warmer Frame," filed Nov. 7, 2001 now U.S. Pat. No. 6,502,248, which is a continuation of PCT Application Ser. No. PCT/US01/11041, entitled "Apparatus and Method For Making an Ear Warmer and an Ear Warmer Frame," filed Apr. 5, 2001, which has been published as International Publication No. WO01/76402A1 on Oct. 18, 2001, the disclosure of which is incorporated by reference in its entirety, which is a continuation-in-part of U.S. patent application Ser. No. 09/521,241, entitled "Apparatus and Method for Making an Ear Warmer Having Interior Seams," filed Apr. 5, 2000, now U.S. Pat. No. 6,332,223 B1, the disclosure of which is incorporated by reference in its entirety. This application is related to U.S. patent application Ser. No. 09/978,591, entitled "Apparatus and Method for Making an Ear Warmer Having Interior Seams," filed Oct. 18, 2001, the disclosure of which is incorporated by reference in its entirety.

## BACKGROUND

The present invention relates to an ear warmer device. More specifically, the present invention relates to an apparatus and a method for making an ear warmer having interior seams and an ear warmer frame.

## SUMMARY OF THE INVENTION

An ear warmer comprises a set of membranes and a frame. The set of membranes collectively defines an outer perimeter. The set of membranes is attached along a portion of the outer perimeter or the entire outer perimeter to define an attachment portion. The attachment portion is entirely disposed within an interior of the set of membranes. The frame is disposed within the interior of the set of membranes.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a set of membranes for use in constructing an ear warmer, according to an embodiment of the present invention.

FIG. 2 illustrates an arrangement of an ear warmer shell during an interim step in an assembly process, according to an embodiment of the present invention.

FIGS. 3, 4 and 5 illustrate top views of the ear warmer shell of FIG. 2 at different steps in a method for assembling an ear warmer, according to an embodiment of the present invention.

FIG. 6 illustrates a top view of a frame that can be disposed within an ear warmer shell to form an ear warmer, according to an embodiment of the present invention.

FIG. 7 illustrates a frame member of a frame to be inserted into an ear warmer shell, according to an embodiment of the present invention.

FIG. 8 illustrates ear membranes according to an alternative embodiment of the present invention.

FIG. 9 illustrates a top view of a left portion of an ear warmer, according to an embodiment of the present invention.

2

FIG. 10 illustrates a top view of an ear warmer shell, according to another embodiment of the present invention.

FIG. 11 illustrates internal components of an ear warmer shell, according to yet another embodiment of the present invention.

FIG. 12 illustrates a set of membranes for use in constructing an ear warmer, according to another embodiment of the present invention.

FIG. 13 illustrates a membrane for use in constructing an ear warmer, according to yet another embodiment of the present invention.

FIGS. 14–15 illustrate a frame for use in constructing an ear warmer, according to another embodiment of the invention.

FIGS. 16A–B illustrate a frame for use in constructing an ear warmer, according to another embodiment of the invention.

FIGS. 17–20B illustrate a frame for use in constructing an ear warmer, according to another embodiment of the invention.

FIGS. 21–23 illustrate a frame for use in constructing an ear warmer, according to another embodiment of the invention.

FIGS. 24–25 illustrate a set of membranes for use in constructing an ear warmer, according to another embodiment of the invention.

FIG. 26 illustrates a set of membranes for use in constructing an ear warmer, according to another embodiment of the invention.

FIGS. 27–29 illustrate a set of membranes for use in constructing an ear warmer, according to another embodiment of the invention.

FIG. 30 illustrates a set of membranes for use in constructing an ear warmer, according to another embodiment of the invention.

FIG. 31 illustrates a set of membranes for use in constructing an ear warmer, according to another embodiment of the invention.

FIGS. 32–33 illustrate a set of membranes for use in constructing an ear warmer, according to another embodiment of the invention.

## DETAILED DESCRIPTION

An ear warmer comprises a set of membranes and a frame. The set of membranes collectively defines an outer perimeter. The set of membranes is attached along a portion of the outer perimeter or the entire outer perimeter to define an attachment portion. The attachment portion is entirely disposed within an interior of the set of membranes. The frame is disposed within the interior of the set of membranes.

The term "attachment portion" is defined herein as a portion of the set of membranes between the attachment and the outer edge of the membranes. For example, the ear warmer membranes can be sewn together along their collective perimeter or a portion of that collective perimeter and then turned inside out. In such a case, the sewn seam as well as the extra portion of the membranes between the sewn seam and the outer edge of the membranes are inside the ear warmer; the frame can be inserted into the interior of the membranes. Alternatively, the ear warmer membranes can be bound along their collective perimeter or a portion of that collective perimeter.

As described in greater detail below, the set of membranes may be sewn, bound, or sewn and turned inside out. The set

US 6,920,645 B2

3

of membranes can be coupled together using a combination of sewing, binding, and sewing and then turning inside out.

FIG. 1 illustrates a set of membranes for use in constructing an ear warmer, according to an embodiment of the present invention. As shown in FIG. 1, an ear warmer can be constructed from first ear membrane 100, second ear membrane 110, middle membrane 120 and outer membrane 130. Membranes 100 through 130 can be made of various types of material appropriate for providing warmth while also being comfortable on the wearer's skin. For example, membranes 100 through 130 can be made of such materials as fleece, wool, cotton, foam and/or neoprene.

FIG. 2 illustrates an arrangement of an ear warmer shell during an interim step in an assembly process, according to an embodiment of the present invention. Ear warmer shell 200 includes an arrangement of membranes 100 through 130 where they have been attached together via attachment 140 along the perimeter of the collection of membranes (i.e., along the perimeter of ear warmer 200). Attachment portion 205 is the portion of membranes 100 through 130 between and including attachment 140 and the edge of membranes 100 through 130. For example, when ear warmer membranes 100 through 130 are attached by sewing the membranes together along a portion of their collective perimeter, attachment portion 205 is the extra portion of the membranes between the sewn seam and the outer edge of the membranes.

