**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
Trademark Operations
Law Office 112
Examining Attorney: Jennifer M.B. Krisp

| | | |
|---|---|---|
| Applicant: | 180s, Inc. | |
| Serial No.: | 76/628,202 | |
| Filed: | January 19, 2005 | **RESPONSE** |
| Mark: | **design** | |

**Attorney's Reference: 37401-212344**

Honorable Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451

Sir:

In response to the refusal of registration, Applicant submits that its trade dress/product configuration (1) is neither functional nor ornamental and (2) has acquired distinctiveness and operates as a mark.

First, the TMEP is clear in that "The Examining Attorney must establish a prima facie case that the trade dress sought to be registered is functional." See TMEP Section 1202.02(a)(iv). It is clear from the Office Action that the Examining Attorney has not met this burden. There is absolutely no evidence in the record to support the Examining Attorney's allegation that the applicant's trade dress/product configuration is functional.

Rather, the Examining Attorney has made the unsupported allegation that the applicant's trade dress/product configuration is functional, and is looking to the applicant to provide any relevant evidence in that regard.



10-27-2005
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #01

The applicant is in the process of gathering the information requested by the Examining Attorney, and expects to be in the position to submit such material shortly.

In the meantime, Applicant's advertising and promotional material features this product configuration (see attached Exhibit "A"), and the product configuration is featured on applicant's packaging (see attached Exhibit "B").

Additionally, applicant has not based this claim of distinctiveness on a mere five years use of the mark as indicated in the Office Action. Rather, applicant has alleged over 9 years use of the mark in commerce. Almost double what would be required to make out a prima facie showing of distinctiveness.

The Examining Attorney has additionally indicated that the mark/configuration "appears to be functional for the identified goods." This refusal is based upon the allegation that "the proposed mark is a design of goods depicting and demonstrating the utilitarian features of headwear and ear warmers worn on the head, and the goods are headwear and ear warmers. The particular features of this proposed mark, namely, the curved design, shape and flexible nature are functional for the goods."

There is no support in the record for these contentions, and, whether or not the applicant's product is "flexible" in nature is not relevant to the determination as to whether the overall design/configuration is recognized and functions as a trademark.

Attached as Exhibit "C" are pages from several websites which show both the applicant's product and alternative products. These clearly show that there are a number of competing products of varying design.

Given the foregoing, it is respectfully submitted that the subject mark is entitled to registration on the Principal Register. Accordingly, it is requested that the mark be approved for publication in the *Official Gazette*, for opposition purposes, without further delay.

Respectfully submitted,

Date: October 27, 2005

Mark B Harrison
VENABLE
P.O. Box 34385
Washington, D.C.  20043-9998
Telephone:  202/344-4800
Facsimile: 202/344-8300