*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | ESTTA391216 |
|---|---|
| Filing date: | 02/01/2011 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following party requests to cancel indicated registration.

## Petitioner Information

| Name | H & M Hennes & Mauritz L.P. | | |
|---|---|---|---|
| Entity | Limited Partnership | Citizenship | New York |
| Address | 215 Park Avenue South 15th Floor New York, NY 10003 UNITED STATES | | |

| Attorney information | Darren W. Saunders Hiscock & Barclay LLP Seven Times Square New York, NY 10036 UNITED STATES dsaunders@hblaw.com, apatel@hblaw.com, trademarks@hblaw.com Phone:212-784-5800 |
|---|---|

## Registration Subject to Cancellation

| Registration No | 3089225 | Registration date | 05/09/2006 |
|---|---|---|---|
| Registrant | 180s, Inc. 701 East Pratt Street, Suite 180 Baltimore, MD 212023101 UNITED STATES | | |

## Goods/Services Subject to Cancellation

| Class 025. First Use: 1995/00/00 First Use In Commerce: 1995/00/00 All goods and services in the class are cancelled, namely: HEADWEAR AND EAR WARMERS |
|---|

## Grounds for Cancellation

| The mark comprises matter that, as a whole, is functional | Trademark Act section 2(e)(5) |
|---|---|
| *Torres v. Cantine Torresella S.r.l.Fraud* | 808 F.2d 46, 1 USPQ2d 1483 (Fed. Cir. 1986) |
| The mark is merely descriptive | Trademark Act section 2(e)(1) |

| Attachments | H&M Petition for Cancellation.pdf ( 8 pages )(199528 bytes ) Exh A.pdf ( 4 pages )(1270461 bytes ) Exh B.pdf ( 2 pages )(15496 bytes ) Exh C.pdf ( 3 pages )(78591 bytes ) Exh D.pdf ( 5 pages )(166935 bytes ) Exh E 1.pdf ( 29 pages )(8252141 bytes ) Exh E 2.pdf ( 36 pages )(4516089 bytes ) |
|---|---|

# Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /darren w. saunders/ |
|-----------|----------------------|
| Name | Darren W. Saunders |
| Date | 02/01/2011 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

*In the Matter of U.S. Registration No. 3,089,225*
*Registered on May 9, 2006*

Atty. Ref.:  3049115

-------------------------------------------------- :

H&M Hennes & Mauritz, L.P.,                     :
                                                :
                              Petitioner,       :    Cancellation No.:
                                                :
            -against-                           :
                                                :
180s, Inc.,                                     :
                                                :
                              Respondent.       :
                                                :
-------------------------------------------------- :

| I hereby certify that this correspondence is being transmitted by electronic mail to the United States Patent and Trademark Office on February 1, 2011. |
| --- |
| By:  s/ Darren W. Saunders |
| Darren W. Saunders, Attorney for Petitioner |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

## PETITION FOR CANCELLATION

H & M Hennes & Mauritz L.P., a New York limited partnership, with a place of business at 215 Park Avenue South, 15th Fl., New York, New York 10003 (hereinafter "H&M"), believes that it has been and is being damaged by registration of the product configuration mark for a behind-the-head ear warmer, as shown in U.S. Trademark Registration No. 3,089,225 (the "Registration"), registered on May 9, 2006, and hereby petitions to cancel the same.

As grounds for the petition, H&M alleges that:

1.      H&M is a retailer of clothing, headwear, footwear, accessories, cosmetics, and other goods throughout the United States, and presently sells a behind-the-head ear warmer product.  A picture of H&M's ear warmer product is attached as Exhibit A.

809779\1

Atty. Ref.:  3049115
Reg. No.:  3,089,225
Mark:  **Behind-the-Head Ear Warmer**
        **Product Configuration**

2.      Upon information and belief, 180s, Inc. is a Delaware corporation (hereinafter "180s"), having a principal place of business at 700 South Caroline Street, Baltimore, Maryland 21231.

3.      Upon information and belief, 180s is the current owner of the Registration.

4.      180s' alleged product configuration trademark was registered on the Principal Register on May 9, 2006, under U.S. Trademark Registration No. 3,089,225, identifying "headwear and ear warmers" (Int'l. Cl. 25), and was issued from U.S. Application Serial No. 76/628,202, filed on January 19, 2005, based on a claim of acquired distinctiveness under Section 2(f) of the Lanham Act, 15 U.S.C. § 1052(f).  A copy of the Registration is attached as Exhibit B, and an illustration of the mark is shown below.



5.      The Registration is less than five years old.

6.      In September 2010, H&M began selling its ear warmer product in its retail outlets in the United States.

809779\1

Atty. Ref.:    3049115
Reg. No.:      3,089,225
Mark:          **Behind-the-Head Ear Warmer**
               **Product Configuration**

7.      On October 27, 2010, H&M received a letter from 180s demanding that H&M cease selling its ear warmer product in view of, *inter alia*, 180s' trademark rights in the configuration of the behind-the-head ear warmer.  A copy of the letter is attached as Exhibit C.

8.      H&M has been and continues to be damaged because 180s has asserted its Registration against H&M, and demanded that H&M stop selling its ear warmer product, thereby interfering with H&M's business, and its lawful sale of ear warmer products.

9.      Upon information and belief, the Registration is invalid because 180s' claimed product configuration mark is functional.

10.     Upon information and belief, the Registration is invalid because 180s' claimed product configuration mark has failed to acquire distinctiveness and does not function as an indicator of source for the good identified in the Registration.

11.     Upon information and belief, the Registration is invalid because it was obtained based on fraud on the United States Patent and Trademark Office ("USPTO").

## COUNT I (Functionality)

12.     H&M repeats the allegations in paragraphs 1 to 11, as if fully set forth herein.

13.     Upon information and belief, the Registration comprises a product configuration that is essential to the use and/or purpose of the goods identified therein.

14.     Upon information and belief, 180s' claimed product configuration consists of a simple design, the configuration of which is the result of purely functional aspects, namely, keeping ears warm while fitting comfortably behind the wearer's head.

809779\1

Atty. Ref.:    3049115
Reg. No.:    3,089,225
Mark:    **Behind-the-Head Ear Warmer**
        **Product Configuration**

15.    Upon information and belief, 180s' claimed product configuration consists of a simple design, the configuration of which is the result of considerations of ease and cost of manufacture.

16.    Upon information and belief, 180s' claimed product configuration comprises features that are essential to others' ability to fairly compete with 180s by selling behind-the-head ear warmers.

17.    Upon information and belief, 180s' claim of exclusive rights in the product configuration of its behind-the-head ear warmer is outside the scope of and/or contrary to the Lanham Act, 15 U.S.C., § 1051, *et seq.*

18.    Upon information and belief, the Registration comprises a product configuration that is functional, and therefore should be cancelled because it is not the proper subject matter for registration on the Principal Register.

19.    H&M has been and continues to be damaged by the existence of the Registration.


## COUNT II (Lack of Secondary Meaning)

20.    H&M repeats the allegations in paragraphs 1 to 11, as if fully set forth herein.

21.    Upon information and belief, the Registration comprises a product configuration that has not acquired distinctiveness and does not function as an indicator of source for the goods identified in the Registration.

22.    Upon information and belief, the Registration identifies a product configuration that fails to function as a trademark, and therefore should be cancelled because it is not the proper subject matter for registration on the Principal Register.

809779\1

- 4 -

Atty. Ref.:    3049115
Reg. No.:     3,089,225
Mark:         **Behind-the-Head Ear Warmer**
              **Product Configuration**

23.    H&M has been and continues to be damaged by the existence of the Registration.

## COUNT III (Fraud)

24.    H&M repeats the allegations in paragraphs 1 to 11, as if fully set forth herein.

25.    Upon information and belief, the Registration contains a product configuration that is disclosed in and/or embodied in one or more claims of United States Letters Patent No. 5,835,609 (the " '609 Patent") and other foreign and domestic patents and/or patent applications owned by 180s.

26.    Upon information and belief, 180s filed its application for the Registration on January 19, 2005.

27.    According to the public records of the USPTO, an Office Action issued on April 27, 2005, which requested, *inter alia*, that 180s identify whether the applied-for product configuration was the subject of any existing or expired patents and/or pending or abandoned patent applications.

28.    The USPTO online patent assignment database indicates that the '609 Patent was transferred to and acquired by 180s (f.k.a. Gray Matter Holdings, LLC), on or about April 12, 2001, approximately four years before the Office Action issued.  A copy of the foregoing USPTO online patent assignment title abstract record is attached as Exhibit D.

29.    The '609 Patent discloses and claims features in the product configuration then sought to be registered as a trademark by 180s and contained in the Registration.

30.    The '609 Patent discloses the utilitarian advantages of the product configuration design then sought to be registered as a trademark by 180s and contained in the Registration.

809779\1

Atty. Ref.:  3049115
Reg. No.:    3,089,225
Mark:        **Behind-the-Head Ear Warmer**
             **Product Configuration**

31.    Upon information and belief, 180s responded to the Office Action on October 27, 2005 without disclosing the '609 Patent or any other patent or patent application to the USPTO during prosecution of the Registration.

32.    Upon information and belief, notwithstanding 180s' knowledge of the '609 Patent and the claims therein concerning the product configuration, 180s never disclosed the existence of the '609 Patent or any other patent or patent application to the Trademark Examining Attorney at any time prior to issuance of the Trademark Registration.  A certified copy of the file history of the Registration is attached as Exhibit E.

33.    Upon information and belief, the existence of the '609 Patent was and is material to the examination of the product configuration mark and issuance of the Registration.

34.    Upon information and belief, 180s intentionally and deliberately withheld the existence of the '609 Patent and other patents and patent application in order to obtain the Registration.

35.    Upon information and belief, the USPTO relied on 180s' intentional misrepresentation and failure to disclose information regarding the functionality of the product configuration in granting the Registration.

36.    Upon information and belief, 180s obtained U.S. Trademark Registration No. 3,089,225 through bad faith and/or by perpetrating fraud on the USPTO.

37.    H&M has been and continues to be damaged by the existence of the Registration.


IN CONCLUSION, H&M, by its undersigned attorneys, prays that its petition to cancel Registration No. 3,089,225 be granted and that the Trademark Trial and Appeal Board grant any

809779\1

Atty. Ref.:  3049115
Reg. No.:    3,089,225
Mark:        **Behind-the-Head Ear Warmer**
             **Product Configuration**

and all further relief to H&M that the Board finds to be necessary and just under the

circumstances.

The cancellation filing fee of $300 is being paid by credit card, and the Commissioner is

hereby authorized to charge Deposit Account No. 50-3010 in the event that it is not possible to

process the credit card payment, or in the event that any other fees are required to be paid in

connection with this proceeding.

Respectfully submitted,

**H&M HENNES & MAURITZ, L.P.**

Dated:  February 1, 2011                    By: _____
                                                 Darren W. Saunders
                                                 Alpa V. Patel

                                            **HISCOCK & BARCLAY, LLP**
                                            Seven Times Square
                                            New York, NY 10036
                                            Tel. No.: (212) 784-5800
                                            Fax No.: (212) 784-5757
                                            E-Mail:  dsaunders@hblaw.com
                                            E-Mail:  apatel@hblaw.com

                                            *Attorneys for Petitioner*
                                            *H&M Hennes & Mauritz, L.P.*

809779\1

Atty. Ref.:    3049115
Reg. No.:    3,089,225
Mark:        **Behind-the-Head Ear Warmer**
             **Product Configuration**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 1st day of February, 2011, I served a true and correct copy

of the foregoing PETITION FOR CANCELLATION with exhibits, via First Class U.S. Mail,

postage prepaid, upon the Respondent:

> 180s, Inc.
> 700 South Caroline Street
> Baltimore, Maryland 21231

with courtesy copy via First Class Mail and Electronic Mail to:

> Jonathan G. Graves
> COOLEY LLP
> One Freedom Square
> Reston Town Center
> 11951 Freedom Drive, Suite 1600
> Reston, VA 20190
> jgraves@cooley.com

By: _____
     Alpa V. Patel

# Exhibit A







# Exhibit B

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,089,225
Registered May 9, 2006

## TRADEMARK
### PRINCIPAL REGISTER



180S, INC. (DELAWARE CORPORATION)
701 EAST PRATT STREET, SUITE 180
BALTIMORE, MD 212023101

FOR: HEADWEAR AND EAR WARMERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

SEC. 2(F).