More specifically, ear warmer shell 200 can be constructed by first disposing first ear membrane 100 and second ear membrane 110 on top of outer membrane 130. Middle membrane 120 can then be placed on top of the set of outer membrane 130, ear membrane 100 and ear membrane 110 in the arrangement shown in FIG. 2. Ear membranes 100 and 110, and middle membrane 120 are on top of each other and outer membrane 130 in the sense that they are ordered in a particular way; the particular orientation of the collection of membranes as shown in the figures herein are not important. The arrangement of membranes 100 through 130 can then be attached along the perimeter of ear warmer 200 via attachment 140. A portion of the perimeter of ear membrane 100 is not attached to outer membrane 130; this unattached perimeter portion is labeled as 101. Similarly, a portion of the perimeter of ear membrane 110 is not attached to outer membrane 130; this unattached perimeter portion is labeled as 111.

As discussed above, a variety of couplings can be used to secure the membranes together. For example, in one embodiment, ear membranes 100 and 110 and middle membrane 120 can be bound to outer membrane 130. In another embodiment, ear membranes 100 and 110 can be sewn to the outer membrane 130 and turned inside out and the middle membrane 120 can be bound to the outer membrane 130. In an alternative embodiment, the middle membrane 120 can be sewn to the outer membrane 130 and turned inside out and the ear membranes 100 and 110 can be bound to outer membrane 130. As apparent, any combination of sewn, bound, and sewn and inside out couplings can be used.

FIGS. 2, 3, 4 and 5 illustrate ear warmer shell 200 at different steps in a method for assembling an ear warmer, according to an embodiment of the present invention. As shown in FIG. 3, ear warmer shell 200 includes a first ear portion 210, a second ear portion 220 and a middle portion 230. First ear portion 210 includes opening 240 that is formed by the perimeter portion 101 of ear membrane 100. Similarly, second ear portion 220 includes opening 250 that is formed by the perimeter portion 111 of ear membrane 110.

4

Channel 260 is formed by middle portion 120 and the portion of outer membrane 130 disposed with middle membrane 120. More specifically, middle membrane 120 is attached along two portions 121 and 122 of its perimeter to outer membrane 130 while the two remaining portions 123 and 124 of the perimeter of middle membrane 120 are not attached to outer membrane 130. These unattached perimeter portions of middle membrane 120 generally correspond to openings 240 and 250, thus channel 260 is formed between the attached perimeter portions of middle membrane 120 from opening 240 to opening 250.

As shown in FIG. 3, ear portion 210 can be turned inside out through opening 240. More specifically, line 270 shows the direction in which ear portion 210 should be moved to turn it inside out. The outer edge 210A of ear portion 210 is moved through opening 240 so that ear portion 210 is turned inside out. In other words, an interior formed by ear membrane 100 and outer membrane 130 is turned outward by moving the end 210A of ear portion 210 along line 270 through opening 240 and then completely turned outward as shown in FIG. 4. In this manner, attachment 140 (e.g., an externally sewn seam) along the perimeter of ear portion 210 is turned inward so that a portion of the attachment 140 is located within a newly defined interior portion of ear portion 210. Consequently, this portion of attachment 140 is not visible from the outside of ear warmer shell 200, and rather is internal to ear warmer shell 200.

FIG. 4 illustrates another step for assembling an ear warmer according to an embodiment of the present invention. The outer edge 220A of ear portion 220 is turned inside out along line 280 so that the outer edge of ear portion 220 is moved through channel 260 and through opening 240. Once ear portion 220 is partially turned inside out within channel 260, it can be further moved along motion line 280 through the use of an additional device such as a dowel so that ear portion 220 can completely transit the channel 260 and be moved through opening 240.

Note that as ear portion 220 is turned inside out as described above in reference to FIG. 4, the middle portion 230 is also turned inside out. In other words, as the outer edge of ear portion 220 is turned inside out, the middle portion 230 is moved through its channel 260 and through opening 240. Consequently, middle portion 230 is turned inside out so that the exterior sides of middle portion 230 as shown in FIGS. 2 and 3 are now interior to ear warmer shell 200 as shown in FIG. 4.

The unattached portions 125 and 126 of middle membrane 120 can then be placed through the respective openings 240 and 250 so that the ends of middle membrane 120 (shown, for example, as having tabs in FIGS. 3–5) are not visible from the outside but rather are disposed within the interior formed by ear membrane 100 and outer membrane 130 on one side of ear warmer shell 200 and formed by ear membrane 110 and outer membrane 130 are on the other end of ear warmer shell 200. Thus, as shown in FIG. 5, attachment 140 (e.g., the sewn seams) that was externally visible as the membranes were initially attached along the outer perimeter of ear warmer shell 200 (as illustrated, for example, in FIG. 2) are now all internal to ear warmer shell 200 and not visible from the exterior as shown in FIG. 5. In such a case, ear warmer shell 200 has a different appearance from that disclosed in U.S. Pat. No. 5,835,609 while yet being an aesthetically pleasing appearance and also obviating the need for binding over an external seam.

FIG. 6 illustrates a top view of a frame that can be disposed within an ear warmer shell to form an ear warmer,

US 6,920,645 B2

**5**

according to an embodiment of the present invention. Frame **300** includes a first frame member **310**, a second frame member **310** and a third frame member **320**. Frame member **320** can be, for example, a slidably adjustable band having an inner curved side **321** and an outer curved side **322**. U.S. Pat. No. 5,835,609 discloses an example of frame **300** including frame members **310** and **320** and is incorporated herein by reference (see, e.g., FIGS. **28**–**38** and the associated written description in U.S. Pat. No. 5,835,609). Connection **15** device **330** (such as a rivet) can attach frame members **310** to frame member **230**.