SER. NO. 76-628,202, FILED 1-19-2005.

JENNIFER KRISP, EXAMINING ATTORNEY

# Exhibit C



Christopher R. Hutter                                   **PRIVILEGED & CONFIDENTIAL**
(703) 456-8506                                                      VIA EXPRESS MAIL
chutter@cooley.com


October 26, 2010


Attn: Laura Brandt, General Counsel
H&M Hennes & Mauritz LP
215 Park Ave. South, 15th floor
New York, N.Y. 10003

**RE: Cease and Desist Demand Re Ear Warmer Product**

Dear Ms. Brandt:

We represent 180s, Inc. (f/k/a Gray Matter Holdings, LLC) ("180s") in matters related to
intellectual property and specifically with respect to ear warmer products (collectively, the "Ear
Warmers"). Please be advised that 180s takes its intellectual property rights seriously and will
vigorously defend those rights as it has done repeatedly in the past.

In particular, 180s is the owner of substantial intellectual property, including intellectual property
in the U.S. and elsewhere, e.g., Europe and China, that relates to the Ear Warmers. For
example, 180s owns United States Patent No. 6,502,247, a copy of which is enclosed for your
review. 180s also owns United States Trademark Registration No. 3,089,225 (the '225
Registration), a copy of which is enclosed.

Our client was disturbed to discover that H&M Hennes & Mauritz L.P. ("H&M") has been selling
an ear warmer product having item number US/R7 834072738809 (the "Accused Product") (see
enclosed) that is substantially similar to the Ear Warmers and that our client has reason to
believe may infringe the trademark rights associated with the '225 Registration and at least one
claim of the '247 Patent. Our client also has reason to believe that other patents may be
implicated by the Accused Product, and reserves the right to identify those patents at a later
time.

H&M's sales, offers to sell and importation of the Accused Product constitute violations of U.S.
federal patent law. In addition, your use of nearly identical product configurations and trade
dress is likely to lead consumers to believe that H&M's products are somehow affiliated with the
makers of the Ear Warmers. Such copying constitutes violations of federal and state trademark
and unfair competition law. As such, our client may be entitled to recover money damages,
disgorgement of profits, attorney's fees and costs, as well as injunctive relief.



PRIVILEGED & CONFIDENTIAL

Attn: Laura Brandt, General Counsel
October 26, 2010
Page Two

Accordingly, 180s demands that you provide:

A.     confirmation in writing that H&M (and all of its affiliates, distributors, and resellers) will desist from any future making, using, selling, offering to sell, and importing of the Accused Product (and any other product that would infringe the intellectual property of 180s) in the United States;

B.     confirmation in writing that H&M will destroy any remaining inventory of the Accused Product (and any other ear warmer or ear muff product that is similar to the Ear Warmers);

C.     the total number of Accused Products offered for sale and/or sold;

D.     the price(s) at which the Accused Products were offered for sale and/or sold;

E.     the price(s) at which H&M obtained the Accused Products;

F.     the total number of Accused Products currently in inventory;

G.     identification information of the source(s) of the Accused Products, including the name, address, contact information, and officer(s) or contact person(s) for the distributor and for the manufacturer of the Accused Products;

H.     the date(s) and location(s) at which the Accused Products were obtained by H&M; and

I.     the plans of H&M for the Accused Products and any similar products in 2010 and beyond, including planned or expected customers, quantities, and dates of distribution.

H&M's complete compliance with all of the above demands prior to November 10, 2010 may avoid the need for further legal action.  This letter is without prejudice to the assertion of any and all legal remedies that our client may pursue as necessary to protect its rights.

Sincerely,

Christopher R. Hutter

cc:     Jonathan G. Graves

Enclosures:     U.S. Patent No. 6,502,247
U.S. Trademark Registration No. 3,089,225
Accused Product Item Information

# Exhibit D



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

***NOTE:Results display only for issued patents and published applications.
For pending or abandoned applications please consult USPTO staff.***

**Total Assignments: 13**

**Patent #:** 5835609          **Issue Dt:** 11/10/1998          **Application #:** 08676597          **Filing Dt:** 07/03/1996
**Inventors:** BRIAN E. LEGETTE, RONALD L. WILSON II
**Title:** EAR PROTECTION DEVICE

## Assignment: 1

**Reel/Frame:** 008074/0857          **Recorded:** 07/03/1996          **Pages:** 3
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignors:** LEGETTE, BRIAN E.          **Exec Dt:** 07/02/1996
            WILSON, RONALD L.          **Exec Dt:** 07/02/1996
**Assignee:** GORGONZ GROUP, INC., THE
            931 WEST 75TH STREET, SUITE 137-267
            NAPERVILLE, ILLINOIS 60565
**Correspondent:** SEIDEL, GONDA, LAVORGNA & MONACO, P.C.
            THOMAS J. DURLING, ESQ.
            1800 TWO PENN CENTER PLAZA
            PHILADELPHIA, PA 19102

## Assignment: 2

**Reel/Frame:** 011692/0716          **Recorded:** 04/13/2001          **Pages:** 6
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** GORGONZ GROUP, INC., THE          **Exec Dt:** 04/12/2001
**Assignee:** GRAY MATTER HOLDINGS, LLC
            720 S. MONTFORD AVENUE
            BALTIMORE, MARYLAND 21224
**Correspondent:** COOLEY GODWARD LLP
            CHRISTOPHER R. HUTTER
            11951 FREEDOM DRIVE
            ONE FREEDOM SQ., RESTON TOWN CENTER
            RESTON, VA 20190-5601

## Assignment: 3

**Reel/Frame:** 011742/0490          **Recorded:** 04/20/2001          **Pages:** 10
**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** GRAY MATTER HOLDINGS, LLC          **Exec Dt:** 04/13/2001
**Assignee:** ALLEGIANCE CAPITAL LIMITED PARTNERSHIP
            2000 WEST 41ST STREET
            BALTIMORE, MARYLAND 21211
**Correspondent:** THOMAS & LIBOWITZ, P.A.
            C. WAYNE DAVIS, ESQ.
            100 LIGHT STREET
            SUITE 1100
            BALTIMORE, MD 21202

## Assignment: 4

**Reel/Frame:** 012002/0347          **Recorded:** 07/25/2001          **Pages:** 9

Case 1:26-cv-00672-ER    Document 12-4    Filed 01/28/26    Page 22 of 89

| | |
|---|---|
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** GRAY MATTER HOLDINGS LLC | **Exec Dt:** 07/05/2001 |
| **Assignee:** PROVIDENT BANK OF MARYLAND | |

114 E. LEXINGTON ST., 5TH FL.
BALTIMORE, MARYLAND 21202

**Correspondent:** GEBHARDT & SMITH LLP
J. TYSSOWSKI
WORLD TRADE CENTER, 9TH FL.
BALTIMORE, MD 21202

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 013036/0508 | **Recorded:** 04/10/2002 | **Pages:** 13 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** GRAY MATTER HOLDINGS, LLC | **Exec Dt:** 03/26/2002 | |
| **Assignee:** ALLEGIANCE CAPITAL LIMITED PARTNERSHIP | | |

2000 W. 41ST STREET
BALTIMORE, MARYLAND 21211

**Correspondent:** THOMAS & LIBOWITZ, P.A.
C. WAYNE DAVIS, ESQ.
100 LIGHT STREET
SUITE 1100
BALTIMORE, MD 21202

## Assignment: 6

| | | |
|---|---|---|
| **Reel/Frame:** 015469/0988 | **Recorded:** 12/20/2004 | **Pages:** 4 |
| **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** GRAY MATTER HOLDING, LLC | **Exec Dt:** 08/13/2003 | |
| **Assignee:** 180'S, INC. | | |

701 E. PRATT STREET
BALTIMORE, MARYLAND 21202-3101

**Correspondent:** COOLEY GODWARD LLP
PATENT GROUP
ONE FREEDOM SQUARE, RESTON TOWN CENTER
11951 FREEDOM DRIVE
RESTON, VA 20190-5656

## Assignment: 7

| | | |
|---|---|---|
| **Reel/Frame:** 015190/0256 | **Recorded:** 09/28/2004 | **Pages:** 22 |
| **Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** 180S, INC. | **Exec Dt:** 09/22/2004 | |
| **Assignee:** WITOCO VENTURE CORPORATION | | |

1700 SOUTH MACDILL AVENUE
SUITE 340
TAMPA, FLORIDA 33629

**Correspondent:** SMITH & HOPEN PA
15950 BAY VISTA DRIVE
SUITE 220
CLEARWATER, FL 33760

## Assignment: 8

| | | |
|---|---|---|
| **Reel/Frame:** 015341/0897 | **Recorded:** 11/05/2004 | **Pages:** 25 |
| **Conveyance:** LICENSE (SEE DOCUMENT FOR DETAILS). | | |
| **Assignors:** 180S, INC. | **Exec Dt:** 09/22/2004 | |
| WITOCO VENTURE CORPROATION | **Exec Dt:** 09/22/2004 | |
| 180S, LLC | **Exec Dt:** 09/22/2004 | |
| **Assignee:** TRANSCAP TRADE FINANCE LLC | | |

900 SKOKIE BLVD.

NORTHBROOK, ILLINOIS 60062
Correspondent: COOLEY GODWARD, LLP
PATENT GROUP
ONE FREEDOM SQUARE, RESTON TOWN CENTER
11951 FREEDOM DRIVE
RESTON, VA 20190-5656

## Assignment: 9

Reel/Frame: 015478/0810    Recorded: 12/22/2004    Pages: 6

Conveyance: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors: PROVIDENT BANK OF MARYLAND    Exec Dt: 12/10/2004

PROVIDENT LEASE CORP., INC.    Exec Dt: 12/10/2004

Assignee: 180S, INC.
701 E. PRATT STREET
BALTIMORE, MARYLAND 21202-3101

Correspondent: COOLEY GODWARD LLP
CHRISTOPHER R. HUTTER, PATENT GROUP
ONE FREEDOM SQUARE, RESTON TOWN CENTER
11951 FREEDOM DRIVE
RESTON, VA 20190-5656

## Assignment: 10

Reel/Frame: 015908/0735    Recorded: 04/19/2005    Pages: 6

Conveyance: RELEASE OF SECURITY INTEREST

Assignor: ALLEGIANCE CAPITAL LIMITED PARTNERSHIP    Exec Dt: 03/31/2005

Assignee: 180S, INC.
701 E. PRATT STREET, SUITE 180
BALTIMORE, MARYLAND 21202-3101

Correspondent: GREGORY M. STONE
7 SAINT PAUL STREET, SUITE 1400
WHITEFORD, TAYLOR & PRESTON
BALTIMORE, MD 21202

## Assignment: 11

Reel/Frame: 015908/0693    Recorded: 04/19/2005    Pages: 7

Conveyance: RELEASE OF SECURITY INTEREST

Assignor: WITOCO VENTURE CORPORATION    Exec Dt: 04/04/2005

Assignee: 180S, INC.
701 E. PRATT STREET, SUITE 180
BALTIMORE, MARYLAND 21202-3101

Correspondent: GREGORY M. STONE
7 SAINT PAUL STREET, SUITE 1400
WHITEFORD, TAYLOR & PRESTON
BALTIMORE, MD 21202

## Assignment: 12

Reel/Frame: 015908/0700    Recorded: 04/19/2005    Pages: 7

Conveyance: RELEASE OF SECURITY INTEREST

Assignor: TRANSCAP TRADE FINANCE LLC    Exec Dt: 04/04/2005

Assignee: 180S, INC.
701 E. PRATT STREET, SUITE 180
BALTIMORE, MARYLAND 21202-3101

Correspondent: GREGORY M. STONE
7 SAINT PAUL STREET, SUITE 1400
WHITEFORD, TAYLOR & PRESTON
BALTIMORE, MD 21202

## Assignment: 13

Reel/Frame: 016050/0289    Recorded: 05/23/2005    Pages: 9

| | |
|---|---|
| **Conveyance:** | NOTICE OF PATENT COLLATERAL SECURITY INTEREST |
| **Assignor:** | 180S, INC. |
| **Assignee:** | PATRIARCH PARTNERS AGENCY SERVICES, LLC<br>112 SOUTH TRYON STREET<br>STE 700<br>CHARLOTTE, NORTH CAROLINA 28284 |
| **Correspondent:** | CHRISTINE WILSON<br>1750 K STREET, NW<br>SUITE 200<br>WASHINGTON, DC 20006 |