FIG. **7** illustrates a frame member of a frame to be inserted into an ear warmer shell, according to an embodiment of the present invention. More specifically, frame member **310** may have any shape that is conducive to being comfortably placed against a user's ear. For example, in one embodiment, frame member **310** has a frusto-conical shape. In another embodiment, frame member **310** has a frusto-hemispheric shape.

Frame member **310** can include a connection portion **311**. In the embodiment shown in FIG. **7**, the connection portion **311** can include a rivet hole that aligns with a similar rivet hole in third frame member **320** (shown in FIG. **6**); connection device **330** can then attach frame members **310** to frame member **320** via their respective connection portions **311**. Alternatively, a connection portion of a frame member (similar in function to connection portion **311** and connection device **330** of frame member **300**) can be an integral snap-fit connector that complimentarily fits with an associated portion on a band-like frame member (similar to frame member **320**).

The unattached frame members of frame **300** can be inserted into ear warmer shell **200** and then attached together by the following steps. First, a frame member **310** can be inserted into ear portion **210** through opening **240**. Similarly, a second frame member **310** can be inserted in ear portion **220** through opening **250**. Of course, frame members **310** can be oriented with respect to the membranes (and the wearer's head) appropriately; for example, outer membrane **130** can be positioned along the rear, outward facing (i.e., not adjacent to the wearer's head) with respect to the ear warmer. In such a case, the frame members **310** should be inserted into the respective interiors of ear portions **210** and **220** such that the relative base of the frame members **310** is disposed towards the wearer's ears (i.e., the curvature of frame member **310** is similar to the wearer's head). Similarly, middle membrane **120** should be disposed inwardly adjacent to the wearer's head when the ear warmer is completely assembled and worn by the wearer.

In the next step in the method for inserting the frame, frame member **320** can be inserted into channel **260** through either opening **240** or **250**. Again, frame member **320** should be disposed within channel **260** so that the curvature of frame member **320** is similar to the curvature of the user's head.

The ends of frame members **310** can be connected to the respective ends of frame member **320**. Once frame members **310** and frame member **320** are appropriately positioned within the interior of ear warmer shell **200**, connection portion **311** of frame member **310** can be disposed through opening **240** along with the corresponding end of frame member **320** so that frame member **310** and frame member **320** can be attached by connection devices **330**. The other end of frame member **320** can likewise be attached to the other frame member **310**.

Once the three frame members are attached to form frame **300**, the ear warmer shell **200** can be arranged so that frame

**6**

**300** is completely disposed within the interior ear warmer shell **200** and is not visible from the exterior. This can be accomplished, for example, by disposing the respective connected ends of frame members **310** and frame member **320** back into the interior ear warmer shell **200**. The tab-like ends of middle membrane **120** can then be reinserted into openings **240** and **250** so that the assembling of the ear warmer including its ear warmer shell **200** and frame **300** is complete.

FIG. **8** illustrates ear membranes according to an alternative embodiment of the present invention. Ear membrane **400**, as shown in FIG. **8**, includes central portion **401** and extended portions **402**. Likewise, ear membrane **410** includes central portion **411** and extended portions **412**. Note, although only one extended portion is labeled as **402** for ear membrane **400** and, similarly, only one extended portion is labeled **412** for ear membrane **410** in FIG. **8**, this notation in FIG. **8** is merely for convenience and would apply to one or more extended portions as appropriate. In an alternative embodiment, each ear membrane may have only one extended portion.

Ear membranes **400** and **410** can be substituted for ear membranes **100** and **110** as described in the apparatus and method described above in reference to FIGS. **1**–**7**. In such an embodiment, the perimeter seams discussed in conjunction with FIG. **2** above would be formed along the partial perimeter of central portion **401** and **411** of ear membranes **400** and **410**, respectively. In other words, extended portions **402** and **412** of ear membranes **400** and **410**, respectively, are disposed outside of the collective perimeter for the ear warmer shell.

When the ear warmer shell is then turned inside out, for example as discussed above in reference to FIGS. **3**–**5**, the extended portions **402** and **412** of ear membranes **400** and **410**, respectively, are located within the interior of the ear warmer shell and form an additional layer of fabric. For example, FIG. **9** illustrates the extended portions of the ear membranes forming an added layer of fabric within the interior of the ear warmer shell.

More specifically, FIG. **9** illustrates a left portion of an ear warmer, according to an embodiment of the present invention. As illustrated in FIG. **9**, the ear portion of the left side of FIG. **9** has the extended portions **402** (shown in phantom) of ear membrane **400** being disposed within the interior of an ear warmer shell such that they form a nearly continuous piece of additional fabric. In such a case, the frame member **310** (shown in phantom) when inserted into an interior of an ear warmer shell can be disposed between extended portions **402** and outer membrane **130**. In such an embodiment, extended portions **402** provide an extra layer of cushioning fabric that is disposed between frame member **310** and the wearer's head. In other words, in such an embodiment, extended portions **402** and **412** in addition to central portions **401** and **411** of ear membranes **400** and **410**, respectively, are disposed between the wearer and the frame member **310**. Extended portions **402** and **412** also prevent the ear membranes from pulling around the frame members **310** and keep the perimeter of the ear membranes at the edge of the frame members **310**.

FIG. **10** illustrates an ear warmer shell according to another embodiment of the present invention. In such an embodiment of ear warmer shell **500**, the ear membranes can have a size slightly smaller than the corresponding portions of the outer membrane. The extra material of the outer membrane portions corresponding to the ear membranes allows the frame (once inserted into the ear warmer shell) to

US 6,920,645 B2

7

better fit within the ear warmer shell **500**. In other words, because the frame to be inserted into the ear warmer shell is curved, the outer curved side (e.g., outer curved side **322** as shown in FIG. **6**) of the frame is a greater distance than the inner curved side (e.g., inner curved side **321** as shown in FIG. **6**) of the frame. Thus, the extra material of the outer membrane allows the ear warmer shell **500** to better fit around the curved shape of the frame.