**Exec Dt:** 04/04/2005

Search Results as of: 02/01/2011 01:48 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.1
Web interface last modified: Apr 30, 2009 v.2.1

| .HOME | INDEX| SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

# Exhibit E



7272433

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 06, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

TRADEMARK APPLICATION: *76/628,202*
FILING DATE: *January 19, 2005*
REGISTRATION NUMBER: *3,089,225*
REGISTRATION DATE: *May 09, 2006*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

# 76628202

## TRADEMARK APPLICATION SERIAL NO.

### U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

01/31/2005 TNCCANTS 00000102 220261  76628202

01 FC:6001      335.00 DA
02 FC:6005      100.00 DA

PTO-1555
  (5/87)

Copy provided by USPTO from the TICRS Image Database on 12/13/2010



**VENABLE**®LLP    575 7th Street, NW    Telephone 202-344-4000    www.venable.com
                   Washington, DC 20004-1601    Facsimile 202-344-8300

Mark B. Harrison
(202) 344-4019
mbharrison@venable.com

January 19, 2005

Honorable Assistant Commissioner for Trademarks
P.O. Box 1451
Alexandria, Virginia  22313-1451

Re:       U.S. Trademark Application
**Mark:     Design**
Applicant:   180s, Inc.
Our Reference: 37401-212344

Sir:

We enclose the following for filing in the Patent and Trademark Office:

X    Trademark Application w/specimens

X    Petition to the Director/Commissioner to Make Application "Special"

Authorization is granted to deduct the $435.00 filing fee from Deposit Account No. 22-0261 and notify us accordingly.

Sincerely,

Mark B. Harrison

MBH/lmf
Enclosures

WASHINGTON, DC   MARYLAND   VIRGINIA

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK EXAMINING OPERATION

In re Application of 180s, Inc.

Filed:      Herewith

Mark:      Ear Warmer Design

Class:      25

Honorable Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451

BOX PETITIONS/FEE

PETITION TO THE DIRECTOR/COMMISSIONER TO MAKE
APPLICATION "SPECIAL"

Sir:

Applicant respectfully requests that the Application filed herewith, to register an
ear warmer design as a trademark on the Principal Register, be made the subject of
special action and examined without delay.

Applicant is aware that it is requesting an extraordinary remedy, but earnestly
believes it is warranted.  As a basis for this Petition and for granting the relief sought
herein, applicant points to the following facts and circumstances:

1.  The applicant is involved in a pending action before the International Trade
Commission against nine Respondents that have sold ear warmer products that have
configurations that may infringe the configuration of applicant's ear warmer for which
registration is sought in this application.

2.  The applicant's mark is being infringed in that there are at least three entities
offering infringing merchandise over the internet.  The infringing merchandise may be
found at the following web sites:

  a. www.glovemetender.com
  b. www.stewartandstewartgolf.com
  c. www.alibaba.com

3.  There is pending litigation against a retailer that is marketing an infringing
product.

C:\Documents and Settings\tlynch\My Documents\Petition to Make Special (180s)_v1.DOC

Should the Director/Commissioner require any other information in order to make a determination on this Petition to Make Special, he is respectfully requested to telephone the Applicant's attorney, Mark Harrison, VENABLE, P.O. Box 34385, Washington, D.C. 20043-9998 Telephone: 202 344-4019 Telefax: 202 344-8300.

The undersigned declares and states that he/she is an officer of the applicant or is properly authorized to execute and sign this Petition and Declaration on behalf of and for the said applicant; that he/she believes applicant to be the owner of the trademark sought to be registered; that he/she believes applicant to be entitled to use such mark in commerce; that to the best of his/her knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his/her own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom.

Done, this _19th_ day of _JANUARY_____, 2005.

180s, Inc.

By: _Thomas W. Lynch_

Name: _Thomas W. Lynch_

Title: _Intellectual Property Counsel_

-2-

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### Trademark Operations

MARK: **design**

INTERNATIONAL CLASS: 25

TO THE HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
### STATEMENT

The applicant herein, 180s, Inc., a Delaware corporation having offices at 701 East Pratt Street, Suite 180, Baltimore, Maryland 21202-3101, has adopted and is using in commerce the mark shown in the accompanying drawing for

### HEADWEAR AND EAR WARMERS

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5th, 1946.

The mark was first used in connection with the goods in 1995; the mark was first used in commerce in connection with the goods in 1995; and is currently in use in commerce.

The mark is used by applying it to the goods, and a specimen showing the mark as used is submitted herewith.

The mark consists of the unique configuration of the goods.

The applicant believes that the mark has become distinctive, as applied to applicant's goods, by reason of applicant's substantially exclusive and continuous use thereof as a mark, in commerce in the United States, for over 9 years preceding the date of filing of this application.

### DESIGNATION OF CORRESPONDENCE ADDRESS

Send all notices, official letters, documents and other correspondence concerning this application to: Mark Harrison, VENABLE, P.O. Box 34385, Washington, D.C. 20043-9998.

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

## POWER OF ATTORNEY

Applicant hereby appoints as attorney Mark B. Harrison, Janet Satterthwaite, Marcia A. Auberger, Jacqueline Patt and Andrew D. Price, each a member of the Bar of the District of Columbia and/or Virginia and/or New York, and having his offices and post office address at VENABLE, P.O. Box 34385, Washington, D.C. 20043, Telephone (202) 344-4800, Telefax (202) 344-8300, to prosecute this application to register, and to transact all business in the Patent and Trademark Office in connection therewith, and to receive all documents, including the Certificate of Registration.

## D E C L A R A T I O N

The undersigned declares and states that he/she is an officer of applicant and authorized to execute and sign this statement, power of attorney and declaration on behalf of and for the said applicant; that he/she believes applicant to be the owner of the mark sought to be registered; that he/she believes applicant to be entitled to use such mark in commerce; that to the best of his/her knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom.

Done, this _19th_ day of _January_ , 2005.

180s, INC

By: _Thomas W. Lynch_

Name: _Thomas W. Lynch_

Title: _Intellectual Property Counsel_



Copy provided by USPTO from the TICRS Image Database on 12/12/2010



01-19-2005

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #6?

DRAWING PAGE

Applicant:        180s, Inc.

Address:          701 East Pratt Street, Suite 180, Baltimore, Maryland 21202-3101

Goods:            HEADWEAR and EAR WARMERS

First Use:        1995

In Commerce:      1995

Attorneys:        VENABLE
                  P.O. Box 34385
                  Washington, D.C.  20043-9998



U.S. Patent & TM Ofc/TM



76628202

01-19-2005

S. Patent & TMOfc/TM Mail Rcpt Dt. #6

DRAWING PAGE

Applicant:        180s, Inc.

Address:          701 East Pratt Street, Suite 180, Baltimore, Maryland 21202-3101

Goods:            HEADWEAR and EAR WARMERS

First Use:        1995

In Commerce:      1995

Attorneys:        VENABLE
                  P.O. Box 34385
                  Washington, D.C.  20043-9998



U.S. Patent & TM Ofc/TM



76628202

# FILING RECEIPT FOR TRADEMARK APPLICATION

Mar 15, 2005

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Action on the merits should be expected from the United States Patent and Trademark Office (USPTO) approximately six months from the FILING DATE. When inquiring about this application, include the SERIAL NUMBER, FILING DATE, OWNER NAME and MARK.

MARK HARRISON
VENABLE
P.O. BOX 34385
WASHINGTON, D.C. 20043-9998

**ATTORNEY
REFERENCE NUMBER**
37401-212344

---

### PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days. Such request may be submitted by mail to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451; by fax to 703-308-9096; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

---

SERIAL NUMBER:        76/628202
FILING DATE:          Jan 19, 2005
REGISTER:             Principal
LAW OFFICE:
MARK:
MARK TYPE(S):         Trademark
DRAWING TYPE:         Miscellaneous design
FILING BASIS:         Sect. 1(a) (Use in Commerce)

---

ATTORNEY:   Mark Harrison
OWNER:      180s, Inc. (DELAWARE, Corporation)
            701 East Pratt Street, Suite 180
            Baltimore, MARYLAND  212023101

---

FOR:   HEADWEAR AND EAR WARMERS
       INT. CLASS:  025
       FIRST USE:  1995      USE IN COMMERCE:  1995

       ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

Copy provided by USPTO from the TICRS Image Database on 12/13/2010



Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

March 22, 2005

Mark B. Harrison
VENABLE
P.O. Box 34385
Washington, DC  20043

Re:     Trademark Application Serial No. 76-628202
        Mark: MISCELLANEOUS DESIGN

Dear Mr. Harrison:

This acknowledges receipt on January 19, 2005 of your petition to make special filed in
connection with the above-identified trademark application.  Your petition to make special has
been considered by the Office of the Commissioner for Trademarks and has been found to
meet all requirements.  37 C.F.R. §2.146 and TMEP §§1710 and 1710.01.

Decision:  Petition to make special is hereby GRANTED.

The trademark application will be returned to Law Office 112 and be handled in accordance
with TMEP §§702.02 and 1710.02.

Sincerely,


Ralph Williams
Paralegal Specialist
Office of the Commissioner
  for Trademarks
571-272-9584

X Search                                                                                    Page 1 of 1

\*\*\* User:jkrisp \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 76628202[SN] |
| 02 | 595 | 292 | 303 | 303 | 0:01 | 090325[dc] |

Session started 4/11/2005 8:32:39 PM
Session finished 4/11/2005 8:44:30 PM
Total search duration 0 minutes 2 seconds
Session duration 11 minutes 51 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 76628202

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO:    76/628202

APPLICANT:    180s, Inc.

**\*76628202\***

CORRESPONDENT ADDRESS:
    MARK HARRISON
    VENABLE
    P.O. BOX 34385
    WASHINGTON, D.C. 20043-9998

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

MARK:

CORRESPONDENT'S REFERENCE/DOCKET NO: 37401-212344

CORRESPONDENT EMAIL ADDRESS:

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**: THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number 76/628202

The assigned examining attorney has reviewed the referenced application and determined the following.

STATUTORY REFUSAL(S)

1] Registration is refused because the proposed mark comprises a configuration of the goods that is not inherently distinctive and would not be perceived as a mark. Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127. The United States Supreme Court has held that a configuration of a product can never be inherently distinctive, and is registrable on the Principal Register only with a showing of acquired distinctiveness. *Wal-Mart Stores, Inc. v. Samara Brothers, Inc.,* 529 U.S. 205, 54 USPQ2d 1065 (2000). *See also Textron, Inc. v. U.S. International Trade Commission,* 753 F.2d 1019, 224 USPQ 625 (Fed. Cir. 1985); *In re Craigmyle,* 224 USPQ 791 (TTAB 1984); TMEP §1202.02(b)(i).

Applicant must present evidence that the proposed mark has acquired distinctiveness by submitting examples of advertising and promotional materials that specifically promote the proposed mark *as a trademark*, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the proposed mark as a trademark and any other evidence that establishes recognition of the matter as a mark for the goods. The evidence must relate to the promotion and recognition of the specific configuration embodied in the proposed mark and not to the goods in general. *Wal-Mart,* 529 U.S. at 211, 54 USPQ2d at 1068; *See* TMEP §§1212.06 *et seq.* regarding evidence of acquired distinctiveness.

In the alternative to submitting evidence of acquired distinctiveness, applicant may amend to the

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Supplemental Register.

"[A] mark is inherently distinctive if [its] intrinsic nature serves to identify a particular source." *Wal-Mart Stores, Inc. v. Samara Brothers, Inc.*, 529 U.S. 205, 210, 54 USPQ2d 1065, 1068 (2000), citing *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 768, 23 USPQ2d 1081 (1992); TMEP 1202.02(b)(ii).