The method to construct ear warmer shell **500** is similar to that described above in reference to FIGS. **2–5**. Before attaching (e.g., by sewing) the collective perimeter of the membranes, the portion of the outer membrane corresponding to an ear membrane can be pinched inwardly along lines **510** to gather the perimeter of the outer membrane to more closely match the corresponding perimeter of the ear membrane. For example, the portion of the outer membrane corresponding to an ear membrane can be pinched and held inwardly with a clip (such as a binder clip), then the collective perimeter or a portion of the collective perimeter of the membranes can be attached. Thus, collective perimeter of the membranes are aligned when the membranes are being attached while allowing the outer membrane to have extra material so that the frame can better fit within the ear warmer shell **500**.

FIG. **11** illustrates internal components of an ear warmer shell, according to yet another embodiment of the present invention. For purposes of clarity, a covering portion of the ear warmer has been removed to show the internal components of the ear warmer. In this embodiment of an ear warmer shell, pocket membranes **600** and **610** (shown in phantom) are included. In such an embodiment, these additional and separate membranes, i.e., pocket membranes **600** and **610**, can be attached (shown in phantom) along the respective portions of the collective perimeter of the ear warmer shell. In other words, pocket membranes **600** and **610** are attached to respective portions of outer membrane **130** and each form a respective pocket into which a frame member **310** can be inserted.

The pocket membranes **600** and **610**, provide additional cushioning between frame members **310** (shown in phantom) and the head of the user. Pocket membranes **600** and **610** also prevent the membranes from pulling around the frame members **310** and keep the perimeter of the membranes at the edge of the frame members **310**. In one embodiment, pocket membranes **600** and **610** can be attached on top of the respective ear membranes. Thus, when the ear warmer shell is turned inside out (as described above, for example, in reference to FIGS. **3–5**), pocket membranes **600** and **610** are appropriately positioned within the ear warmer shell. Pocket membranes **600** and **610** may be any material that can be coupled to the outer membrane, such as plastic or fabric.

FIG. **12** illustrates a set of membranes for use in constructing an ear warmer, according to another embodiment of the present invention. Similar to the outer membrane **130** and the middle membrane **120** shown in FIG. **1**, FIG. **12** illustrates a membrane having an outer portion **730** and a middle portion **720**. The membranes can be arranged as follows. First, the ear membranes (e.g., ear membranes **100** and **110**) can be placed on the corresponding portions of outer portion **730**, i.e., portions **731** and **732** of outer portion **730**. Middle portion **720** can then be folded on to outer portion **730** along the line **725**. The collective perimeter can then be sewn, bound, or sewn and the membranes can be turned inside out as described above in reference to FIGS. **3–5**.

FIG. **13** illustrates a membrane for use in constructing an ear warmer, according to yet another embodiment of the

8

present invention. Similar to ear membrane **100**, ear membrane **110**, middle membrane **120** and outer membrane **130** shown in FIG. **1**, FIG. **13** illustrates a membrane having ear portion **800**, ear portion **810**, middle portion **820** and outer portion **830**. The membrane portions can be arranged as follows. First, the ear portions **800** and **810** can be folded on to the corresponding portions of outer portion **830** along lines **805** and **815**, respectively. Middle portion **820** can then be folded on to outer portion **830** along the line **825**. The collective perimeter can then be sewn, bound, or sewn and the membranes can be turned inside out as described above in reference to FIGS. **3–5**.

Rather than the separate membranes shown in FIG. **1**, variations to FIGS. **12** and **13** are possible where certain membranes are integrally formed together and folded over. For example, in another embodiment, only one ear membrane is integrally formed with the outer membrane, only two ear membranes are integrally formed with the outer membrane, or only one ear membrane and the middle membrane are integrally formed with the outer membrane.

In another alternative embodiment, the membranes can be integrally formed together at various locations (e.g., discontinuous locations) rather than along the entire fold (such as line **725** shown in FIG. **12**). In yet another embodiment, the membranes can be integrally formed at various locations relative to the outer portion of the membrane. For example, rather than the ear portions being integrally formed at the lower location of the outer portion (as shown in FIG. **13**), the ear portions can be integrally formed with the outer portion at other locations, such as the side locations **830**A and **830**B of the outer portion. The various locations that are possible are those where the portions of the membrane (i.e., the middle portion, and/or the ear portions) fold on to the outer portion of the membrane to appropriately form the ear warmer shell.

FIG. **14** illustrates a frame for use in constructing an ear warmer, according to another embodiment of the present invention. Frame **900** includes a first frame member or band **910** and a second frame member or band **940** that can be slidably coupled together to form frame **900**, as illustrated in FIG. **15**.

In the illustrated embodiment, band **910** includes a first end **912** and a second end **914**. Band **910** includes curved inner and outer surfaces **930**, **932**. Band **910** includes an opening **916** proximate to end **912** to which another frame member (not shown in FIG. **14** or **15**) may be coupled, as previously discussed. Band **910** also includes a slot **918** extending along the length of the band **910**. Slot **918** includes ends **920**, **922**. In the illustrated embodiment, end **920** is a closed end and end **922** is an open end.

Band **910** includes a passageway **926** located proximate to end **914**. Passageway **926** includes an opening **928** through which band **940** may be inserted. A retaining member or abutment **924** is disposed on band **910**. Abutment **924** extends a sufficient distance from the surface of the band **910** so that it engages a connecting or locking member disposed on band **940**, as discussed in greater detail below. Abutment **924** may be located at any location that enables it to engage the locking member. In one embodiment, abutment **924** is located on the inner surface **930** of band **910**. In another embodiment, abutment **924** is located along one of the inner surfaces of the slot **918**, and thereby extending into the slot **918**. While the abutment **924** is illustrated with a triangular shape, the abutment may have any shape or configuration that can retain the bands **910**, **940** together, as discussed below.