The burden of proving that a mark has acquired distinctiveness is on applicant. *See Yamaha Int'l Corp. v. Hoshino Gakki Co. Ltd.*, 840 F.2d 1572, 1578-79, 6 USPQ2d 1001, 1006 (Fed. Cir. 1988); *In re Meyer & Wenthe, Inc.*, 267 F.2d 945, 122 USPQ 372 (C.C.P.A. 1959).

Applicant may present any competent evidence to establish that a mark has acquired distinctiveness. The amount and character of evidence required to establish acquired distinctiveness depends on the facts of each case and particularly on the nature of the mark sought to be registered. *See Roux Laboratories, Inc. v. Clairol Inc.*, 427 F.2d 823, 166 USPQ 34 (C.C.P.A. 1970); *In re Hehr Mfg. Co.*, 279 F.2d 526, 126 USPQ 381 (C.C.P.A. 1960); *In re Gammon Reel, Inc.*, 227 USPQ 729 (TTAB 1985).

Additional evidence is needed to support the claim of distinctiveness. Applicant's allegation of five years' use alone is insufficient evidence of distinctiveness in this case because applicant's mark is highly descriptive of the goods and/or services. TMEP §1212.05(a). *In re Kalmbach Publishing Co.*, 14 USPQ2d 1490 (TTAB 1989).

Applicant must establish acquired distinctiveness by a preponderance of the evidence. *Yamaha Int'l Corp. v. Hoshino Gakki Co.*, 840 F.2d 1572, 6 USPQ2d 1001 (Fed. Cir. 1988). This evidence may include specific dollar sales under the mark, advertising figures, samples of advertising, consumer or dealer statements of recognition of the mark, and any other evidence that establishes the distinctiveness of the mark as an indicator of source. The Office will decide each case on its own merits.

If additional evidence is submitted, the following factors will be considered when assessing its sufficiency: (1) how long applicant has used the mark; (2) the type and amount of advertising of the mark; and (3) applicant's efforts to associate the mark with the goods and/or services. *See Ralston Purina Co. v. Thomas J. Lipton, Inc.*, 341 F. Supp. 129, 173 USPQ 820 (S.D.N.Y. 1972); *In re Packaging Specialists, Inc.*, 221 USPQ 917 (TTAB 1984); 37 C.F.R. §2.41; TMEP §§1212, 1212.01 and 1212.06 *et seq.*

The applicant should also note the following additional ground for refusal.

2] Registration is refused because the proposed three-dimensional configuration mark appears to be functional for the identified goods. Trademark Act Section 2(e)(5), 15 U.S.C. §1052(e)(5). That is, the proposed mark comprises the configuration of a design feature of the identified goods that serves a utilitarian purpose. *TrafFix Devices, Inc. v. Marketing Displays, Inc.*, 532 U.S. 23, 58 USPQ2d 1001 (2001); *Valu Engineering, Inc. v. Rexnord Corp.*, 61 USPQ2d 1422 (Fed. Cir. 2002); *In re Bose Corp.*, 772 F.2d 866, 227 USPQ 1 (Fed. Cir. 1985); *In re R.M. Smith, Inc.*, 734 F.2d 1482, 222 USPQ 1 (Fed. Cir. 1984); TMEP §§1202.02(a) *et seq.*

The proposed mark is a design of goods depicting and demonstrating the utilitarian features of headwear and ear warmers worn on the head, and the goods are headwear and ear warmers. The particular features of this proposed mark, namely, the curved design, shape, and flexible nature are functional for the goods because the goods here, headwear and ear warmers, are specifically and necessarily worn "behind the head" (see specimen of use), on the two ears, and placed directly around the head and on the two ears.

Evidence in functionality cases normally involves consideration of the following four factors,

commonly known as the "*Morton-Norwich* factors," in reference to the Federal Circuit decision in which they were first articulated:

> (1) the existence of a utility patent that discloses the utilitarian advantages of the design sought to be registered;
>
> (2) advertising by the applicant that touts the utilitarian advantages of the design;
>
> (3) facts pertaining to the availability of alternative designs; and
>
> (4) facts pertaining to whether the design results from a comparatively simple or inexpensive method of manufacture.

*In re Morton–Norwich Products, Inc.*, 671 F.2d 1332, 213 USPQ 9, 15-16 (C.C.P.A. 1982).

Applicant must provide the following information and documentation in order to permit proper examination of the application.  37 C.F.R. §2.61(b):

> (1) A written statement as to whether the proposed mark is or has been *the subject of either a design or utility patent,* including existing and/or expired patents.  Applicant must also state whether the proposed mark is or has been the subject of a patent application for either a design or utility patent, including both pending and abandoned patent applications.  For any of the above for which a positive response is provided, the applicant must provide copies of the patent(s) or pending or abandoned patent application(s).
>
> (2) Any available *advertising, promotional and/or explanatory materials concerning the configuration* for which registration is sought, particularly any materials specifically related to the design feature(s) embodied in the proposed mark.
>
> (3) A written explanation and any relevant evidence as to *whether alternative designs are available for the feature(s) embodied in the proposed mark,* as well as whether the alternative designs are equally efficient and/or competitive.  Applicant must also include a written explanation and any available information concerning designs used by competitors.
>
> (4) A written statement as to whether the product design or product packaging design at issue results from *a comparatively simple or inexpensive method of manufacture in relation to alternative designs* for the product/container.  If applicant has any relevant information regarding the method and/or cost of manufacture, that information must also be provided.

Applicant may also furnish any *other* evidence that applicant considers relevant to the registrability of the proposed configuration mark.

With regard to the above requested information, it is noted that the Board and courts have recognized that relevant technical information is usually more readily available to an applicant, and that the applicant will thus normally be the source of most of the evidence pertaining to the functionality issue.  *In re Teledyne Industries Inc.*, 696 F.2d 968, 971, 217 USPQ 9, 11 (Fed. Cir. 1982); *In re Witco Corp.*, 14 USPQ2d 1557, 1560 (TTAB 1989); *In re Babies Beat Inc.*, 13 USPQ2d 1729, 1731 (TTAB 1990) (registration properly refused where applicant failed to comply with trademark examining attorney's request for copies of patent applications and other patent information); *See* TMEP §§1202.02(a)(v) *et seq.*

The functionality determination is a question of fact, and depends on the totality of the evidence

presented in each particular case. *Valu Engineering, Inc. v. Rexnord Corp.*, 61 USPQ2d 1422 (Fed. Cir. 2002); *In re Caterpillar Inc.*, 43 USPQ2d 1335, 1339 (TTAB 1997).

In an application for trade dress, distinctiveness and functionality are two separate issues. TMEP §1202.02(c).

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

SEARCH RESULTS

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

AUTHORITIES AND RESPONSE INSTRUCTIONS

In all correspondence to the Patent and Trademark Office, the applicant should list the name and law office of the examining attorney, the serial number of this application, the mailing date of this Office action, and the applicant's telephone number.

**NOTICE: FEE CHANGE**

Effective January 31, 2005 and pursuant to the Consolidated Appropriations Act, 2005, Pub. L. 108-447, the following are the fees that will be charged for filing a trademark application:

(1) $325 per international class if filed electronically using the Trademark Electronic Application System (TEAS); or

(2) $375 per international class if filed on paper

These fees will be charged not only when a new application is filed, but also when payments are made to add classes to an existing application. If such payments are submitted with a TEAS response, the fee will be $325 per class, and if such payments are made with a paper response, the fee will be $375 per class.

The new fee requirements will apply to any fees filed on or after January 31, 2005.

**NOTICE: TRADEMARK OPERATION RELOCATION**

The Trademark Operation has relocated to Alexandria, Virginia. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

**Commissioner for Trademarks**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

/JMBK/
Jennifer M.B. Krisp
Attorney, Law Office 112
571-272-9183 [leave message]

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action issued via email you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applica can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
Trademark Operations
Law Office 112
Examining Attorney: Jennifer M.B. Krisp

Applicant:       180s, Inc.

Serial No.:      76/628,202

Filed:           January 19, 2005                        **RESPONSE**

Mark:            **design**

---

**Attorney's Reference: 37401-212344**

Honorable Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451

Sir:

In response to the refusal of registration, Applicant submits that its trade dress/product configuration (1) is neither functional nor ornamental and (2) has acquired distinctiveness and operates as a mark.

First, the TMEP is clear in that "The Examining Attorney must establish a prima facie case that the trade dress sought to be registered is functional." See TMEP Section 1202.02(a)(iv). It is clear from the Office Action that the Examining Attorney has not met this burden. There is absolutely no evidence in the record to support the Examining Attorney's allegation that the applicant's trade dress/product configuration is functional.

Rather, the Examining Attorney has made the unsupported allegation that the applicant's trade dress/product configuration is functional, and is looking to the applicant to provide any relevant evidence in that regard.

10-27-2005
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #01

The applicant is in the process of gathering the information requested by the Examining Attorney, and expects to be in the position to submit such material shortly.

In the meantime, Applicant's advertising and promotional material features this product configuration (see attached Exhibit "A"), and the product configuration is featured on applicant's packaging (see attached Exhibit "B").

Additionally, applicant has not based this claim of distinctiveness on a mere five years use of the mark as indicated in the Office Action. Rather, applicant has alleged over 9 years use of the mark in commerce. Almost double what would be required to make out a prima facie showing of distinctiveness.

The Examining Attorney has additionally indicated that the mark/configuration "appears to be functional for the identified goods." This refusal is based upon the allegation that "the proposed mark is a design of goods depicting and demonstrating the utilitarian features of headwear and ear warmers worn on the head, and the goods are headwear and ear warmers. The particular features of this proposed mark, namely, the curved design, shape and flexible nature are functional for the goods."

There is no support in the record for these contentions, and, whether or not the applicant's product is "flexible" in nature is not relevant to the determination as to whether the overall design/configuration is recognized and functions as a trademark.

Attached as Exhibit "C" are pages from several websites which show both the applicant's product and alternative products. These clearly show that there are a number of competing products of varying design.

Given the foregoing, it is respectfully submitted that the subject mark is entitled to registration on the Principal Register. Accordingly, it is requested that the mark be approved for publication in the *Official Gazette*, for opposition purposes, without further delay.

Respectfully submitted,

Date: October 27, 2005

Mark B Harrison
VENABLE
P.O. Box 34385
Washington, D.C. 20043-9998
Telephone: 202/344-4800
Facsimile: 202/344-8300

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

# EXHIBIT A

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

180s - Innovative Performance Wear

Page 1 of 1

HOME

PRODUCTS    COMPANY    TEAM 180s    CONTACT    SH

EAR WARMERS

RUNNING

PERFORMANCE

SPORT CASUAL



EAR

RUNNING

Exolite

PERFORMANCE

Tri Shell          Storm Shell          Tec Fleece

SPORT CASUAL

Merino Wool      Stretch Cord      Micro Suede      Sport Knit      4-Way

© 2004 180s. Inc

Latest News    Policies    Site Assistanc

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

180s - Innovative Performance Wear

Page 1 of 1

HOME                    PRODUCTS    COMPANY    TEAM 180s    CONTACT         SH

EAR WARMERS

RUNNING

PERFORMANCE

UNISEX
TRI SHELL
STORM SHELL
TEC FLEECE

WOMEN'S
TRI SHELL
STORM SHELL
TEC FLEECE

KIDS'
TEC FLEECE

W/ HEADPHONES
TEC FLEECE

SPORT CASUAL



PERFORMANCE EAR

180s™ Performance E
are the ultimate in sp
The revolutionary behin
fit combined with top
wind and moisture resi
keep you warm while a
ears to breathe. The P
Series is for athletes
themselves to the

CHOOSE A STYL

Tri Shell          Storm Shell          Tec Fl

© 2004 180s. Inc.

Latest News    Policies    Site Assistano

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

180s - Innovative Performance Wear

HOME        PRODUCTS    COMPANY    TEAM 180s    CONTACT        SH

## 180s

**EAR WARMERS**

RUNNING

PERFORMANCE

SPORT CASUAL

UNISEX

MERINO WOOL

STRETCH CORD

MICRO SUEDE

SPORT KNIT

4-WAY TEC STRETCH

W/ HEADPHONES

4-WAY TEC STRETCH



SPORT CASUAL EAR

180s™ Sport Casual
are just what you nee
the elements. The re
behind-the-head™
while running a mara
building a snowman
ears protected and c
with these lightw
warmers.