US 6,920,645 B2

9

10

In one embodiment, band **940** includes ends **942**, **944** and an opening **952** proximate end **944**. Band **940** includes inner and outer surfaces **954**, **956**. Band includes a connecting or locking member **946** on the inner surface **954** proximate to end **942**. In this embodiment, locking member **946** includes a shaft **948** and a head **950**. Locking member **946** may be formed integral with band **940** or may be coupled thereto. Locking member **946** may be any shape.

In one embodiment, the locking member **946** is fixed relative to band **940**. When the frame **900** is assembled, end **942** of band **940** is inserted into passageway **926** of band **910**. The band **940** is pushed with sufficient force so that locking member **946** engages abutment **924** and passes over the abutment **924**. Abutment **924** may have some flexibility to enable the locking member **946** to pass over it. Once the locking member **946** passes the abutment **924**, the bands **910** and **940** can move relative to each other and the locking member **946** engages the abutment **924**.

In an alternative embodiment, shaft **948** and head **950** are rotatable relative to the band **940**. The locking member **946** can rotate between several positions. In one position, the head **950** of the locking member is oriented substantially parallel to the longitudinal axis of the band **940**. This position can be referred to as a locking position. In another position, the head **950** of the locking member may be oriented at an angle with respect to the longitudinal axis of the band **940**. The angle may range between 0 and 90°. This position can be referred to as a sliding position.

When the frame **900** is assembled, end **942** of band **940** is inserted into passageway **926** of band **910**. Initially, the locking member **946** is rotated to its sliding position. As band **940** slides through passageway **926**, the shaft **948** of locking member **946** slides in slot **918**. As band **940** is inserted into passageway **926**, the locking member **946** passes the abutment **924**.

Once the locking member **946** passes the abutment **924**, it can be rotated to its locking position, which is illustrated in FIG. **15**. In the locking position, head **950** engages abutment **924**, thereby retaining bands **910**, **940** together. The range of movement of band **940** relative to band **910** while the bands are coupled together is limited to the distance between slot end **920** and abutment **924**.

In an alternative embodiment, band **940** can have a hole located where locking member **946** is positioned. In this embodiment, a connector, such as a rivet, can be inserted through the hole and slot **918** to couple the bands **910** and **940** together.

Openings **916** and **952** can be used to couple other frame members (not shown in FIG. **14** or **15**) to the frames **910**, **940**, as discussed above. While the passageway **926** on band **910** and the locking member **946** on band **940** are illustrated on outer surface **932** and inner surface **954**, respectively, the passageway **926** and locking member **946** can be located on the opposite sides of each of their respective bands.

FIGS. **16A–B** illustrate other embodiments of a frame for an ear warmer, according to the present invention. In this embodiment, frame **1000** includes bands **1010**, **1020** that can be slidably coupled together.

Band **1010** includes a slot **1012** with closed ends **1014**, **1016** and a passageway **1018** with an opening **1019** located proximate to an end of the band **1010**. In an alternative embodiment, the side surfaces of the slot can be notched.

Band **1020** includes ends **1024**, **1026** and a locking member **1022** proximate to end **1024** similar to the locking member **946** described relative to FIGS. **14–15**. As discussed relative to locking member **946**, locking member **1022** can be either fixed relative to band **1020** or rotatable relative to band **1020**.

One method of assembling frame **1000** includes the following steps. Bands **1010**, **1020** are placed at an angle to each other and locking member **1022** is inserted into the slot **1012**. If the locking member is spherical, then the bands **1010**, **1020** can be aligned. Once the locking member **1022** is inserted, the bands **1010**, **1020** are turned so that they are substantially parallel to each other. Each of the bands **1010**, **1020** is made of flexible material that allows the bands to bend in several directions. Then, end **1026** of band **1020** is inserted into the opening **1019** of passageway **1018**. In an alternative embodiment, band **1010** can be longer than band **1020** to facilitate the insertion of end **1026** into opening **1019** and the assembly of the frame **1000**.

Bands **1010**, **1020** are then slidably coupled together. The range of movement of the bands **1010**, **1020** is determined by the length of the slot **1012**.

Another method of assembling frame **1000** includes the following steps. Bands **1010**, **1020** are placed adjacent each other so that end **1026** is proximate to passageway **1018** and end **1024** is proximate to the other end of band **1010**. End **1026** of band **1020** is inserted into the opening **1019** of passageway **1018**.

The locking member **1022** is rotated to its sliding position and the head of locking member **1022** is inserted into slot **1012**. Because the bands **1010**, **1020** are made from a flexible material, such as plastic, band **1020** can be bent during the assembly process to enable locking member **1022** to be inserted into slot **1012**. Once locking member **1022** is inserted, locking member **1022** is rotated to its locking position, thereby preventing the separation of bands **1010**, **1020**. Bands **1010**, **1020** are then slidably coupled together. The range of movement of the bands **1010**, **1020** is determined by the length of the slot **1012**.

In an alternative embodiment, as illustrated in FIG. **16B**, the bands can also be coupled together by a connector **1023**. Band **1020** includes a hole **1021** through which connector **1023** may be inserted. The use of a connector establishes a non-releasable connection between the bands.

FIGS. **17** and **18** illustrate another embodiment of a frame for an ear warmer, according to the present invention. In this embodiment, frame **1100** includes bands **1110**, **1140** that can be slidably coupled together.

Band **1110** includes ends **1112**, **1114**. Band **1110** also includes a channel **1116** with ends **1118**, **1120**. In the illustrated embodiment, channel end **1120** is an open end and channel end **1118** is a closed end. Band **1110** also includes a passageway **1126** located proximate to end **1114**. Passageway **1126** includes an opening **1128** through which band **1140** can be inserted. Channel **1116** extends substantially along the length of band **1110**.