CHOOSE A STYL

Merino Wool        Stretch Cord        Micro Suede        Sport Knit        4-Way

© 2004 180s, Inc.

Latest News    Policies    Site Assistanc

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

# EXHIBIT B

Copy provided by USPTO from the TICRS Image Database on 12/13/2010



# EXHIBIT C

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

REI Search: "earwarmers"                                                Page 1 of 3



Search REI.com

earwarmers (GO)

(🛒) **Shopping Cart**
(contains 0 items)

**Your**
You are n

REI.com | REI-OUTLET.com | REI Adventures | Stores & Events | Gift Registry

Home | Shop All Categories | Shipping Info | Contact Us | Help

Gift Services
Gift Shop
Gift Cards
Gift Registry
Gift Boxes

Clothing & Outerwear
Men's Clothing
Women's Clothing
Kids' Clothing & Gear
Footwear
Size Finder

Snow Sports
Skiing
Snowboarding
Cross-Country Skiing
Snowshoeing

Gear Shops
Camping & Hiking
Climbing
Cycling
Novara Bike
Women's Gear
Kayaking & Canoeing
Outdoor Fitness
Luggage & Travel
GPS & Electronics
Watches & Sunglasses
REI Brand Gear
Books & Maps
Car Racks
Pets, Toys & Picnicking

How to Choose Gear
Expert Advice

More Ways to Shop
On Sale
REI-OUTLET.com
Shop by Brand
Shop All Categories
Corporate Sales
Catalog Sign-Up

REI Membership

Your search for "earwarmers" returned 21 results.

SORTED BY:   [Default Sort ▾]                    ITEMS PER PAGE:

**MEN'S: HATS AND HEADWEAR: HEADBANDS AND EARMUFFS**

  **REI Microfleece Earwarmer**
Price: $14.00

  **Columbia Sportswear**
**River Headband**
Price: $7.00

☐ (COMPARE)                          ☐ (COMPARE)

  **Earbags Solid Color Ear**
**Warmers**
Price: $15.00

  **Halo II Headband**
Price: $12.95

☐ (COMPARE)                          ☐ (COMPARE)

  **Headsweats CoolMax**
**Topless Sweatband**
Price: $7.93 - $12.00

  **Seirus Neofleece Head**
Price: $10.00

☐ (COMPARE)                          ☐ (COMPARE)

  **Turtle Fur Headband - Solid**
Price: $7.00

  **180s Exolite Ti Earwar**
Price: $25.00

☐ (COMPARE)                          ☐ (COMPARE)

  **180s Tec Fleece Ear**
**Warmers**
Price: $20.00

  **180s Tec Fleece Ear**
**Warmers - Women's**
Price: $20.00

☐ (COMPARE)                          ☐ (COMPARE)

**MEN'S: HATS AND HEADWEAR: MULTISPORT HEADWEAR**

  **Pearl Izumi ThermaFleece**
**Headband**
Price: $16.00

☐ (COMPARE)

**KIDS': ACCESSORIES -- BOYS AND GIRLS: WARM HATS**

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

REI Search: "earwarmers"                                                    Page 2 of 3

Become an REI Member
Member Help
Apply for an REI Visa®

Partner Program
Become an REI Affiliate

River Headband - Kids'          Price: $15.95
Price: $7.00

☐ (COMPARE)                     ☐ (COMPARE)

---

### CYCLING: ADULT HELMETS: ACCESSORIES



Novara Headsweats CoolMax           Pace Clif Bar Cycling
Shorty Hat                                              Headband
Price: $20.00                                           Price: $6.95

☐ (COMPARE)                     ☐ (COMPARE)



Pace World Stamps
Headband
Reduced to: $3.93
Originally: $6.95

☐ (COMPARE)

---

### CYCLING: LIGHTS: LIGHT ACCESSORIES

Expert Advice: How to Choose the Right Bicycl



NiteRider Explorer Headband
Price: $32.00

☐ (COMPARE)

---

### CYCLING: HEADWEAR: HEADBANDS



Halo Headband                    Novara Thermal Tech
Price: $12.95                                           Headband
                                                        Price: $12.00

☐ (COMPARE)                     ☐ (COMPARE)



Pace Full Sail Cycling           Pearl Izumi Aeolus
Headband                                               Headband
Price: $6.95                                            Price: $16.00

☐ (COMPARE)                     ☐ (COMPARE)

---

Search: earwarmers          [ Search ]  Tips on using our search eng

---

| Help | Company Info | Member Benefits | REI Gearmail® |
|------|--------------|-----------------|---------------|
| Help Section | About REI | | Sign up for e-mail update |
| Contact Us | REI Gives | | featuring news, deals and |
| Live Help | Jobs at REI | | After you subscribe, we'll |

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

REI Search: "earwarmers"



Order Tracking
Returns
Shipping Info

100% Guarantee
Privacy Policy
© 1996-2005 REI

Join the Co-op!
Member Help
Apply for an REI Visa®

you a coupon for 10% off
next purchase at REI.

Update E-Mail Preference

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Dick's Sporting Goods - Earwarmers, Headbands and Neck Gaitors

Page 1 of 1



track my order | my account | about us | careers | store locator | help

☞ shoppi

FREE SHIPPING. Eligible orders must total $99

Shop by Sport / Department ▼

SEARCH By keyword or  ONE STOP ITEM  #

Home  >  Earwarmers, Headbands and Neck Gaitors

**TOP SHOPS**
- 2005 MLB Playoffs
- NBA Shop
- NCAA Shop
- NFL Shop
- NHL Shop
- Basketball Goals
- Golf Pro Shop
- Outlet
- Tailgater Essentials
- The Lodge
- The Rec Room

**BROWSE THE STORE**
- Gift Cards/Certificates
- Apparel
- Accessories
- Baseball
- Basketball
- Boating / Watersports
- Camping/Hiking
- Cycling
- Electronics
- Exercise
- Fan/Pro Shop
- Fishing
- Football
- Footwear
- Games
- Golf
- Hunting/Archery
- Ice/Roller Hockey
- In-Line Skating
- Lacrosse
- Optics / Telescopes
- Paintball / AirSoft
- Running
- Scooters
- Skateboarding
- Soccer
- Tennis/Racquet
- Winter Recreation
- view **All Sports**

SEARCH  All Brands ▼    Prices - Highest to Lowest ▼    GO

17 ITEMS  [ 1 ] 2 3 ▶


Earbags Bandless Ear Warmers
⌐$ **Free Shipping Eligible!**
★★
Our Price: $14.99


Columbia Triple Acce
⌐$ **Free Shipping**
★★
List Price: $34.99*
Our Price: $29.97


180's Kids Fleece Earwarmers
⌐$ **Free Shipping Eligible!**
★★
Our Price: $19.99


The North Face Neck
⌐$ **Free Shipping**
★★
Our Price: $19.98


Under Armour Arctic Headband
⌐$ **Free Shipping**★★
Our Price: $17.99


Hind Radiant Headba
⌐$ **Free Shipping**
★★
Our Price: $14.99

Hind Ponytail Headband
⌐$ **Free Shipping Eligible!**
★★
Our Price: $14.99

Columbia Bugascarf
⌐$ **Free Shipping**
★★
Our Price: $12.99

17 ITEMS  [ 1 ] 2 3 ▶

shopping cart | secure shopping | help | privacy policy | terms and conditions | investor relations | contact us | Product Availabilit

Privacy Policy updated February 2004

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Dick's Sporting Goods - Earwarmers, Headbands and Neck Gaitors        Page 1 of 1



EVERY SEASON STARTS AT

track my order | my account | about us | careers | store locator | help

🛒 shoppi

 *FREE SHIPPING* Eligible orders must total $9

Shop by Sport / Department    SEARCH by Keyword or [ONE ITEM] #

Home  >  Earwarmers, Headbands and Neck Gaitors

**TOP SHOPS**
- 2005 MLB Playoffs
- NBA Shop
- NCAA Shop
- NFL Shop
- NHL Shop
- Basketball Goals
- Golf Pro Shop
- Outlet
- Tailgater Essentials
- The Lodge
- The Rec Room

**BROWSE THE STORE**
- Gift Cards/Certificates
- Apparel
- Accessories
- Baseball
- Basketball
- Boating / Watersports
- Camping/Hiking
- Cycling
- Electronics
- Exercise
- Fan/Pro Shop
- Fishing
- Football
- Footwear
- Games
- Golf
- Hunting/Archery
- Ice/Roller Hockey
- In-Line Skating
- Lacrosse
- Optics / Telescopes
- Paintball / AirSoft
- Running
- Scooters
- Skateboarding
- Soccer
- Tennis/Racquet
- Winter Recreation
- view **All Sports**

SEARCH [All Brands ▼]    [Prices - Highest to Lowest ▼]    [GO]

**17 ITEMS**  ◁ 1 [ 2 ] 3 ▷


adidas Santiago Reversible Headband
⟳Ⓢ Free Shipping Eligible!
★★
Our Price: $9.99

Columbia Youth Bad
Headring
⟳Ⓢ Free Shipping
★★
Our Price: $8.99



Turtle Fur Turtle Band
⟳Ⓢ Free Shipping Eligible!
★★
Our Price: $7.99

Turtle Fur Kids Turtle
⟳Ⓢ Free Shipping
★★
Our Price: $6.99



180s Tec Fleece Earwarmer Womens
⟳Ⓢ Free Shipping Eligible!
★★
Our Price: $24.99

180s Adults Tec Flee
Earwarmers
⟳Ⓢ Free Shipping
★★
Our Price: $24.99


Hind Radiant Headband
⟳Ⓢ Free Shipping Eligible!
★★
List Price: $14.99*
Our Price: $12.99

The North Face Ear (
⟳Ⓢ Free Shipping
★★
List Price: $11.99*
Our Price: $7.97

**17 ITEMS**  ◁ 1 [ 2 ] 3 ▷

*List price 4 for reference only. No sales may have occurred at that time.

shopping cart | secure shopping | help | privacy policy | terms and conditions | investor relations | contact us | Product Availabilit

Privacy Policy updated February 2004

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Ear Warmers - Find, Compare, and Buy at Shopping.com

Page 1 of 5



### Shopping.compare clothing

| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? `Ear Warmers` in `Clothing` [Find]

Make unlimited calls to anywhere in the US,
Canada and Puerto Rico for just $24.99 a month

VONAGE

Hey, we need your help. Please take a minute and tell us how we're doing.    [See Survey]

Back to: Clothing and Accessories

Join Shopping.com | Help | Sign in

## You found 87 products in Clothing    "Ear Warmers"

Not looking for Clothing? **See all matches** for "Ear Warmers"

| Find by Price Range | Find by Store | Find by Gender and Age | Or find by |
|---|---|---|---|
| Below $20 (36) | REI (13) | Men (25) | Material |
| $20 - $30 (29) | Amazon (7) | Women (7) | Apparel Type |
| $30 - $40 (14) | Luxury Divas (7) | Unisex (7) | Accessory Type |
| $40 - $50 (1) | L.L.Bean (6) | Boys (5) | Style Type |
| $50 - $70 (2) | REI Outlet (5) | | Brand |
| Above $70 (5) | More... | | Keyword |



Showing 1-21 of 87 products    Enter your ZIP: [____] [Enter]

Sort by: Store name | Store rating | Price

**Featured Product**
Wraparound Ear Warmer (In stock)
**$16.95**  Gempler's
[Buy It]   Already shopped at this store? Write a review
See 2 more items from Gempler's

**Featured Product**
Gorgonz Ear Warmer (In stock)
**$19.95**  basspro.com
[Buy It]  ✓✓✓✓½ Trusted Store
Store reviews (2607)

**Featured Product**
Horse Lover Ear Warmer (In
**$11.99**  PETSM
[Buy It]  ✓✓✓ Trusted
Store revi 0)

http://www.shopping.com/xGS-Ear_Warmers~NS-1~linkin_id-3058117~~r-1~CLT-INTR    10/26/2005

Ear Warmers - Find, Compare, and Buy at Shopping.com

## Enter your ZIP code to see tax and shipping

Price + Tax + Shipping = Total price

[ _____ ]  Enter

---



Nashbar Hytrel® Ear Warmer
(In stock)