Channel **1116** includes inner side surfaces **1122**, **1124** that are curved along their length. In one embodiment, inner side surfaces **1122**, **1124** have a convex shape as illustrated in the cross-sectional view shown in FIG. **19B**. In an alternative embodiment, inner side surfaces **1122'**, **1124'** have a concave shape as illustrated in the cross-sectional view shown in FIG. **20B**.

Band **1140** includes ends **1142**, **1144** and inner and outer surfaces **1146**, **1147**. In one embodiment, a locking nub **1148** is disposed on outer surface **1147**, as illustrated in FIG. **18**. The locking nub **1148** engages passageway **1126** after the bands **1110**, **1140** are coupled together to retain them in a coupled configuration.

Band **1140** includes side surfaces **1150**, **1152** that extend along the length of the band **1140** as illustrated in FIG. **19A**.

11

Side surfaces **1150**, **1152** are curved along their length. In one embodiment, side surfaces **1150**, **1152** have a concave shape as illustrated in the cross-section view shown in FIG. **19**A. In an alternative embodiment, side surfaces **1150'**, **1152'** have a convex shape as illustrated in the cross-sectional view shown in FIG. **20**A.

As band end **1140** is inserted into channel **1116**, side surfaces **1150**, **1152** engage inner side surfaces **1122**, **1124** on band **1110**. The frictional contact between the side surfaces on bands **1110**, **1140** provides the necessary force to retain the bands together.

FIG. **21** illustrates another embodiment of a frame for an ear warmer, according to the present invention. Frame **1300** includes bands **1310**, **1330** that can be slidably coupled together. Band **1310** includes ends **1312**, **1314** and a slot **1316** extending substantially along the length of band **1310**. In this embodiment, slot **1316** includes closed ends **1312**, **1320**. Band **1310** includes a connecting member or retaining member **1322** disposed on its inner surface as illustrated in FIG. **22**.

Band **1330** includes ends **1332**, **1334** and a slot **1336** extending substantially along the length of band **1330**. Slot **1336** includes closed ends **1338**, **1340**. Band **1330** also includes a locking member **1342** disposed on its outer surface as illustrated in FIG. **23**. In one embodiment, locking member **1342** is fixed relative to the band **1330**. In another embodiment, locking member **1342** rotates relative to the band **1330**.

Frame **1300** is assembled by inserting the locking member **1342** on band **1330** into slot **1316** on band **1310**. Depending on the structure of the locking member **1342**, band **1310** is turned perpendicular to band **1330** or locking member **1342** is rotated relative to band **1330**. Once the locking member **1342** has been inserted, the retaining member **1322** on band **1310** is inserted into slot **1336** of band **1330**. At this point, bands **1310**, **1330** can slide relative to each other. The movement of bands **1310**, **1330** is limited by the length of slots **1316**, **1336** and the positions of retaining member **1322** and locking member **1342** on the bands **1310**, **1330**, respectively.

Retaining member **1322** and locking member **1342** can be any shape that can be inserted into a slot and couple the bands together. Alternatively, connectors, such as rivets, may be used instead of one or both of the retaining member and the locking member to couple the bands.

FIGS. **24** and **25** illustrate a membrane for use in constructing an ear warmer, according to another embodiment of the present invention. Similar to ear membrane **100**, ear membrane **110**, middle membrane **120**, and outer membrane **130** illustrated in FIG. **1**, FIGS. **24** and **25** illustrate a shell **1400** having ear membrane **1410**, ear membrane **1420**, middle membrane **1430**, and outer membrane **1440**.

One method by which the shell **1400** can be assembled is the following. Ear membrane or portion **1410** can be coupled to one end of the outer membrane or portion **1440**. Similarly, ear membrane or portion **1420** can be coupled to the opposite end of outer membrane **1440**. Middle membrane or portion **1430** is coupled to the perimeter of outer membrane **1440**. The collective perimeter can be sewn, bound, or sewn and the membranes can be turned inside out as described in above in reference to FIGS. **3**–**5**.

In this embodiment, middle portion **1430** includes a coupling mechanism **1460** disposed along one of its edges. The outer portion **1440** includes a similar coupling mechanism **1462** along a portion of its perimeter as illustrated in FIG. **24**. Once a frame has been inserted into membrane

12

**1400**, the coupling mechanisms **1460**, **1462** can be coupled together to secure the middle portion **1430** to the outer portion **1440** and close the interior of the shell **1400**.

Coupling mechanisms **1460**, **1462** can be any type of fastening mechanism that permanently or releasably couples the middle portion and the outer portion. For example, coupling mechanisms **1460**, **1462** can be hook and loop type fasteners. Alternatively, any mechanism that can couple two pieces of fabric together can be used for the coupling mechanisms. Similarly, the middle portion **1430** can be sewn to the outer portion **1440**.

Shell **1400** enables a fully-assembled frame to be inserted after the shell is sewn. Shell **1400** also enables shells to be changed on the same frame.

FIG. **26** illustrates an alternative shell for use in constructing an ear warmer according to another embodiment of the present invention. Membrane **1500** includes ear portions **1512**, **1514**, and an outer membrane **1520**. In the illustrated embodiment, as shown in FIG. **26**, middle portion **1516** is integrally formed with the outer membrane **1520**. Middle portion **1516** can include a coupling mechanism **1518** located proximate one of its edges.

Outer membrane **1520** includes a coupling mechanism **1522** that can be used with coupling mechanism **1518** on the inner membrane **1510** to secure middle portion **1516** to the outer membrane **1520**.

FIGS. **27**–**29** illustrate an alternative shell for use in constructing an ear warmer, according to an embodiment the present invention. Membrane **1600** includes an inner membrane **1610** and an outer membrane **1620**. In this embodiment, inner membrane **1610** has a different shape than outer membrane **1620**. Outer membrane **1620** has a thicker middle portion than inner membrane **1610** as illustrated in FIG. **28**. Outer membrane **1620** provides additional protection for a neck of a user, as illustrated in FIG. **29**.