**$12.99**    **Bike Nashbar**

 Buy It

Already shopped
at this store?
Write a review

---



Ear Warmer (In stock)

**$10.00**    **Loadedbases.com**

Buy It

Already shopped
at this store?
Write a review

---



LL Bean: 180?s SportSeries
Warmers (In stock)

**$18.00**     L.L.B

Buy It

✓✓✓
💡 Truste
Store revi
See 6 more items from L.L.Be

---



Heated Fleece Headband Holds
Instant Disposable Ear Warmers
(In stock)

**$24.00**

 Buy It

Already shopped
at this store?
Write a review

---



180s Women's Tec Fleece Ear
Warmer, Black
(Stock info not available)

**$19.99**     amazon.com

 Buy It

✓✓✓✓½
💡 Trusted Store
Store reviews (1104)
See 7 more items from Amazon

---



Swany Wool Twill Reversible
Warmer - Waterproof (For M
(In stock)

**$4.95**    **Sierra T Post**

Buy It

✓✓✓✓
💡 Truste
Store revi
9)

---



180s Women's Tec Fleece Ear

---



180s Unisex Tec Fleece Ear

---



180s Unisex Tec Fleece Ear

---

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Ear Warmers - Find, Compare, and Buy at Shopping.com                    Page 3 of 5

Warmer, Cool Blue
(Stock info not available)

**$19.99**  
 Buy It

✓✓✓ ½
⊙ Trusted Store
Store reviews (110
4)

See 7 more items from Amazon

Warmers with Stereo Headphones,
Black (Stock info not available)

**$29.99**  
 Buy It

✓✓✓ ½
⊙ Trusted Store
Store reviews (110
4)

See 7 more items from Amazon

Warmer, Heather Grey
(Stock info not available)

**$19.99**   amazon
Buy It

✓✓✓
⊙ Truste
Store revi
4)

See 7 more items from Amazon

---



Heated Fleece Headband Holds
Instant Disposable Ear Warmers
(In stock)

**$24.00**  
Buy It

180s Unisex Tec Fleece Ear
Warmer, Black
(Stock info not available)

**$19.99**  
 Buy It

✓✓✓ ½
⊙ Trusted Store
Store reviews (110
4)

See 7 more items from Amazon



180s Unisex Tec Fleece Ear
Warmer, Crimson
(Stock info not available)

**$19.99**  
 Buy It

✓✓✓
⊙ Truste
Store revi
4)

See 7 more items from Amazon



---



180s Women's Tec Fleece Ear
Warmer, Heather Grey
(Stock info not available)

**$19.99**  
 Buy It

✓✓✓ ½
⊙ Trusted Store
Store reviews (110
4)

See 7 more items from Amazon

Men's Tec Fleece Ear Warmer by
180s (In stock)

**$19.99**    ParagonSpor
ts
Buy It

✓✓✓
Store reviews (5
8)

See 4 more items from ParagonSports



LL Bean: 180 s Exolite Ear W
(In stock)

**$25.00**  L.L.B
Buy It

✓✓✓
⊙ Truste
Store revi

See 6 more items from L.L.Be

 

---

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Ear Warmers - Find, Compare, and Buy at Shopping.com                    Page 4 of 5







Gorgonz Reflective Ear Warmers
(In stock)

Ears Free Ear Warmers (In stock)

Earbags Bandless Ear Warm
(In stock)

**$19.95**    AJ Prindle

Buy It

Already shoppe
d
at this store?
Write a review

See 2 more items from AJ Prindle

**$9.99**

Buy It

JCPenney

✓ ✓ ½

Store reviews (4
2)

**$14.99**    The S|
uthori

Buy It

✓ ✓

Store re
6)

See 2 more items from The S|
Authority

Showing 1-21 of 87 products          Page:  1  2  3  4  5          See next 21

› Why are these stores listed?

---

## Sponsored Listings (About)

**Ear Warmers**
Get the Latest Cold Weather Gear at Dick's! Select Orders Ship Free
www.DicksSportingGoods.com

**Fleece Ear Warmers $13.99**
Gorgonz made by 180s. Folds up. A great gift or to keep you warm.
www.palmflex.com

**Free Shipping at L.L.Bean**
Block the cold with innovative ear warmers for sports or casual wear.
www.llbean.com

**Ear Warmers at REI**
A Huge Selection of Winter Gloves & Hats. Free Shipping to REI Stores!
www.rei.com

**Polar Fusion Ear Warmers**
Keep Ears Warm, Let Sounds In. Run, Ski & Play Safe This Winter.
www.terratekbrands.com

---

**Featured listings from** ebay

**New Black ear grips earmuffs,warmers,headband! GIFTS**
Current bid: $0.99  Auction ends: 2005-10-27 01:37:53 GMT
www.ebay.com

**New Black ear grips earmuffs,warmers,headband! GIFTS**
Current bid: $0.99  Auction ends: 2005-10-27 10:46:07 GMT
www.ebay.com

**NIKE FLEECE LINED CAP WITH EAR WARMERS, UNISEX**
Current bid: GBP 12.99  Auction ends: 2005-10-27 11:58:21 GMT
www.ebay.com

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Ear Warmers – Find, Compare, and Buy at Shopping.com

Page 5 of 5

> See eBay's 46 fixed price listings for "Ear Warmers"

> See all eBay listings for "Ear Warmers"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.

**Did you know?** At Shopping.com, you can compare over 83 Diamond Right Hand Rings from more than 11 stores. Check it out!

Last updated at 12:00AM EDT on Wednesday, October 26, 2005



Home | About Shopping.com | Merchant Directory | Site Index | Feedback

Shopping.com ▓▓ █ ▓▓ | Epinions

Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us

Help | User Agreement | Privacy

Meet Shoppy!

Copyright © 2000-2005 Shopping.com    Shopping.com is an eBay company

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Page 1 of 5



Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More...

What are you shopping for? [                    ] in [ Clothing ▼ ] [ Find ]

Use your **high-speed Internet** to make all your calls.

VONAGE

Hey, we need your help. Please take a minute and tell us how we're doing.    [ See Survey ]

Back to:  Clothing and Accessories

Join Shopping.com | Help | Sign in

## You found 87 products in Clothing    "Ear Warmers"

| Find by Price Range | Find by Store | Find by Gender and Age | Or find by |
|---|---|---|---|
| Below $20 (36) | REI (13) | Men (25) | Material |
| $20 - $30 (29) | Amazon (7) | Women (7) | Apparel Type |
| $30 - $40 (14) | Luxury Divas (7) | Unisex (7) | Accessory Type |
| $40 - $50 (11) | L.L.Bean (6) | Boys (5) | Style Type |
| $50 - $70 (2) | REI Outlet (5) | | Brand |
| Above $70 (5) | More... | | Keyword |



**Showing 22-42 of 87 products**    Enter your ZIP: [          ] [ Enter ]

Sort by:  Store name | Store rating | Price

Mohair-Blend Ear Warmer Bonnet (In stock)

**$12.95**    [ Buy It ]    Vermont Country Store

✓✓✓✓

Store reviews (7)

See 2 more items from Vermont Country Store

Nor'easter Heatable and Reversible Scarf and Ear Warmer Set (In stock)

**$25.72**    [ Buy It ]    QVC

✓✓✓✓✓

Trusted Store

Store reviews (3759)

AIRIUS, EAR WARMERS, BL/ CLOTHING (Stock info not available)

**$4.98**    [ Buy It ]    BikePart SA

Already sh ed at this stor Write a rev

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Page 2 of 5

**Enter your ZIP code to see tax and shipping**

Price + Tax + Shipping = Total price

[ ] [Enter]



TOASTY BLACK PLUSH EAR
WARMER HEADBAND (In stock)

**$8.99**
[Buy It]

Luxury Diva
s

Already shopp
ed
at this store?
Write a review

See 7 more items from Luxury Divas



Men's Ear Warmers by 180s
(In stock)

**$19.95**
[Buy It]

ParagonSpor
ts

✓ ✓ ✓ ✓

Store reviews (5
8)

See 4 more items from ParagonSports



Fleece Ear Warmers (In stock)

**$17.99**
[Buy It]

DULU
TRADING

Already sho
d
at this store
Write a revi

---



WARM BROWN DIVA STYLE
FUR EAR WARMERS MUFFS
HEADBAND (In stock)

**$21.99**
[Buy It]

Luxury Diva
s

Already shopp
ed
at this store?
Write a review

See 7 more items from Luxury Divas



PINK FUR DIVA STYLE GLAMOUR
EAR WARMERS MUFFS
HEADBAND (In stock)

**$21.99**
[Buy It]

Luxury Divas

Already shoppe
d
at this store?
Write a review

See 7 more items from Luxury Divas



SOFT NAVY BLUE FLEECE
HEADBAND EAR WARMER
WRAP (In stock)

**$7.99**
[Buy It]

Luxury [
s

Already sh
ed
at this stor
Write a rev

See 7 more items from Luxury D

---



Polar Fusion SoundFlips: The only
ear warmers that open for sound
(with Stereo Headphones)



Earbags Bandless Ear Warmers
(In stock)



Gorgonz Fleece Ear Warmers
(In stock)

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Page 3 of 5

(Stock info not available)

**$29.95**
Buy It

amazon.com
Marketplace

✓ ✓ ✓ ✓½
Store reviews (6
9)

**$11.97**
Buy It

Boscovs.com

✓ ✓ ✓
Store reviews (1
9)

**$15.95**
Buy It

AJ Prind

Already sh
ed
at this stor
Write a rev

See 2 more items from AJ Prind



GRAY MONGOLIAN LAMB
HEADBAND EAR WARMER
WRAP (In stock)

**$9.99**
Buy It

Luxury Diva
s

Already shopp
ed
at this store?
Write a review

See 7 more items from Luxury Divas



DIVA STYLE BABY BLUE FUR EAR
WARMERS MUFFS HEADBAND
(In stock)

**$21.99**
Buy It

Luxury Divas

Already shoppe
d
at this store?
Write a review

See 7 more items from Luxury Divas



BLACK SOFT FLEECE
HEADBAND EAR WARMER
WRAP (In stock)

**$7.99**
Buy It

Luxury D
s

Already sh
ed
at this stor
Write a rev

See 7 more items from Luxury D



3-in-1 Head Warmer (In stock)

**$19.95**
Buy It

Loops and Kneads

✓ ✓ ✓ ✓ ✓ ½
Store reviews (3
5)



Cozee Critters Hat, Mittens, Neck
Warmer COMBO - Purple Bunny
(In stock)

**$29.95**
Buy It

Snowshack

Already shoppe
d
at this store?
Write a review

See 3 more items from Snowshack



Cozee Critters Hat, Mittens, Ne
Warmer COMBO - Royal Blue
Puppy (In stock)

**$29.95**
Buy It

Snowsha

Already sh
ed
at this stor
Write a rev

See 3 more items from Snowsha



Copy provided by USPTO from the TICRS Image Database on 12/12/2010

Clothing - Find, Compare, and Buy at Shopping.com                                    Page 4 of 5

| Cozee Critters Hat, Mittens, Neck Warmer COMBO - Pink Kitty (In stock) | Sessions Gomer Pile Jacket - Men's (In stock) | F.S. Limited Zip-Out Interior C. (In stock) |
|---|---|---|
| **$29.95**   Snowshack | **$170.00**   REI | **$62.99**   Kohl's |
| Buy It   Already shopped at this store? Write a review | Buy It   ✓✓✓✓ ½   Trusted Store   Store reviews (16 1) | Buy It   ✓✓✓ ✓   Store review 2) |
| See 3 more items from Snowshack | See 13 more items from REI | |

Showing 22-42 of 87 products          Page:  1  2  3  4  5          See previous 21 | See next 21

〉 **Why are these stores listed?**

## Sponsored Listings (About)

**Fleece Ear Warmers $13.99**
Gorgonz made by 180s. Folds up. A great gift or to keep you warm.
www.palmflex.com

**Ear Warmers**
Find Top Quality Sporting Goods at Competitive Prices! Free Shipping
www.DicksSportingGoods.com

**Free Shipping at L.L.Bean**
Block the cold with innovative ear warmers for sports or casual wear.
www.llbean.com

**Polar Fusion Ear Warmers**
Keep Ears Warm, Let Sounds In. Run, Ski & Play Safe This Winter.
www.terratekbrands.com

**Ear Warmers at REI**
Find Gloves, Liners, Hats, Gaiters. Free Shipping to REI Stores!
www.rei.com

**Featured listings from** ebaY

**Lady in Period Clothing & Chair Fashion old CDV 1860**
Current bid: $10.00  Auction ends: 2005-10-27 01:17:03 GMT
www.ebay.com

**MENS CLOTHING-NIKE SNEAKERS SHOES**
Current bid: $24.99  Auction ends: 2005-10-27 01:44:37 GMT  ⹀Buy It Now $35.00
www.ebay.com

**DOG PET CLOTHING CLOTHES PAJAMAS SMALL**
Current bid: $13.99  Auction ends: 2005-10-27 01:48:28 GMT  ⹀Buy It Now $14.99
www.ebay.com

〉 See eBay's 2,408 fixed price listings for "Clothing"

〉 See all eBay listings for "Clothing"

http://www.shopping.com/xDN-clothing-Ear_Warmers~V-grid~PG-2                    10/26/2005

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.