FIG. **30** illustrates another shell for use in constructing an ear warmer, according to an embodiment of the present invention. Shell **1700** includes an inner membrane **1710** and an outer membrane **1720**. Inner membrane **1710** is attached along a portion **1711** of its perimeter to outer membrane **1720** while the remaining portion **1712** of the perimeter of the inner membrane **1710** is not attached to outer membrane **1720**. The unattached perimeter portions of inner and outer membranes **1710**, **1720** generally correspond to opening **1730** as illustrated in FIG. **30**.

A frame for the ear warmer can be inserted through opening **1730** and positioned in the interior region of the shell to support the ear warmer. Once the frame is inserted, opening **1730** can be left open or can be closed by any conventional coupling mechanism, such as sewing, hook and loop fasteners, etc. The frame can be assembled before or after sewing the shell together.

FIG. **31** illustrates another shell for use in constructing an ear warmer, according to the present invention. Shell **1800** includes an inner membrane **1810** and an outer membrane **1820**. The extent that the perimeters of inner and outer membranes **1810**, **1820** are coupled together can vary to define one or more openings.

Inner membrane **1810** is attached along two portions **1812**, **1814** of its perimeter to outer membrane **1820** while the two remaining portions **1816**, **1818** of the perimeter of the inner membrane **1810** are not attached to outer membrane **1820**. These unattached perimeter portions **1816**, **1818** of inner membrane **1810** generally correspond to openings **1830**, **1832**, respectively.

A frame can be inserted into one or both of the openings **1830**, **1832** and can be subsequently assembled while it is

US 6,920,645 B2

13

inside the interior region. Openings **1830**, **1832** can be left open or be closed using any coupling mechanism.

FIGS. **32–33** illustrate a shell for use in constructing an ear warmer, according to the present invention. Shell **1900** includes inner membranes **1910**, **1920** and outer membrane **1930**. Inner membrane **1910** includes ends **1912**, **1914**. Similarly, inner membrane **1920** includes ends **1922**, **1924**. The inner membranes **1910**, **1920** function as the ear portions of the shell when the membranes are connected together. The perimeter portions of inner membranes **1910**, **1920** can be coupled to the perimeter portion of outer membrane **1930**, thereby defining an interior region into which a frame can be inserted.

In one embodiment, ends **1914**, **1922** of membranes **1910**, **1920** are curved. When membranes **1910**, **1920**, **1930** are assembled, as illustrated in FIG. **36**, an opening **1940** is defined by ends **1914**, **1922** which are located proximate to each other. A frame can be inserted into the interior region **1950** of membrane **1900** through opening **1940**. Opening **1940** can be left open or can be covered by another piece of material. In one embodiment, the ends **1914** and **1922** contact each other. In another embodiment, the ends **1914** and **1922** may be spaced apart from each other.

It should, of course, be understood that while the present invention has been described in reference to particular configurations, other configurations will be apparent to those of ordinary skill in the art. For example, the membranes and frame members can be made of any type of materials appropriate for an ear warmer device. U.S. Pat. No. 5,835,609, the disclosure of which is incorporated herein by reference, discloses various embodiments of the ear warmer device and those variation can be combined with the method and apparatus described herein.

What is claimed is:

1. An ear warmer comprising:

a shell including:

an outer membrane, said outer membrane defining a perimeter and having a longitudinal center line; and
an inner membrane, said inner membrane defining a perimeter and having a longitudinal center line, said outer membrane and said inner membrane defining an interior portion of said shell, said inner membrane being attached along a portion of said outer membrane perimeter, said outer membrane perimeter having a different configuration than said inner membrane perimeter, the longitudinal center line of the outer membrane being offset from the longitudinal center line of the inner membrane; and

a frame configured to be inserted into said interior portion.

2. The ear warmer of claim **1**, wherein said outer membrane includes a first ear portion, a second ear portion and a middle portion, said inner membrane includes its own first ear portion, second ear portion and middle portion, and said middle portion of said outer membrane being larger than said middle portion of said inner membrane.

3. The ear warmer of claim **1** wherein the outer membrane includes a first ear portion, a second ear portion and a middle portion and the inner membrane includes its own first ear portion, second ear portion and middle portion, and the first ear portion of the outer membrane has a different configuration than the first ear portion of the inner membrane.

4. The ear warmer of claim **1**, wherein the outer membrane includes a first ear portion, a second ear portion and a middle portion and the inner membrane includes its own first ear portion, second ear portion and middle portion, and the first ear portion and the second ear portion of the inner

14

membrane have different configurations than the first ear portion and the second ear portion of the outer membrane, respectively.

5. The ear warmer of claim **1**, wherein the outer membrane provides more protection for a user than the inner membrane.

6. The ear warmer of claim **1**, wherein the first ear portion of the outer membrane has an outer perimeter portion, the second ear portion of the outer membrane has its own outer perimeter portion, and the middle portion has its own outer perimeter portion, the outer perimeter portion of the middle portion extending substantially linearly from the outer perimeter portion of the first ear portion to the outer perimeter portion of the second ear portion.

7. The ear warmer of claim **6**, wherein the outer perimeter portion of the middle portion of the outer membrane extends along a line between tangent points on the first ear portion and on the second ear portion of the outer membrane.