Did you know? At Shopping.com, you can compare over 2517 18K Gold Chains from more than 43 stores. Check it out!

Last updated at 12:00AM EDT on Wednesday, October 26, 2005

Meet Shoppy!

Home | About Shopping.com | Merchant Directory | Site Index | Feedback
Shopping.com 中文 | 日本語 | Epinions
Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us
Help | User Agreement | Privacy

Copyright © 2000-2005 Shopping.com   Shopping.com is an eBay company.

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Page 1 of 5

 Shopping.compare clothing

| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? [_____] in [Clothing ▼] [Find] Presen

 Make unlimited calls to anywhere in the US, Canada and Puerto Rico for just $24.99 a month

VONAGE

Hey, we need your help. Please take a minute and tell us how we're doing.     See Survey

Join Shopping.com | Help | Sign in

Back to: **Clothing and Accessories**

## You found 87 products in Clothing    "Ear Warmers"

| **Find by Price Range** | **Find by Store** | **Find by Gender and Age** | **Or find by** |
|---|---|---|---|
| Below $20 (36) | REI (13) | Men (25) | Material |
| $20 - $30 (29) | Amazon (7) | Women (7) | Apparel Type |
| $30 - $40 (14) | Luxury Divas (7) | Unisex (7) | Accessory Type |
| $40 - $50 (1) | L.L.Bean (6) | Boys (5) | Style Type |
| $50 - $70 (2) | REI Outlet (5) | | Brand |
| Above $70 (5) | More... | | Keyword |

Showing 43-63 of 87 products     Enter your ZIP: [_____] [Enter]

Sort by: Store name | Store rating | Price



The North Face Windstopper High Point Hat (In stock)

**$39.00**   [Buy It]   REI

✓ ✓ ✓ ✓ ½
🏆 Trusted Store
Store reviews (16)

See 13 more items from REI

LL Bean: 180'S Faux Shearling Earwarmers (In stock)

**$25.00**   [Buy It]   L.L.Bean

✓ ✓ ✓ ✓ ½
🏆 Trusted Store
Store reviews (43)

See 6 more items from L.L.Bean

The North Face Windstoppe Point Hat (In stock)

**$39.00**   [Buy It]   R

✓ ✓ ✓
🏆 Truste
Store revi
1)

See 13 more items from REI

**Enter your ZIP code to see tax and shipping**

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Page 2 of 5



Price + Tax + Shipping = Total price

[            ] Enter



The North Face Windstopper High Point Hat (In stock)

**$39.00**

Buy It





Trusted Store

Store reviews (16 1)

See 13 more items from REI



The North Face Windstopper High Point Hat (In stock)

**$39.00**

Buy It







Trusted Store

Store reviews (16 1)

See 13 more items from REI

Sessions Gomer Pile Jacket (In stock)

**$170.00**

Buy It





Truste

Store revi

See 13 more items from REI



LL Bean: 180'S Small Frame Earwarmers Print (In stock)

**$22.00**

Buy It





Trusted Store

Store reviews (43)

See 6 more items from L.L.Bean



Roxy Bo Peep Cap (In stock)

**$29.95**

Buy It







Trusted Store

Store reviews (12 7)



The North Face Windstoppe Point Hat (In stock)

**$39.00**

Buy It





Store revi 1)

See 13 more items from REI



The North Face Windstopper High Point Hat (In stock)



Outdoor Research Peruvian Hat, Outdoor Research, small, black, hat



Sessions Gomer Pile Jacket (In stock)

http://www.shopping.com/xDN-clothing-Ear_Warmers~V-grid~PG-3

10/26/2005

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Page 3 of 5

~ (In stock)

**$39.00**
Buy It

✓✓✓✓ ½
Trusted Store
Store reviews (16
1)

See 13 more items from REI

**$26.00**
Buy It
**Northern Moun
tain Supply**

✓✓✓✓ ½
Trusted Store
Store reviews (21
6)

See 2 more items from Northern
Mountain Supply

**$170.00**
Buy It

✓✓✓
Truste
Store revi
1)

See 13 more items from REI



Sessions Gomer Pile Jacket - Men's
(In stock)



180s Adults Tec Fleece Earwarmers
(In stock)



Sessions Gomer Pile Jacket
(In stock)

**$170.00**
Buy It

✓✓✓✓ ½
Trusted Store
Store reviews (16
1)

See 13 more items from REI

**$19.99**
Buy It
**The Sports A
uthority**

✓✓✓
Store reviews (4
6)

See 2 more items from The Sports
Authority

**$170.00**
Buy It

✓✓✓
Truste
Store revi
1)

See 13 more items from REI



The North Face Windstopper High
Point Hat (In stock)



Turtle Fur Staad Earflap Hat - '04
Closeout (In stock)



LL Bean: 180'S Regular Fra
Earwarmers Solid (In stock)

**$39.00**
Buy It

✓✓✓✓ ½
Trusted Store
Store reviews (16
1)

See 13 more items from REI

**$21.93**
Buy It
SAVE 30%-60%!
REI-OUTLET.COM
✓✓✓✓ ½
Store reviews (1
61)

See 5 more items from REI Outlet

**$22.00**
Buy It
L.L.B
✓✓✓
Truste
Store revi

See 6 more items from L.L.Be

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com                    Page 1 of 5



| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? [_____] in [Clothing ▼] [Find]


Make unlimited calls to anywhere in the US, Canada and Puerto Rico for just $24.99 a month
VONAGE

Hey, we need your help. Please take a minute and tell us how we're doing.    [See Survey]

Back to: Clothing and Accessories

Join Shopping.com | Help | Sign in

**You found 87 products in Clothing    "Ear Warmers"**

**Find by Price Range**
Below $20 (36)
$20 - $30 (29)
$30 - $40 (14)
$40 - $50 (1)
$50 - $70 (2)
Above $70 (5)

**Find by Store**
REI (13)
Amazon (7)
Luxury Divas (7)
L.L.Bean (6)
REI Outlet (5)
More...

**Find by Gender and Age**
Men (25)
Women (7)
Unisex (7)
Boys (5)

**Or find by**
Material
Apparel Type
Accessory Type
Style Type
Brand
Keyword

Showing 64-84 of 87 products    Enter your ZIP: [____] [Enter]

Sort by: Store name | Store rating | Price



The North Face Windstopper High Point Hat (In stock)
**$39.00** [Buy It] REI
✓✓✓✓½
Trusted Store
Store reviews (16 1)
See 13 more items from REI

Seirus Quick Draw Original Hat (In stock)
**$20.00** [Buy It] Essential Apparel.com
✓✓✓✓
Store reviews (7)

Hooded Pullover Sweatshirt Carhartt (In stock)
**$31.95** [Buy It] Gemp...
Already d at this Write a
See 2 more items from Gempl

**Enter your ZIP code to see tax and shipping**

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com

Page 2 of 5

Price + Tax + Shipping = Total price

[ ] Enter



Neoprene Vest Wet Suit, Hooded 3mm (In stock)

**$44.95**     JoeDiverAmerica

Buy It     ✓✓✓✓

Store reviews (93)



Turtle Fur Staad Earflap Hat - '04 Closeout (In stock)

**$21.93**      SAVE 30%-60% REI-OUTLET.COM

Buy It

✓✓✓✓ ½

Store reviews (161)

See 5 more items from REI Outlet



LL Bean: 180'S Small Frame Earwarmers Solid (In stock)

**$22.00**     **L.L.B**

Buy It     ✓✓✓

 Truste

Store revi

See 6 more items from L.L.Be



Lands' End Youth Polartec Aircore-200 Earband (In stock)

**$10.50**     Lands' End

Buy It     ✓✓✓✓ ½

Store reviews (76) 



Wool-Blend Devon Hat (In stock)

**$34.95**     SHOP.COM

Buy It     ✓✓✓

Store reviews (5) 

See 2 more items from SHOP.COM



Berber Fleece Jacket (In sto

**$9.99**     Habai

Buy It



Orvis Buzz Off Survival Kit L/S 81H75200 (In stock)

**$69.00**      ORVIS



Outdoor Research Peruvian Hat, Outdoor Research, small, red/black, hat (In stock)

**$26.00**     Northern Mountain Supply



Wool-Blend Devon Hat (In s

**$34.95**     Vermo ntry S

http://www.shopping.com/xDN-clothing-Ear_Warmers~V-grid~PG-4

10/26/2005

Clothing - Find, Compare, and Buy at Shopping.com

Buy It ✓✓✓✓

Store reviews (1
2)

See 2 more items from Orvis

---

Buy It ✓✓✓✓ ½

🌐 Trusted Store

Store reviews (21
6)

See 2 more items from Northern
Mountain Supply

---

Buy It ✓✓

Store re

See 2 more items from Vermo
Store

---

TAILTECH SUPERFLAUGE
BALACLAVA (In stock)

**$12.97**

Sportsman''s
Guide

Buy It

✓✓✓ ½

Store reviews (2
1)

See 2 more items from Sportsman''s
Guide

---



Heated Mask (In stock)

**$19.99**    eders.com

Buy It

---



Orvis Buzz Off Survival Kit
78PP5200 (In stock)

**$35.00**    

Buy It

✓✓

Store re
2)

See 2 more items from Orvis

---



Bo Peep (In stock)

**$29.95**    SHOP.COM

Buy It    ✓✓✓

Store reviews (5)

See 2 more items from SHOP.COM

---



Turtle Fur Staad Earflap Hat - '04
Closeout (In stock)

**$21.93**    

Buy It

✓✓✓✓ ½

Store reviews (1
61)

See 5 more items from REI Outlet

---



MLB Half-Zip Youth Jacket b
Yankees (In stock)

**$21.27**    HSN

Buy It    ✓✓

Store re
2)

---

NEW 2PK GERMAN WINTER CAP

---



180s Adults Tec Fleece Earwarmers

---

Ball Cap Earband Black (In s

---

Clothing - Find, Compare, and Buy at Shopping.com

Page 4 of 5

| (In stock) | | (In stock) | | | |
|---|---|---|---|---|---|
| **$11.97** | Sportsman''s Guide | **$24.99** | Dick's Sporting Goods | **$19.95** | Plow & |
| Buy It | ✓✓✓ ½ | Buy It | ✓✓ ½ | Buy It | Already d |
| | Store reviews (21) | | Store reviews (32) | | at this Write a |

See 2 more items from Sportsman''s Guide

Showing 64-84 of 87 products          Page: 1 2 3 4 5          See previous 21 | See next 3

> Why are these stores listed?