8. The ear wanner of claim **1**, wherein said frame is adjustable in length.

9. An ear warmer, comprising:

a shell having a first membrane and a second membrane, the first membrane including a perimeter, a first substantially circular ear portion, a second substantially circular ear portion and a middle portion disposed between the first and the second substantially circular ear portions of the first membrane, the first substantially circular ear portion of the first membrane, the second substantially circular ear portion of the first membrane, and the middle portion of the first membrane being monolithically formed, the first substantially circular ear portion of the first membrane having a width, the second substantially circular ear portion of the first membrane having a width, the middle portion of the first membrane having a width, the width of the middle portion of the first membrane being smaller than at least one of the width of the first substantially circular ear portion of the first membrane and the width of the second substantially circular ear portion of the first membrane, the second membrane including a perimeter, a first substantially circular ear portion, a second substantially circular ear portion and a middle portion disposed between the first and the second substantially circular ear portions of the second membrane, the first substantially circular ear portion of the second membrane, the second substantially circular ear portion of the second membrane, and the middle portion of the second membrane being monolithically formed, the first substantially circular ear portion of the second membrane having a width, the second substantially circular ear portion of the second membrane having a width, the middle portion of the second membrane having a width, the width of the middle portion of the second membrane being smaller than at least one of the width of the first substantially circular ear portion of the second membrane and the width of the second substantially circular ear portion of the second membrane, at least a portion of the perimeter of the first membrane being coupled to at least a portion of the perimeter of the second membrane; and

a frame disposed within an interior portion of said shell and extending substantially from the first substantially circular ear portion of the first membrane to the second substantially circular ear portion of the first membrane, the interior portion of said shell being defined between the first membrane and the second membrane.

10. The ear warmer of claim **9**, wherein the perimeter of the first membrane is fixedly coupled to the perimeter of the second membrane.

US 6,920,645 B2

15

**11**. The ear warmer of claim **9**, wherein the middle portion of the first membrane is elongated and extends along a line.

**12**. An ear warmer comprising:

a shell including:

a first membrane having a longitudinal length and a longitudinal center line; and

a second membrane having a longitudinal length substantially similar to the longitudinal length of the first membrane, the second membrane having a longitudinal center line, the first membrane and the second membrane defining an interior portion of the shell, the second membrane being attached to the first membrane along a portion of the first membrane, the first membrane having a different shape than the second membrane, the longitudinal center line of the first membrane being offset from the longitudinal center line of the second membrane; and

a frame configured to be inserted into the interior portion of the shell.

**13**. The ear warmer of claim **12**, wherein the first membrane defines a perimeter, the second membrane defines its own perimeter, and the first membrane perimeter is different from the second membrane perimeter.

**14**. The ear warmer of claim **12**, wherein the first membrane includes a first portion, a second ear portion and a middle portion, the second membrane includes a first ear portion, a second ear portion and a middle portion, and the first ear portion, the second ear portion and middle portion of the first membrane having different configurations than the corresponding first ear portion, second ear portion and middle portion of the second membrane, respectively.

**15**. An ear warmer, comprising:

a shell having a first membrane and a second membrane, the first membrane including a perimeter, a first substantially circular ear portion, a second substantially circular ear portion and a middle portion disposed between the first and the second substantially circular ear portions of the first membrane, the first substantially circular ear portion of the first membrane having a width, the second substantially circular ear portion of the first membrane having a width, the middle portion of the first membrane having a width, the width of the middle portion of the first membrane being smaller than at least one of the width of the first substantially circular ear portion of the first membrane and the width of the second substantially circular ear portion of the first membrane, the second membrane including a perimeter, a first substantially circular ear portion, a second substantially circular ear portion and a middle

16

portion disposed between the first and the second substantially circular ear portions of the second membrane, the first substantially circular ear portion of the second membrane having a width, the second substantially circular ear portion of the second membrane having a width, the middle portion of the second membrane having a width, the width of the middle portion of the second membrane being smaller than at least one of the width of the first substantially circular ear portion of the width of the second membrane and the second substantially circular ear portion of the second membrane, the width of the middle portion of the first membrane being larger than the width of the middle portion of the second membrane, at least a portion of the perimeter of the first membrane being coupled to at least a portion of the perimeter of the second membrane.

**16**. The ear warmer of claim **15**, further comprising:

a frame disposed within an interior portion of the shell, the interior portion of the shell being defined between the first membrane and the second membrane.

**17**. The ear warmer of claim **15**, wherein the perimeter of the first membrane is fixedly coupled to the perimeter of the second membrane.

**18**. An ear warmer, comprising:

a shell having a first membrane and a second membrane, the first membrane being symmetrical about a longitudinal center line of the first membrane, the second membrane being asymmetrical about a longitudinal center line of the second membrane, the first membrane being coupled to the second membrane.

**19**. The ear warmer of claim **18**, further comprising:

a frame disposed within an interior portion of the shell, the interior portion of the shell being defined between the first membrane and the second membrane.

**20**. The ear warmer of claim **18**, wherein the first membrane includes a first substantially circular ear portion, a second substantially circular ear portion, and a middle portion disposed between the first substantially circular ear portion of the first membrane and the second substantially circular ear portion of the first membrane, the second membrane includes a first substantially circular ear portion, a second substantially circular ear portion, and a middle portion disposed between the first substantially circular ear portion of the second membrane and the second substantially circular ear portion of the second membrane.

*  *  *  *  *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 6,920,645 B2                              Page 1 of 1
APPLICATION NO. : 10/335930
DATED               : July 26, 2005
INVENTOR(S)      : Brian Edward LeGette et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:


Column 14,

Line 7 (claim 6, line 1), replace "the first ear portion" with --a first ear portion--.
Lines 8 and 9 (claim 6, lines 2 and 3), replace "the second ear portion" with --a second
ear portion--.
Line 10 (claim 6, line 4), replace "the middle portion" with --a middle portion of the
outer membrane--.
Line 56 (claim 9, line 36), replace "of the width of the second membrane and" with --of
the second membrane and the width of--.

Column 16,

Line 10 (claim 15, line 28), replace "of the width of the second membrane and" with
--of the second membrane and the width of--.


Signed and Sealed this

Twenty-seventh Day of March, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*