## Sponsored Listings (About)

**Fleece Ear Warmers $13.99**
Gorgonz made by 180s. Folds up. A great gift or to keep you warm.
www.palmflex.com

**Ear Warmers**
Get the Latest Cold Weather Gear at Dick's! Select Orders Ship Free
www.DicksSportingGoods.com

**Free Shipping at L.L.Bean**
Block the cold with innovative ear warmers for sports or casual wear.
www.llbean.com

**Polar Fusion Ear Warmers**
Keep Ears Warm, Let Sounds In. Run, Ski & Play Safe This Winter.
www.terratekbrands.com

**Ear Warmers at REI**
A Huge Selection of Winter Gloves & Hats. Free Shipping to REI Stores!
www.rei.com

---

**Featured listings from** ebaY

**Lady in Period Clothing & Chair Fashion old CDV 1860**
Current bid: $10.00  Auction ends: 2005-10-27 01:17:45 GMT
www.ebay.com

**MENS CLOTHING-NIKE SNEAKERS SHOES**
Current bid: $24.99  Auction ends: 2005-10-27 01:45:19 GMT  =Buy It Now $35.00
www.ebay.com

**DOG PET CLOTHING CLOTHES PAJAMAS SMALL**
Current bid: $13.99  Auction ends: 2005-10-27 01:49:10 GMT  =Buy It Now $14.99
www.ebay.com

> See eBay's 2,408 fixed price listings for "Clothing"

> See all eBay listings for "Clothing"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Clothing - Find, Compare, and Buy at Shopping.com

Page 5 of 5

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.



Did you know? At Shopping.com, you can compare over 2507 Wood Shelves from more than 140 stores. **Check It out!**

Last updated at 12:00AM EDT on Wednesday, October 26, 2005

Meet Shoppy!

Home | About Shopping.com | Merchant Directory | Site Index | Feedback, Shopping.com ⋈ ▓ ▓ | Epinions

Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us

Help | User Agreement | Privacy

Copyright © 2000-2005 Shopping.com   Shopping.com is an eBay company

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com                    Page 1 of 3



# Shopping.compare clothing

| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? [_____] in [Clothing ▼] [Find] [Prese]

Make unlimited calls to anywhere in the US, Canada and Puerto Rico for just $24.99 a month

VONAGE

Hey, we need your help. Please take a minute and tell us how we're doing.     See Survey

Back to:  Clothing and Accessories

Join.Shopping.com | Help | Sign in

## You found 87 products in Clothing    "Ear Warmers"

| Find by Price Range | Find by Store | Find by Gender and Age | Or find by |
|---|---|---|---|
| Below $20 (36) | REI (13) | Men (25) | Material |
| $20 - $30 (29) | Amazon (7) | Women (7) | Apparel Type |
| $30 - $40 (14) | Luxury Divas (7) | Unisex (7) | Accessory Type |
| $40 - $50 (1) | L.L.Bean (6) | Boys (5) | Style Type |
| $50 - $70 (2) | REI Outlet (5) | | Brand |
| Above $70 (5) | More... | | Keyword |



Showing 85-87 of 87 products                Enter your ZIP: [_____] [Enter]

Sort by: Store name | Store rating | Price

**Kid's Stripey Hat by Obermeyer** (In stock)

$29.50    ParagonSports
[Buy It]
✓✓✓✓✓
Store reviews (53)

See 4 more items from ParagonSports

**Turtle Fur Staad Earflap Hat - '04 Closeout** (In stock)

$21.93    [SAVE 30%-60%! REI-OUTLET.COM]
[Buy It]
✓✓✓✓½
Store reviews (161)

See 5 more items from REI Outlet

**Faux Fur Bomber Hat by Eddie Bauer** (In stock)

$39.50    EddieBauer
[Buy It]
✓✓✓✓
Trusted St
Store reviews

Showing 85-87 of 87 products          Page:  1  2  3  4  5          See previous 21

http://www.shopping.com/xDN-clothing-Ear_Warmers~V-grid~PG-5                    10/26/2005

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com                    Page 2 of 3

> Why are these stores listed?

**Sponsored Listings (About)**

**Fleece Ear Warmers $13.99**
Gorgonz made by 180s. Folds up. A great gift or to keep you warm.
www.palmflex.com

**Ear Warmers**
Get the Latest Cold Weather Gear at Dick's! Select Orders Ship Free
www.DicksSportingGoods.com

**Free Shipping at L.L.Bean**
Block the cold with innovative ear warmers for sports or casual wear.
www.llbean.com

**Polar Fusion Ear Warmers**
Keep Ears Warm, Let Sounds In. Run, Ski & Play Safe This Winter.
www.terratekbrands.com

**Ear Warmers at REI**
A Huge Selection of Winter Gloves & Hats. Free Shipping to REI Stores!
www.rei.com

Featured listings from ebY

**Pet Fashion Winter Coat Medium Dog Clothing Shih Tzu M**
Current bid: $9.99  Auction ends: 2005-10-27 01:20:21 GMT  *Buy It Now* $12.99
www.ebay.com

**clothing no longer available**
Current bid: $200.00  Auction ends: 2005-10-27 01:21:20 GMT  *Buy It Now* $200.00
www.ebay.com

**Fashion Clothing Artificial Silk old Photo 1926**
Current bid: $8.00  Auction ends: 2005-10-27 01:35:00 GMT
www.ebay.com

> See eBay's 2,395 fixed price listings for "Clothing"
> See all eBay listings for "Clothing"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.

**Did you know?** At Shopping.com, you can compare over 4206 Link Bracelets from more than 170 stores. **Check it out!**

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Clothing - Find, Compare, and Buy at Shopping.com                    Page 3 of 3



Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us
Help | User Agreement | Privacy

Copyright © 2000-2005 Shopping.com    Shopping.com is an eBay company.

Meet Shoppy!

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

# NOTE TO THE FILE

SERIAL NUMBER:        76628202

DATE:            12/16/2005

NAME:            jkrisp

NOTE:

\_    Checked LEXIS/NEXIS

\_    Searched internet using [insert search engine or web site]

\_    Checked with Law Library re surname.

\_    Checked geographic significance.

\_    Checked with translations branch.

\_    Checked ID with ID/Class

\_    Checked ID with Senior Attorney/Managing Attorney

\_    Telephoned attorney/applicant leaving message re: _____

\_    Telephoned attorney/applicant, application was signed on \_

\_    Personal interview conducted with attorney/applicant re \_\_\_

\_    Attorney/applicant called to discuss \_\_\_

\_    Bulky specimens with examiner.

\_    Acronym website searched.

\_    Changed Tradeups to add.\_\_\_

\_    Changed Tradeups to delete.\_\_\_

**X**    DRAWING CLEAR AND ACCEPTABLE IN TRADEMARK PUBLICATION REVIEW [TPR]   OTHER (insert reason for Note)

Copy provided by USPTO from the TICRS Image Database on 12/13/2010



# UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Jan 25, 2006

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/628,202

2. Mark:
   Miscellaneous Design

3. International Class(es):
   25

4. Publication Date:
   Feb 14, 2006

5. Applicant:
   180s, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

MARK HARRISON
VENABLE
P.O. BOX 34385
WASHINGTON, D.C. 20043-9998

TMP&I

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,089,225
Registered May 9, 2006

## TRADEMARK
### PRINCIPAL REGISTER



180S, INC. (DELAWARE CORPORATION)
701 EAST PRATT STREET, SUITE 180
BALTIMORE, MD 212023101

FOR: HEADWEAR AND EAR WARMERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

SEC. 2(F).

SER. NO. 76-628,202, FILED 1-19-2005.

JENNIFER KRISP, EXAMINING ATTORNEY

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

PTO Form 2196 (Rev 9/2005)

OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76628202 |
| **REGISTRATION NUMBER** | 3089225 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **ATTORNEY DOCKET NUMBER** | 0100.0059T |
| **MARK SECTION** | |
| **MARK** | Design only |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | MARK HARRISON<br>VENABLE<br>37401-212344<br>P.O. BOX 34385<br>WASHINGTON, D.C. 20043-9998<br>(202) 344-8300<br>(202) 344-4019<br>mbharrison@venable.com |
| **CORRESPONDENCE SECTION** | |
| **ORIGINAL ADDRESS** | MARK HARRISON<br>VENABLE<br>37401-212344<br>P.O. BOX 34385<br>WASHINGTON, D.C. 20043-9998<br>(202) 344-8300<br>(202) 344-4019<br>mbharrison@venable.com |
| **NEW OTHER APPOINTED ATTORNEYS** | Barbara A. Friedman, a member of the Bars of the State of Maryland and New York and the District of Columbia, Ira C. Edell, a member of the Bars of the District of Columbia and the State of Maryland, and Patrick J. Finnan, a member of the Bar of the State of |

file://D:\p2mp\temp\html\OEMS.htm

12/13/2010

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

| | Maryland |
|---|---|
| **NEW ATTORNEY ADDRESS** | |
| STATEMENT TEXT | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| NAME | Thomas W. Lynch |
| FIRM NAME | Edell, Shapiro & Finnan, LLC |
| INTERNAL ADDRESS | Suite 400 |
| STREET | 1901 Research Boulevard |
| CITY | Rockville |
| STATE | Maryland |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 20850 |
| PHONE | (301)424-3640 |
| FAX | (301)762-4056 |
| ATTORNEY DOCKET NUMBER | 0100.0059T |
| **NEW CORRESPONDENCE ADDRESS** | |
| NAME | Thomas W. Lynch |
| FIRM NAME | Edell, Shapiro & Finnan, LLC |
| INTERNAL ADDRESS | Suite 400 |
| STREET | 1901 Research Boulevard |
| CITY | Rockville |
| STATE | Maryland |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 20850 |
| PHONE | (301)424-3640 |
| FAX | (301)762-4056 |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | \\TICRS2\EXPORT13\766\282\76628202\xml1\RAA0002.JPG |
| SIGNATORY NAME | Susan F. Shafton |

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domes...   Page 3 of 5

| SIGNATORY POSITION | CEO |
|---|---|
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Jul 23 11:39:39 EDT 2007 |
| TEAS STAMP | USPTO/RAA-70.90.87.41-200 70723113939933282-7662820 2-380305aea5b90f9319934d9 941c113e91-N/A-N/A-200707 23113127720617 |

file://D:\p2mp\temp\html\OEMS.htm

12/13/2010

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domes...   Page 4 of 5

PTO Form 2196 (Rev 9/2005)

OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** Design only
**SERIAL NUMBER:** 76628202
**REGISTRATION NUMBER:** 3089225
**ATTORNEY DOCKET NUMBER** 0100.0059T

**The original attorney**
MARK HARRISON
VENABLE
37401-212344
P.O. BOX 34385
WASHINGTON, D.C. 20043-9998
(202) 344-8300
(202) 344-4019
mbharrison@venable.com

**Original Correspondence Address :**
MARK HARRISON
VENABLE
P.O. BOX 34385
WASHINGTON, D.C. 20043-9998
(202) 344-8300
(202) 344-4019
mbharrison@venable.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Thomas W. Lynch
Edell, Shapiro & Finnan, LLC
Suite 400
1901 Research Boulevard
Rockville, Maryland 20850
United States
(301)424-3640
(301)762-4056

**Other Appointed Attorneys:**

file://D:\p2mp\temp\html\OEMS.htm

12/13/2010

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domes...   Page 5 of 5

Barbara A. Friedman, a member of the Bars of the State of Maryland and New York and the District of Columbia, Ira C. Edell, a member of the Bars of the District of Columbia and the State of Maryland, and Patrick J. Finnan, a member of the Bar of the State of Maryland

**The following is to be used as the correspondence address:**
Thomas W. Lynch
Edell, Shapiro & Finnan, LLC
Suite 400
1901 Research Boulevard
Rockville, Maryland 20850
United States

(301)424-3640
(301)762-4056

Signatory File Signature
Signatory's Name: Susan F. Shafton
Signatory's Position: CEO

Serial Number: 76628202
Internet Transmission Date: Mon Jul 23 11:39:39 EDT 2007
TEAS Stamp: USPTO/RAA-70.90.87.41-200707231139399332
82-76628202-380305aea5b90f9319934d9941c1
13e91-N/A-N/A-20070723113127720617

Copy provided by USPTO from the TICRS Image Database on 12/13/2010

Page 3 of 3

Signature Section:
Signature: _Susan F. Shafton_
Date: 7/11/07
Signatory's Name: Susan F. Shafton
Signatory's Position: CEO

NOTE TO APPLICANT: When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page must include both the signature information and the boilerplate declaration language. Do not include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

Go Back

http://teas.uspto.gov/V2.0/rss250/xslt.service?xsl=hsign          7/11/2007

Copy provided by USPTO from the TICRS Image Database on 12/13/2010