*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA407447** |
|---|---|
| Filing date: | **05/05/2011** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following parties request to cancel indicated registration.

## Petitioner Information

| Name | Brookstone Company, Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | New Hampshire |
| Address | One Innovation Way Merrimack, NH 03054 UNITED STATES | | |

| Name | Brookstone Stores, Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | New Hampshire |
| Address | One Innovation Way Merrimack, NH 03054 UNITED STATES | | |

| Attorney information | Gayle L. Strong Greenberg Traurig LLP 1200 17th Street Suite 2400 Denver, CO 80202 UNITED STATES strongg@gtlaw.com, westp@gtlaw.com,denipmail@gtlaw.com Phone:303 572 6500 |
|---|---|

## Registration Subject to Cancellation

| Registration No | 3089225 | Registration date | 05/09/2006 |
|---|---|---|---|
| Registrant | 180s, Inc. 701 East Pratt Street, Suite 180 Baltimore, MD 212023101 UNITED STATES | | |

## Goods/Services Subject to Cancellation

Class 025. First Use: 1995/00/00 First Use In Commerce: 1995/00/00
All goods and services in the class are cancelled, namely: HEADWEAR AND EAR WARMERS

## Grounds for Cancellation

| The mark comprises matter that, as a whole, is functional | Trademark Act section 2(e)(5) |
|---|---|
| *Torres v. Cantine Torresella S.r.l.*Fraud | 808 F.2d 46, 1 USPQ2d 1483 (Fed. Cir. 1986) |
| The mark is merely descriptive | Trademark Act section 2(e)(1) |
| Other | the product configuration has failed to achieve acquired distinctiveness/secondary meaning. |

| Attachments | Brookstone Petition to Cancel Reg 225.pdf ( 7 pages )(90392 bytes )<br>Ex A B and C to Petition for Cancellation.pdf ( 45 pages )(5615395 bytes ) |

# Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /Gayle L. Strong/ |
|-----------|-------------------|
| Name | Gayle L. Strong |
| Date | 05/05/2011 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of
U.S. Trademark Reg. No. 3,089,225
Registered: May 9, 2006

_____

| | |
|---|---|
| Brookstone Company, Inc. and ) | |
| Brookstone Stores, Inc. ) | |
| ) | |
|     Petitioners, ) | |
| ) | |
|     v. ) | Cancellation No. _____ |
| ) | |
| 180s LLC, ) | |
| ) | |
|     Registrant. ) | |
_____)

Commissioner for Trademarks
Post Office Box 1451
Alexandria, VA  22313-1451

## **PETITION FOR CANCELLATION**

Petitioners, Brookstone Company, Inc. ("Brookstone Company") and Brookstone Stores, Inc. (" Brookstone Stores") (collectively, "Brookstone" or "Petitioner"), New Hampshire corporations each having a principal place of business at One Innovation Way, Merrimack, New Hampshire 03054, believe that they have been and are being damaged by registration of a product configuration mark for an ear warmer as shown in U.S. Trademark Registration No. 3,089,225 (the "Registration"), registered on May 9, 2006 and hereby petition to cancel the same, alleging as grounds the following:

1.      Brookstone sells and offers for sale an ear muff product called Luxe Earmuffs.

2.      Upon information and belief, 180s, Inc. is a Delaware corporation (hereinafter "180s"), having a principal place of business at 700 South Caroline Street, Baltimore, Maryland 21231.

3.      Upon information and belief, 180s is the current owner of the Registration.

4.      On January 19, 2005, 180s filed federal trademark application serial number 76/628,202 for an ear warmer product configuration (the "Ear Warmer Product"), claiming first use dates in 1995.

5.      180's alleged product configuration trademark was registered on the Principal Register on May 9, 2006, under U.S. Trademark Registration No. 3,089,225, identifying "headwear and ear warmers" in Int'l. Cl. 25 based on a claim of acquired distinctiveness under Section 2(f) of the Lanham Act, 15 U.S.C. § 1052(f).  The Registration is less than five years old at the time of filing of this Petition. A copy of the Registration is attached hereto as **Exhibit A**.

6.      Prior to issuance of the Registration, the U.S. Patent and Trademark Office issued on April 26, 2005 an Office Action rejecting registration of 180s' ear warmer product configuration as a trademark on the statutory ground that it "comprises a configuration of the goods that is not inherently distinctive and would not be perceived as a mark" citing 15 U.S.C. §§ 1051, 1052 and 1127. **Exhibit B** hereto.

7.      The Office Action also rejected registration of 180s' ear warmer product configuration as a trademark on the statutory ground that "the proposed three-dimensional configuration mark appears to be functional for the identified goods" in that the "proposed

mark comprises the configuration of a design feature of the identified goods that serves a utilitarian purpose," citing 15 U.S.C. § 1052(e)(5). Exhibit B.

8.     The examining attorney, in the Office Action rejecting 180s' application on grounds of functionality, advised applicant 180s to "provide the following information and documentation in order to permit proper examination of the application," and requested, among other information, "a written statement of whether the proposed mark is or has been the subject of either a design or utility patent, including existing and/or expired patents." Exhibit B.

9.     Despite the fact that, as of the date on which 180s responded to the Office Action, 180s claimed to be assignee of at least eight (8) issued U.S. utility patents, including U.S. Patent Nos. 6,920,645; 6,880,174; 6,735,784; 6,502,248; 6,502,247; 6,499,146; 6,332,223; and 5,835,609, six (6) published U.S. utility patent applications, including U.S. Patent Publication Nos. 2004-0187192, 2005-0241047, 2005-0036643, 2005-0034217, 2005-0034216, and 2005-0034218, and two (2) pending design patent applications which ultimately issued as U.S. Patent Nos. D541,482 and D545,001, related to ear warmer apparatuses, 180s failed to provide the patents or pending patent applications or to respond to the Office Action's express requirements for patent information.

10.     On October 27, 2005, the deadline for responding to the Office Action, 180s submitted its response to the Office Action. **Exhibit C** hereto, 180s' Response to Office Action. As shown in Exhibit C, 180s failed to identify the eight (or more) issued utility patents or the eight (or more) pending patent applications at that time, and failed to provide the required "written statement of whether the proposed mark is or has been the subject of either a design or utility patent, including existing and/or expired patents." Exhibit C. Indeed, 180s

withheld material information relating to patented and patentable subject matter that disclosed and claimed features in the ear warmer product configuration that would have been material to the examination of its trade dress application serial no. 76/628,202.

11.    Instead, 180s refuted the existence of any evidence of functionality, and disingenuously advised the trademark examining attorney on the response deadline that "applicant is in the process of gathering the information requested by the Examining Attorney and hopes to be in the position to submit such material shortly."  Exhibit C.  No such material is a part of the prosecution history file for application serial no. 76/628,202.

12.    180s intentionally and deliberately withheld material information during the examination of its application serial no. 76/628,202, and such conduct led to issuance of the Registration.

13.    As a result of such conduct, 180s procured the Registration through bad faith, by false and fraudulent representations, and by false means.

14.    In addition, in response to the Office Action rejection on the grounds of descriptiveness, 180s claimed that the ear warmer product configuration had become distinctive of the goods through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement under 15 U.S.C. 1052(f).  Exhibit C.

15.    However, 180s did not submit sufficient evidence to the U.S. Patent and Trademark Office of any such claimed acquired distinctiveness, and failed to establish by a preponderance of the evidence that its product configuration had achieved secondary meaning or acquired distinctiveness.

16.    No advertising figures, specific dollar sales, or consumer or dealer statements of recognition of the mark to show the distinctiveness of the product design as an indicator of source were submitted, despite the examining attorney's requirement for same. See Exhibits B and C.

17.    On December 17, 2011, 180s filed its Amended Complaint against Brookstone alleging, *inter alia*, infringement of the Registration caused by Petitioner's sale of its Luxe Earmuff products. That case is pending in the U.S. District Court for the District of Maryland as civil action 1-10-cv-03231-JFM (the "Civil Action").

18.    Brookstone has been and continues to be damaged because in the Civil Action 180s has demanded that Brookstone stop selling its Luxe Earmuff products, and alleged that Brookstone is infringing the Registration.

19.    The Registration is invalid because 180s' claimed product configuration mark is functional and the Registration comprises a product configuration that is essential to the use and/or purpose of the goods identified therein.

20.    The Ear Warmer Product comprises a functional design having functional features with utilitarian purposes, and is not proper subject matter for registration on the Principal Register.

21.    The Ear Warmer Product's utilitarian features are claimed, in whole or in part, in fifteen or more issued U.S. utility patents.

22.    The Registration is invalid because 180s' claimed product configuration mark is descriptive, has failed to achieve acquired distinctiveness, and/or is merely ornamental, and does not function as an indicator of source for the good identified in the Registration.

23.    The Registration is void *ab initio* because of the fraudulent conduct of 180s during the prosecution of the Registration. The Registration was obtained by fraud on the United States Patent and Trademark Office as a result of conduct constituting deliberate, intentional and knowing withholding of documents and information that was material to the examination of the application.

24.    180s' claim of exclusive rights in the Ear Warmer Product configuration is outside the scope of and/or contrary to the Lanham Act, 15 U.S.C., § 1051, *et seq*.

25.    For the reasons set forth herein, the Registration is and will continue to be damaging to Petitioner.

WHEREFORE, Petitioner prays that this Petition for Cancellation be sustained, and that U.S. Trademark Registration No. 3,089,225 be cancelled on the grounds as set forth herein.

This Petition is being submitted electronically with payment from Petitioner's Deposit Account for the filing fee in the amount of $300.00.

Dated: May 5, 2011.

Respectfully submitted,


Brookstone Company, Inc.
Brookstone Stores, Inc.


    /Gayle L. Strong/

Gayle L. Strong
Reg. No. 36,842
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado  80202
Telephone:  (303) 572-6500
Facsimile:  (303) 572-6540

Attorneys for Petitioners

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2011, a true and correct copy of the foregoing was served via First Class Mail, postage prepaid on counsel for Registrant and Registrant:

Thomas W. Lynch, Esq.
180S Inc.
701 East Pratt Street,  Suite 180
Baltimore, MD 21202-3101

Jonathan G. Graves, Esq.
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190

        /Karen Loveland/   
        Karen Loveland

# Exhibit A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,089,225

## United States Patent and Trademark Office

Registered May 9, 2006

## TRADEMARK
## PRINCIPAL REGISTER



180S, INC. (DELAWARE CORPORATION)
701 EAST PRATT STREET, SUITE 180
BALTIMORE, MD 212023101

FOR: HEADWEAR AND EAR WARMERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

SEC. 2(F).

SER. NO. 76-628,202, FILED 1-19-2005.

JENNIFER KRISP, EXAMINING ATTORNEY

# Exhibit B

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:          76/628202

**APPLICANT**:          180s, Inc.

**\*76628202\***

**CORRESPONDENT ADDRESS**:
    MARK HARRISON
    VENABLE
    P.O.  BOX 34385
    WASHINGTON, D.C.  20043-9998

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:

**CORRESPONDENT'S REFERENCE/DOCKET NO**:  37401-212344

**CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
   4. Your telephone number and e-mail
   address.

# OFFICE ACTION

**RESPONSE** **TIME** **LIMIT**:  THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number  76/628202

The assigned examining attorney has reviewed the referenced application and determined the following.

STATUTORY REFUSAL(S)

1] Registration is refused because the proposed mark comprises a configuration of the goods that is not inherently distinctive and would not be perceived as a mark.  Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127.  The United States Supreme Court has held that a configuration of a product can never be inherently distinctive, and is registrable on the Principal Register only with a showing of acquired distinctiveness.  *Wal-Mart Stores, Inc. v. Samara Brothers, Inc.,* 529 U.S. 205, 54 USPQ2d 1065 (2000).  *See also Textron, Inc. v. U.S. International Trade Commission*, 753 F.2d 1019, 224 USPQ 625 (Fed. Cir. 1985); *In re Craigmyle*, 224 USPQ 791 (TTAB 1984); TMEP §1202.02(b)(i).

Applicant must present evidence that the proposed mark has acquired distinctiveness by submitting examples of advertising and promotional materials that specifically promote the proposed mark *as a trademark*, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the proposed mark as a trademark and any other evidence that establishes recognition of the matter as a mark for the goods.  The evidence must relate to the promotion and recognition of the specific

configuration embodied in the proposed mark and not to the goods in general. *Wal-Mart*, 529 U.S. at 211, 54 USPQ2d at 1068; *See* TMEP §§1212.06 *et seq*. regarding evidence of acquired distinctiveness.

In the alternative to submitting evidence of acquired distinctiveness, applicant may amend to the Supplemental Register.

"[A] mark is inherently distinctive if [its] intrinsic nature serves to identify a particular source." *Wal-Mart Stores, Inc. v. Samara Brothers, Inc.*, 529 U.S. 205, 210, 54 USPQ2d 1065, 1068 (2000), citing *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 768, 23 USPQ2d 1081 (1992); TMEP 1202.02(b)(ii).

The burden of proving that a mark has acquired distinctiveness is on applicant. *See Yamaha Int'l Corp. v. Hoshino Gakki Co. Ltd.*, 840 F.2d 1572, 1578-79, 6 USPQ2d 1001, 1006 (Fed. Cir. 1988); *In re Meyer & Wenthe, Inc.*, 267 F.2d 945, 122 USPQ 372 (C.C.P.A. 1959).

Applicant may present any competent evidence to establish that a mark has acquired distinctiveness. The amount and character of evidence required to establish acquired distinctiveness depends on the facts of each case and particularly on the nature of the mark sought to be registered. *See Roux Laboratories, Inc. v. Clairol Inc.*, 427 F.2d 823, 166 USPQ 34 (C.C.P.A. 1970); *In re Hehr Mfg. Co.*, 279 F.2d 526, 126 USPQ 381 (C.C.P.A. 1960); *In re Gammon Reel, Inc.*, 227 USPQ 729 (TTAB 1985).

Additional evidence is needed to support the claim of distinctiveness. Applicant's allegation of five years' use alone is insufficient evidence of distinctiveness in this case because applicant's mark is highly descriptive of the goods and/or services. TMEP §1212.05(a). *In re Kalmbach Publishing Co.*, 14 USPQ2d 1490 (TTAB 1989).

Applicant must establish acquired distinctiveness by a preponderance of the evidence. *Yamaha Int'l Corp. v. Hoshino Gakki Co.*, 840 F.2d 1572, 6 USPQ2d 1001 (Fed. Cir. 1988). This evidence may include specific dollar sales under the mark, advertising figures, samples of advertising, consumer or dealer statements of recognition of the mark, and any other evidence that establishes the distinctiveness of the mark as an indicator of source. The Office will decide each case on its own merits.

If additional evidence is submitted, the following factors will be considered when assessing its sufficiency: (1) how long applicant has used the mark; (2) the type and amount of advertising of the mark; and (3) applicant's efforts to associate the mark with the goods and/or services. *See Ralston Purina Co. v. Thomas J. Lipton, Inc.*, 341 F. Supp. 129, 173 USPQ 820 (S.D.N.Y. 1972); *In re Packaging Specialists, Inc.*, 221 USPQ 917 (TTAB 1984); 37 C.F.R. §2.41; TMEP §§1212, 1212.01 and 1212.06 *et seq*.

The applicant should also note the following additional ground for refusal.

2] Registration is refused because the proposed three-dimensional configuration mark appears to be functional for the identified goods. Trademark Act Section 2(e)(5), 15 U.S.C. §1052(e)(5). That is, the proposed mark comprises the configuration of a design feature of the identified goods that serves a utilitarian purpose. *TrafFix Devices, Inc. v. Marketing Displays, Inc.*, 532 U.S. 23, 58 USPQ2d 1001 (2001); *Valu Engineering, Inc. v. Rexnord Corp.*, 61 USPQ2d 1422 (Fed. Cir. 2002); *In re Bose Corp.*, 772 F.2d 866, 227 USPQ 1 (Fed. Cir. 1985); *In re R.M. Smith, Inc.*, 734 F.2d 1482, 222 USPQ 1 (Fed. Cir. 1984); TMEP §§1202.02(a) *et seq*.

The proposed mark is a design of goods depicting and demonstrating the utilitarian features of headwear and ear warmers worn on the head, and the goods are headwear and ear warmers. The particular features of this proposed mark, namely, the curved design, shape, and flexible nature are functional for the goods because the goods here, headwear and ear warmers, are specifically and necessarily worn "behind the head" (see specimen of use), on the two ears, and placed directly around the head and on the two ears.

Evidence in functionality cases normally involves consideration of the following four factors, commonly known as the "*Morton-Norwich* factors," in reference to the Federal Circuit decision in which they were first articulated:

(1) the existence of a utility patent that discloses the utilitarian advantages of the design sought to be registered;

(2) advertising by the applicant that touts the utilitarian advantages of the design;

(3) facts pertaining to the availability of alternative designs; and

(4) facts pertaining to whether the design results from a comparatively simple or inexpensive method of manufacture.

*In re Morton?Norwich Products, Inc.*, 671 F.2d 1332, 213 USPQ 9, 15-16 (C.C.P.A. 1982).

Applicant must provide the following information and documentation in order to permit proper examination of the application. 37 C.F.R. §2.61(b):

(1) A written statement as to whether the proposed mark is or has been *the subject of either a design or utility patent*, including existing and/or expired patents. Applicant must also state whether the proposed mark is or has been the subject of a patent application for either a design or utility patent, including both pending and abandoned patent applications. For any of the above for which a positive response is provided, the applicant must provide copies of the patent(s) or pending or abandoned patent application(s).

(2) Any available *advertising, promotional and/or explanatory materials concerning the configuration* for which registration is sought, particularly any materials specifically related to the design feature(s) embodied in the proposed mark.

(3) A written explanation and any relevant evidence as to *whether alternative designs are available for the feature(s) embodied in the proposed mark*, as well as whether the alternative designs are equally efficient and/or competitive. Applicant must also include a written explanation and any available information concerning designs used by competitors.

(4) A written statement as to whether the product design or product packaging design at issue results from *a comparatively simple or inexpensive method of manufacture in relation to alternative designs* for the product/container. If applicant has any relevant information regarding the method and/or cost of manufacture, that information must also be provided.

Applicant may also furnish any *other* evidence that applicant considers relevant to the registrability of the

proposed configuration mark.

With regard to the above requested information, it is noted that the Board and courts have recognized that relevant technical information is usually more readily available to an applicant, and that the applicant will thus normally be the source of most of the evidence pertaining to the functionality issue. *In re Teledyne Industries Inc.,* 696 F.2d 968, 971, 217 USPQ 9, 11 (Fed. Cir. 1982); *In re Witco Corp.,* 14 USPQ2d 1557, 1560 (TTAB 1989); *In re Babies Beat Inc.,* 13 USPQ2d 1729, 1731 (TTAB 1990) (registration properly refused where applicant failed to comply with trademark examining attorney's request for copies of patent applications and other patent information); *See* TMEP §§1202.02(a)(v) *et seq.*

The functionality determination is a question of fact, and depends on the totality of the evidence presented in each particular case. *Valu Engineering, Inc. v. Rexnord Corp.,* 61 USPQ2d 1422 (Fed. Cir. 2002); *In re Caterpillar Inc.,* 43 USPQ2d 1335, 1339 (TTAB 1997).

In an application for trade dress, distinctiveness and functionality are two separate issues. TMEP §1202.02(c).

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

SEARCH RESULTS

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

AUTHORITIES AND RESPONSE INSTRUCTIONS

In all correspondence to the Patent and Trademark Office, the applicant should list the name and law office of the examining attorney, the serial number of this application, the mailing date of this Office action, and the applicant's telephone number.

**NOTICE: FEE CHANGE**

Effective January 31, 2005 and pursuant to the Consolidated Appropriations Act, 2005, Pub. L. 108-447, the following are the fees that will be charged for filing a trademark application:

> (1) $325 per international class if filed electronically using the Trademark Electronic Application System (TEAS); or

(2) $375 per international class if filed on paper

These fees will be charged not only when a new application is filed, but also when payments are made to add classes to an existing application. If such payments are submitted with a TEAS response, the fee will be $325 per class, and if such payments are made with a paper response, the fee will be $375 per class.

The new fee requirements will apply to any fees filed on or after January 31, 2005.

**NOTICE:  TRADEMARK OPERATION RELOCATION**

The Trademark Operation has relocated to Alexandria, Virginia.  Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

**Commissioner for Trademarks**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

/JMBK/
Jennifer M.B. Krisp
Attorney, Law Office 112
571-272-9183 [leave message]

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action issued via email you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending application can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

# Exhibit C

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
Trademark Operations
Law Office 112
Examining Attorney: Jennifer M.B. Krisp

Applicant:        180s, Inc.

Serial No.:       76/628,202

Filed:            January 19, 2005                                    **RESPONSE**

Mark:             **design**

**Attorney's Reference: 37401-212344**

Honorable Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451

Sir:

        In response to the refusal of registration, Applicant submits that its trade

dress/product configuration (1) is neither functional nor ornamental and (2) has acquired

distinctiveness and operates as a mark.

        First, the TMEP is clear in that "The Examining Attorney must establish a prima

facie case that the trade dress sought to be registered is functional." See TMEP Section

1202.02(a)(iv).  It is clear from the Office Action that the Examining Attorney has not

met this burden.  There is absolutely no evidence in the record to support the Examining

Attorney's allegation that the applicant's trade dress/product configuration is functional.

        Rather, the Examining Attorney has made the unsupported allegation that the

applicant's trade dress/product configuration is functional, and is looking to the applicant

to provide any relevant evidence in that regard.



The applicant is in the process of gathering the information requested by the Examining Attorney, and expects to be in the position to submit such material shortly.

In the meantime, Applicant's advertising and promotional material features this product configuration (see attached Exhibit "A"), and the product configuration is featured on applicant's packaging (see attached Exhibit "B").

Additionally, applicant has not based this claim of distinctiveness on a mere five years use of the mark as indicated in the Office Action. Rather, applicant has alleged over 9 years use of the mark in commerce. Almost double what would be required to make out a prima facie showing of distinctiveness.

The Examining Attorney has additionally indicated that the mark/configuration "appears to be functional for the identified goods." This refusal is based upon the allegation that "the proposed mark is a design of goods depicting and demonstrating the utilitarian features of headwear and ear warmers worn on the head, and the goods are headwear and ear warmers. The particular features of this proposed mark, namely, the curved design, shape and flexible nature are functional for the goods."

There is no support in the record for these contentions, and, whether or not the applicant's product is "flexible" in nature is not relevant to the determination as to whether the overall design/configuration is recognized and functions as a trademark.

Attached as Exhibit "C" are pages from several websites which show both the applicant's product and alternative products. These clearly show that there are a number of competing products of varying design.

Given the foregoing, it is respectfully submitted that the subject mark is entitled to registration on the Principal Register.  Accordingly, it is requested that the mark be approved for publication in the *Official Gazette*, for opposition purposes, without further delay.

Respectfully submitted,

Date: October 27, 2005

Mark B Harrison
VENABLE
P.O. Box 34385
Washington, D.C.  20043-9998
Telephone:  202/344-4800
Facsimile: 202/344-8300

# EXHIBIT A

180s - Innovative Performance Wear



180s - Innovative Performance Wear



180s - Innovative Performance Wear



# EXHIBIT B



# EXHIBIT C

REI Search: "earwarmers"                                                    Page 1 of 3



**REI**
www.rei.com

Search REI.com
earwarmers

Shopping Cart        Your
(contains 0 items)    You are n

REI.com

Home  |  Shop All Categories  |  Shipping Info  |  Contact Us  |  Help

Your search for "earwarmers" returned 21 results.

SORTED BY:  [Default Sort]                    ITEMS PER PAGE:

**MEN'S: HATS AND HEADWEAR: HEADBANDS AND EARMUFFS**

REI Microfleece Earwarmer
Price: $14.00

Columbia Sportswear f
River Headband
Price: $7.00

Earbags Solid Color Ear
Warmers
Price: $15.00

Halo II Headband
Price: $12.95

Headsweats CoolMax
Topless Sweatband
Price: $7.93 - $12.00

Seirus Neofleece Head
Price: $10.00

Turtle Fur Headband - Solid
Price: $7.00

180s Exolite Ti Earwarn
Price: $25.00

180s Tec Fleece Ear
Warmers
Price: $20.00

180s Tec Fleece Ear
Warmers - Women's
Price: $20.00

**MEN'S: HATS AND HEADWEAR: MULTISPORT HEADWEAR**

Pearl Izumi ThermaFleece
Headband
Price: $16.00

**KIDS': ACCESSORIES -- BOYS AND GIRLS: WARM HATS**

Gift Services
Gift Shop
Gift Cards
Gift Registry
Gift Boxes

Clothing & Outerwear
Men's Clothing
Women's Clothing
Kids' Clothing & Gear
Footwear
Size Finder

Snow Sports
Skiing
Snowboarding
Cross-Country Skiing
Snowshoeing

Gear Shops
Camping & Hiking
Climbing
Paddling
Human Bike
Women's Gear
Paddling & Camping
Outdoor Fitness
Luggage & Travel
GPS & Electronics
Watches & Sunglasses
REI Brand Gear
Books & Maps
Car Racks
Bike Toys & Electronics

How to Choose Gear
Expert Advice

More Ways to Shop
On Sale
REI-OUTLET.com
Shop by Brand
Shop All Categories
Corporate Sales
Catalog Sign-up

REI Membership

REI Search: "earwarmers"



Become an REI Member
Member Help
Apply for an REI Visa®

Partner Program
Become an REI Affiliate

River Headband - Kids'
Price: $7.00

Price: $15.95

### CYCLING: ADULT HELMETS: ACCESSORIES

Novara Headsweats CoolMax
Shorty Hat
Price: $20.00

Pace Clif Bar Cycling
Headband
Price: $6.95

Pace World Stamps
Headband
Reduced to: $3.93
Originally: $6.95

### CYCLING: LIGHTS: LIGHT ACCESSORIES

How to Choose the Right Bicyc

NiteRider Explorer Headband
Price: $32.00

### CYCLING: HEADWEAR: HEADBANDS

Halo Headband
Price: $12.95

Novara Thermal Tech
Headband
Price: $12.00

Pace Full Sail Cycling
Headband
Price: $6.95

Pearl Izumi Aeolus
Headband
Price: $16.00

Search: earwarmers

Tips on using our search eng

Help
Help Section
Contact Us
Live Help

Company Info
About REI
REI Gives
Jobs at REI

Member Benefits

REI Gearmail®
Sign up for e-mail update
featuring news, deals and
After you subscribe, we'll

REI Search: "earwarmers"



Order Tracking      100% Guarantee
Returns             Privacy Policy
Shipping Info       © 1996-2005 REI



Join the Co-op!
Member Help
Apply for an REI Visa®

you a coupon for 10% off
next purchase at REI.

Update E-Mail Preference

Dick's Sporting Goods – Earwarmers, Headbands and Neck Gaitors                    Page 1 of 1



track my order | my account | about us | careers | store locator | help

 shopp

Eligible orders must total $9

Shop by Sport / Department ▼          SEARCH By Keyword or  ONLINE ITEM # #

Home  ›  Earwarmers, Headbands and Neck Gaitors

### TOP SHOPS
2005 MLB Playoffs
NBA Shop
NCAA Shop
NFL Shop
NHL Shop
Basketball Goals
Golf Pro Shop
Outlet
Tailgater Essentials
The Lodge
The Rec Room

### BROWSE THE STORE
Gift Cards/Certificates
Apparel
Accessories
Baseball
Basketball
Boating / Watersports
Camping/Hiking
Cycling
Electronics
Exercise
Fan/Pro Shop
Fishing
Football
Footwear
Games
Golf
Hunting/Archery
Ice/Roller Hockey
In-Line Skating
Lacrosse
Optics / Telescopes
Paintball / AirSoft
Running
Scooters
Skateboarding
Soccer
Tennis/Racquet
Winter Recreation
view **All Sports**

All Brands ▼       Prices - Highest to Lowest ▼       GO

**17 ITEMS** [ 1 ] 2 3

Earbags Bandless Ear Warmers

*Free Shipping Eligible!*

Our Price: $24.99

Columbia Triple Acce

*Free Shipping*

Our Price: $29.9

180's Kids Fleece Earwarmers

*Free Shipping Eligible!*

Our Price: $19.99

The North Face Neck

*Free Shipping*

Our Price: $19.98

Under Armour Arctic Headband

*Free Shipping*

Our Price: $17.99

Mountain Hardw

*Free Shipping*

Our Price: $14.99

Hind Ponytail Headband

*Free Shipping Eligible!*

Our Price: $14.99

Columbia Bugascari

*Free Shipping*

Our Price: $12.99

**17 ITEMS** [ 1 ] 2 3

*List price is for reference only. No sales may have occurred at this price.

shopping cart | secure shopping | help | privacy policy | terms and conditions | investor relations | contact us | Product Availabilit

Privacy Policy updated February 2004

Dick's Sporting Goods - Earwarmers, Headbands and Neck Gaitors              Page 1 of 1



EVERY SEASON STARTS AT

track my order | my account | about us | careers | store locator | help

shoppi

Eligible orders must total $9

  Shop by Sport / Department       SEARCH By Keyword or  #

Home · Earwarmers, Headbands and Neck Gaitors

## TOP SHOPS
2005 MLB Playoffs
NBA Shop
NCAA Shop
NFL Shop
NHL Shop
Basketball Goals
Golf Pro Shop
Outlet
Tailgater Essentials
The Lodge
The Rec Room

## BROWSE THE STORE
Gift Cards/Certificates
Apparel
Accessories
Baseball
Basketball
Boating / Watersports
Camping/Hiking
Cycling
Electronics
Exercise
Fan/Pro Shop
Fishing
Football
Footwear
Games
Golf
Hunting/Archery
Ice/Roller Hockey
In-Line Skating
Lacrosse
Optics / Telescopes
Paintball / AirSoft
Running
Scooters
Skateboarding
Soccer
Tennis/Racquet
Winter Recreation
view All Sports

 All Brands         Prices - Highest to Lowest        Go 

17 ITEMS  ‹ 1 [ 2 ] 3 ›

 adidas Santiago Reversible Headband
Free Shipping Eligible!
Our Price: $9.99

 Columbia Youth Bug...Headband
Free Shipping...
Our Price: $8.99

Turtle Fur Turtle Band
Free Shipping Eligible!
 Our Price: $7.99

Turtle Fur Kids Turtle...
Free Shipping...
 Our Price: $6.99

180s Tec Fleece Earwarmer Womens
Free Shipping Eligible!
Our Price: $24.99

180s Adults Tec Flee...Earwarmers
Free Shipping...
 Our Price: $24.99

  Hind Radiant Headband
Free Shipping Eligible!
List Price: $19.99*
Our Price: $12.99

The North Face Ear...
Free Shipping...
List Price: $7.99*
Our Price: $7.97

17 ITEMS  ‹ 1 [ 2 ] 3 ›

*List price is for reference only. No sales may have occurred at this price.

shopping cart | secure shopping | help | privacy policy | terms and conditions | investor relations | contact us · Product Availabilit

Privacy Policy updated February 2004

Ear Warmers - Find, Compare, and Buy at Shopping.com

Page 1 of 5



| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

**What are you shopping for?** Ear Warmers | Clothing ▾ | Find



Make unlimited calls to anywhere in the US, Canada and Puerto Rico for just **$24.99** a month

Hey, we need your help. Please take a minute and tell us how we're doing.

**See Survey**

Back to:  Clothing and Accessories

Join Shopping.com | Help | Sign in

## You found 87 **products** in  Clothing      "Ear Warmers"

Not looking for Clothing? **See all matches** for "Ear Warmers"

| Find by Price Range | Find by Store | Find by Gender and Age | Or find by |
|---|---|---|---|
| Below $20 | REI | Men | Material |
| $20 - $30 | Amazon | Women | Apparel Type |
| $30 - $40 | Luxury Divas | Unisex | Accessory Type |
| $40 - $50 | L.L.Bean | Boys | Style Type |
| $50 - $70 | REI Outlet | | Brand |
| Above $70 | More ... | | Keyword |

**Showing 1-21 of 87 products**    Enter your ZIP: [          ] Enter

Sort by:  Store name  |  Store rating  |  Price



Wraparound Ear Warmer (In stock)

**$16.95**    **Gempler's**

Already shopped at this store? Write a review

See 2 more items from Gempler's

Gorgonz Ear Warmer (In stock)

**$19.95**    basspro com

Store reviews

Horse Lover Ear Warmer (In

**$11.99**    PETSM

Store revi

## Enter your ZIP code to see tax and shipping

Price + Tax + Shipping = Total price

[_____]  [ Enter ]







Nashbar Hytrel® Ear Warmer
(In stock)

Ear Warmer (In stock)

L.L. Bean 180s SportSeries
Warmers (In stock)

$12.99        Bike Nashba
        r

                Already shoppe
                d
                at this store?
                Write a review

$10.00        Loadedbase
                s.com

                Already shoppe
                d
                at this store?
                Write a review

$18.00        

                Store revi
See 6 more items from L.L.Be







Heated Fleece Headband Holds
Instant Disposable Ear Warmers
(In stock)

180s Women's Tec Fleece Ear
Warmer  Black
(Stock info not available)

Swany Wool Twill Reversible
Warmer  Waterproof (For M
(In stock)

$24.00        

                Already shoppe
                d
                at this store?
                Write a review

$19.99        

                Store reviews

$4.95        Sierra T
                Post

                Store revi
See 7 more items from Amazon







180s Women's Tec Fleece Ear

180s Unisex Tec Fleece Ear

180s Unisex Tec Fleece Ea

Ear Warmers - Find, Compare, and Buy at Shopping.com

Warmer, Cool Blue
(Stock info not available)

$19.99   

Store reviews

See 7 more items from Amazon

Warmers with Stereo Headphones,
Black (Stock info not available)

$29.99   

Store reviews

See 7 more items from Amazon

Warmer, Heather Grey
(Stock info not available)

$19.99   

Store reviews

See 7 more items from Amazon



Heated Fleece Headband Holds
Instant Disposable Ear Warmers
(In stock)

$24.00    



180s Unisex Tec Fleece Ear
Warmer, Black
(Stock info not available)

$19.99    

Store reviews

See 7 more items from Amazon

180s Unisex Tec Fleece Ear
Warmer, Crimson
(Stock info not available)

$19.99    

Store reviews

See 7 more items from Amazon



180s Women's Tec Fleece Ear
Warmer, Heather Grey
(Stock info not available)

$19.99   

Store reviews

See 7 more items from Amazon



Men's Tec Fleece Ear Warmer by
180s (In stock)

$19.99   ParagonSpor
ts   

Store reviews

See 4 more items from ParagonSports



L.L. Bean 180 s Exolite Ear
(In stock)

$25.00     

Store reviews

See 6 more items from L.L.Be

  

Gorgonz Reflective Ear Warmers (in stock)

Ears Free Ear Warmers (in stock)

Earbags Bandless Ear Warmers (in stock)

$19.95    AJ Prindle

Already shopped
at this store?
Write a review

$9.99



$14.99    The Sports Authority

Store reviews

Store reviews

See 2 more items from AJ Prindle

See 2 more items from The Sports Authority

**Showing 1-21 of 87 products**    **Page: 1 2 3 4 5**    **See next 21**

Why are these stores listed?

## Sponsored Listings (About)

**Ear Warmers**
Get the Latest Cold Weather Gear at Dick's! Select Orders Ship Free
www.DicksSportingGoods.com

**Fleece Ear Warmers $13.99**
Gorgonz made by 180s. Folds up. A great gift or to keep you warm
www.palmflex.com

**Free Shipping at L.L.Bean**
Block the cold with innovative ear warmers for sports or casual wear
www.llbean.com

**Ear Warmers at REI**
A Huge Selection of Winter Gloves & Hats. Free Shipping to REI Stores!
www.rei.com

**Polar Fusion Ear Warmers**
Keep Ears Warm, Let Sounds In. Run, Ski & Play Safe This Winter
www.terratekbrands.com

Featured listings from eb

**New Black ear grips earmuffs,warmers,headband! GIFTS**
Current bid: $0.99  Auction ends: 2005-10-27 01:37:53 GMT
www.ebay.com

**New Black ear grips earmuffs,warmers,headband! GIFTS**
Current bid: $0.99  Auction ends: 2005-10-27 10:46:07 GMT
www.ebay.com

**NIKE FLEECE LINED CAP WITH EAR WARMERS, UNISEX**
Current bid: GBP 12.99  Auction ends: 2005-10-27 11:58:21 GMT
www.ebay.com

Ear Warmers - Find, Compare, and Buy at Shopping.com                                Page 5 of 5

: See eBay's 46 fixed price listings for "Ear Warmers"

: See all eBay listings for "Ear Warmers"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.



Did you know? At Shopping.com, you can compare over 83 Diamond Right Hand Rings from more than 11 stores. Check it out!

Last updated at 12:00AM EDT on Wednesday, October 26, 2005.

Home | About Shopping.com | Merchant Directory | Site Index | Feedback
Shopping.com ⚡ ▮▮ ▤ | Epinions
Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us
Help | User Agreement | Privacy

Meet Shoppy!

Copyright © 2000-2005 Shopping.com    Shopping.com is an eBay company.



**Shopping.compare™ clothing**

| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? _____ | Clothing ▼ | Find



Use your **high-speed internet** to make all your calls.

VONAGE

Hey, we need your help. Please take a minute and tell us how we're doing.    **See Survey**

Back to: Clothing and Accessories                    Join Shopping.com | Help | Sign in

## You found 87 products in Clothing    "Ear Warmers"

**Find by Price Range**
Below $20
$20 - $30
$30 - $40
$40 - $50
$50 - $70
Above $70

**Find by Store**
REI
Amazon
Luxury Divas
L.L.Bean
REI Outlet
More...

**Find by Gender and Age**
Men
Women
Unisex
Boys

**Or find by**
Material
Apparel Type
Accessory Type
Style Type
Brand
Keyword

---

**Showing 22-42 of 87 products**    Enter your ZIP: _____ | Enter

Sort by: Store name | Store rating | Price



Mohair Blend Ear Warmer Bonnet
(In stock)

$12.95    Vermont Cou ntry Store

Store reviews

See 2 more items from Vermont Country Store



Nor'easter Heatable and Reversible Scarf and Ear Warmer Set (In stock)

$25.72    QVC

Store reviews

AIRIUS, EAR WARMERS, BL/ CLOTHING
(Stock info not available)

$4.98    BikePart SA

Already st ed
at this store
Write a re...

Clothing - Find, Compare, and Buy at Shopping.com

**Enter your ZIP code to see tax and shipping**

Price + Tax + Shipping = Total price

 Enter



TOASTY BLACK PLUSH EAR
WARMER HEADBAND (In stock)

$8.99    Luxury Diva
s

Already shopp
ed
at this store?
Write a review

See 7 more items from Luxury Divas



Men's Ear Warmers by 180s
(In stock)

$19.95    ParagonSpor
ts

Store reviews

See 4 more items from ParagonSports



Fleece Ear Warmers (In stock)

$17.99    DULU
TRADING

Already sho
d
at this stor
Write a rev



WARM BROWN DIVA STYLE
FUR EAR WARMERS MUFFS
HEADBAND (In stock)

$21.99    Luxury Diva
s

Already shopp
ed
at this store?
Write a review

See 7 more items from Luxury Divas



PINK FUR DIVA STYLE GLAMOUR
EAR WARMERS MUFFS
HEADBAND (In stock)

$21.99    Luxury Divas

Already shoppe
d
at this store?
Write a review

See 7 more items from Luxury Divas



SOFT NAVY BLUE FLEECE
HEADBAND EAR WARMER
WRAP (In stock)

$7.99    Luxury D
s

Already sh
ed
at this stor
Write a rev

See 7 more items from Luxury D



Polar Fusion SoundFlips: The only
ear warmers that open for sound
(with Stereo Headphones)



Earbags Bandless Ear Warmers
(In stock)



Gorgonz Fleece Ear Warmers
(In stock)

Clothing - Find, Compare, and Buy at Shopping.com

(Stock info not available)

**$29.95**    amazon.com

Store reviews

**$11.97**    Boscovs.com

Store reviews

**$15.95**    AJ Princ

Already sh
ed
at this stor
Write a re

See 2 more items from AJ Princ



GRAY MONGOLIAN LAMB
HEADBAND EAR WARMER
WRAP (In stock)



DIVA STYLE BABY BLUE FUR EAR
WARMERS MUFFS HEADBAND
(In stock)



BLACK SOFT FLEECE
HEADBAND EAR WARMER
WRAP (In stock)

**$9.99**    Luxury Diva
s

Already shopp
ed
at this store?
Write a review

See 7 more items from Luxury Divas

**$21.99**    Luxury Divas

Already shopp
ed
at this store?
Write a review

See 7 more items from Luxury Divas

**$7.99**    Luxury D
s

Already sh
ed
at this stor
Write a re

See 7 more items from Luxury D



3-in-1 Head Warmer (In stock)

Cozee Critters Hat, Mittens, Neck
Warmer COMBO - Purple Bunny
(In stock)

Cozee Critters Hat, Mittens, Ne
Warmer COMBO - Royal Blue
Puppy (In stock)

**$19.95**

Store reviews

**$29.95**    Snowshack

Already shoppe
ed
at this store?
Write a review

See 3 more items from Snowshack

**$29.95**    Snowsh

Already sh
ed
at this stor
Write a re

See 3 more items from Snowsh







Clothing - Find, Compare, and Buy at Shopping.com                    Page 4 of 5

| | | |
|---|---|---|
| Cozee Critters Hat, Mittens, Neck Warmer COMBO - Pink Kitty (In stock) | Sessions Gomer Pile Jacket - Men's (In stock) | E.S. Limited Zip-Out Interior C (In stock) |

$29.95    **Snowshack**            $170.00           $62.99    **Kohl's**

Already shopp
ed
at this store?
Write a review

Store reviews                                Store review

See 3 more items from Snowshack        See 13 more items from REI

**Showing 22-42 of 87 products**      **Page:  1  2  3  4  5**      **See previous 21 | See next 21**

Why are these stores listed?

## Sponsored Listings (About)

Fleece Ear Warmers $13.99
Gorgonz made by 180s. Folds up. A great gift or to keep you warm.
www.palmflex.com

Ear Warmers
Find Top Quality Sporting Goods at Competitive Prices! Free Shipping
www.DicksSportingGoods.com

Free Shipping at L.L.Bean
Block the cold with innovative ear warmers for sports or casual wear.
www.llbean.com

Polar Fusion Ear Warmers
Keep Ears Warm, Let Sounds In. Run, Ski & Play Safe This Winter
www.terratekbrands.com

Ear Warmers at REI
Find Gloves, Liners, Hats, Gaiters. Free Shipping to REI Stores!
www.rei.com

Featured listings from 

Lady in Period Clothing & Chair Fashion old CDV 1860
Current bid: $10.00  Auction ends: 2005-10-27 01:17:03 GMT
www.ebay.com

MENS CLOTHING-NIKE SNEAKERS SHOES
Current bid: $24.99  Auction ends: 2005-10-27 01:44:37 GMT  *Buy it Now* $35.00
www.ebay.com

DOG PET CLOTHING CLOTHES PAJAMAS SMALL
Current bid: $13.99  Auction ends: 2005-10-27 01:48:28 GMT  *Buy it Now* $14.99
www.ebay.com

See eBay's 2,408 fixed price listings for "Clothing"

See all eBay listings for "Clothing"

Clothing - Find, Compare, and Buy at Shopping.com                          Page 5 of 5

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.



Did you know?  At Shopping.com, you can compare over 2617 18K Gold Chains from more than 43 stores. Check it out!

Last updated at 12:00AM EDT on Wednesday, October 26, 2005.

Home | About Shopping.com | Merchant Directory | Site Index | Feedback
Shopping.com  ⌗ ▮ ▦ | Epinions
Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us
Help | User Agreement | Privacy

Meet Shoppy!

Copyright © 2000-2005 Shopping.com    Shopping.com is an eBay company.



**Shopping.compare™ clothing**

| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? [_____] in [Clothing ▼] [Find]



Make unlimited calls to anywhere in the US, Canada and Puerto Rico for just $24.99 a month

Hey, we need your help. Please take a minute and tell us how we're doing.

See Survey

Back to: Clothing and Accessories

Join Shopping.com | Help | Sign in

## You found 87 products in Clothing    "Ear Warmers"

| Find by Price Range | Find by Store | Find by Gender and Age | Or find by |
|---|---|---|---|
| Below $20 | REI | Men | Material |
| $20 - $30 | Amazon | Women | Apparel Type |
| $30 - $40 | Luxury Divas | Unisex | Accessory Type |
| $40 - $50 | L.L.Bean | Boys | Style Type |
| $50 - $70 | REI Outlet | | Brand |
| Above $70 | More... | | Keyword |

**Showing 43-63 of 87 products**    Enter your ZIP: [_____] [Enter]

Sort by: Store name | Store rating | Price





The North Face Windstopper High Point Hat (In stock)

LL Bean: 180'S Faux Shearling Earwarmers (In stock)

The North Face Windstopper Point Hat (In stock)

$39.00    

$25.00    

$39.00    



Store reviews

Store reviews

Store revi

See 13 more items from REI

See 6 more items from L.L.Bean

See 13 more items from REI

### Enter your ZIP code to see tax and shipping

Clothing - Find, Compare, and Buy at Shopping.com





Enter



The North Face Windstopper High
Point Hat (In stock)

$39.00 

Store reviews

See 13 more items from REI



The North Face Windstopper High
Point Hat (In stock)

$39.00 



Store reviews

See 13 more items from REI



Sessions Gomer Pile Jacket
(In stock)

$170.00 

Store revi

See 13 more items from REI



LL Bean: 180'S Small Frame
Earwarmers Print (In stock)

$22.00 

Store reviews

See 6 more items from L.L.Bean



Roxy Bo Peep Cap (In stock)

$29.95 



Store reviews



The North Face Windstoppe
Point Hat (In stock)

$39.00 

Store revi

See 13 more items from REI



The North Face Windstopper High
Point Hat (In stock)



Outdoor Research Peruvian Hat,
Outdoor Research, small, black, hat



Sessions Gomer Pile Jacket
(In stock)

Clothing - Find, Compare, and Buy at Shopping.com                    Page 3 of 5

~ (In stock)

$39.00         $26.00    Northern Moun     $170.00    
                                                       tain Supply


Store reviews                  Store reviews                              Store revi

See 13 more items from REI     See 2 more items from Northern    See 13 more items from REI
                               Mountain Supply

                        

Sessions Gomer Pile Jacket - Men's    180s Adults Tec Fleece Earwarmers    Sessions Gomer Pile Jacket
(In stock)                            (In stock)                           (In stock)

$170.00        $19.99    The Sports A    $170.00    
                                             uthority
                                   

Store reviews                      Store reviews                              Store revi

See 13 more items from REI     See 2 more items from The Sports    See 13 more items from REI
                               Authority

                        

The North Face Windstopper High    Turtle Fur Staad Earflap Hat - '04    L.L.Bean 180S Regular Fur
Point Hat (In stock)               Closeout (In stock)                   Earwarmers Solid (In stock)

$39.00        $21.93    [SAVE 30%-60%]    $22.00    [LLB]
                                             [REI-OUTLET.COM]

Store reviews                      Store reviews                              Store rev

See 13 more items from REI     See 5 more items from REI Outlet    See 6 more items from L.L.Be

Clothing - Find, Compare, and Buy at Shopping.com                    Page 1 of 5



**Shopping.compare clothing**

| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? [              ] [Clothing ▼] [Find]

 Make unlimited calls to anywhere in the US, Canada and Puerto Rico for just $24.99 a month

Hey, we need your help. Please take a minute and tell us how we're doing.                    See Survey

Back to: Clothing and Accessories                    Join Shopping.com | Help | Sign in

## You found 87 products in  Clothing      "Ear Warmers"

| Find by Price Range | Find by Store | Find by Gender and Age | Or find by |
|---|---|---|---|
| Below $20 | REI | Men | Material |
| $20 - $30 | Amazon | Women | Apparel Type |
| $30 - $40 | Luxury Divas | Unisex | Accessory Type |
| $40 - $50 | L.L.Bean | Boys | Style Type |
| $50 - $70 | REI Outlet | | Brand |
| Above $70 | More.. | | Keyword |



**Showing 64-84 of 87 products**          Enter your ZIP: [          ] [Enter]

Sort by:  Store name | Store rating | Price



The North Face Windstopper High Point Hat (In stock)

$39.00   



Store reviews

See 13 more items from REI



Seirus Quick Draw Original Hat (In stock)

$20.00      Essential Apparel.com



Store reviews



Hooded Pullover Sweatshirt Carhartt (In stock)

$31.95      Gempl

Already d at this Write a

See 2 more items from Gempl

**Enter your ZIP code to see tax and shipping**

Clothing - Find, Compare, and Buy at Shopping.com

Price + Tax + Shipping = Total price

[_____] Enter



Neoprene Vest Wet Suit, Hooded 3mm (In stock)

$44.95     JoeDiverAmerica

Store reviews

See 5 more items from REI Outlet



Turtle Fur Staad Earflap Hat - '04 Closeout (In stock)

$21.93     



Store reviews

See 6 more items from L.L.Be

LL Bean  180'S Small Fram Earwarmers Solid (In stock)

$22.00     

Store revi



Lands' End Youth Polartec Aircore-200 Earband (In stock)

$10.50     Lands' End



Store reviews



Wool-Blend Devon Hat (In stock)

$34.95     SHOP.COM



Store reviews

See 2 more items from SHOP.COM



Berber Fleece Jacket (In sto

$9.99     Habar





Orvis Buzz Off Survival Kit L/S 81H75200 (In stock)

$69.00     



Outdoor Research Peruvian Hat, Outdoor Research, small, red/black, hat (In stock)

$26.00     Northern Mountain Supply



Wool-Blend Devon Hat (In s

$34.95     Vermo
ntry S

Clothing - Find, Compare, and Buy at Shopping.com



Store reviews

See 2 more items from Orvis

Store reviews

See 2 more items from Northern
Mountain Supply

Store r

See 2 more items from Vermo
Store

TAILTECH SUPERFLAUGE
BALACLAVA (In stock)



Heated Mask (In stock)



Orvis Buzz Off Survival Kit
7BPP5260 (In stock)

$12.97      Sportsman''s
            Guide

$19.99      eders.com

$35.00

Store reviews

Store r

See 2 more items from Sportsman''s
Guide

See 2 more items from Orvis



Bo Peep (In stock)



Turtle Fur Staad Earflap Hat    '04
Closeout (In stock)

MLB Half Zip Youth Jacket I
Yankees (In stock)

$29.95      SHOP.COM

$21.93      SAVE 30%-60%
            REI-OUTLET.COM

$21.27

Store reviews

Store reviews

Store re

See 2 more items from SHOP.COM

See 5 more items from REI Outlet



NEW 2PK GERMAN WINTER CAP



180s Adults Tec Fleece Earwarmers

Ball Cap Earband Black (In s

Clothing – Find, Compare, and Buy at Shopping.com

(In stock)                    (In stock)

$11.97          Sportsman''s     $24.99          Dick's Sporti     $19.95          Plaw
                Guide                            ng Goods

                Store reviews                    Store reviews                     Alread
                                                                                   d
                                                                                   d the
                                                                                   White a

See 2 more items from Sportsman''s
Guide

| Showing 64-84 of 87 products | Page: 1 2 3 4 5 | See previous 21 | See next 3 |

Why are these stores listed?

## Sponsored Listings (About)

**Fleece Ear Warmers $13.99**
Gorgonz made by 180s. Folds up. A great gift or to keep you warm.
www.palmflex.com

**Ear Warmers**
Get the Latest Cold Weather Gear at Dick's! Select Orders Ship Free
www.DicksSportingGoods.com

**Free Shipping at L.L.Bean**
Block the cold with innovative ear warmers for sports or casual wear.
www.llbean.com

**Polar Fusion Ear Warmers**
Keep Ears Warm. Let Sounds In. Run, Ski & Play Safe This Winter
www.terratekbrands.com

**Ear Warmers at REI**
A Huge Selection of Winter Gloves & Hats. Free Shipping to REI Stores'
www.rei.com

## Featured listings from

**Lady in Period Clothing & Chair Fashion old CDV 1860**
Current bid: $10.00  Auction ends: 2005-10-27 01:17:45 GMT
www.ebay.com

**MENS CLOTHING-NIKE SNEAKERS SHOES**
Current bid: $24.99  Auction ends: 2005-10-27 01:45:19 GMT  *Buy it Now* $35.00
www.ebay.com

**DOG PET CLOTHING CLOTHES PAJAMAS SMALL**
Current bid: $13.99  Auction ends: 2005-10-27 01:40:10 GMT  *Buy it Now* $14.99
www.ebay.com

See eBay's 2,408 fixed price listings for "Clothing"

See all eBay listings for "Clothing"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to
any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please
check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Clothing - Find, Compare, and Buy at Shopping.com                    Page 5 of 5

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.



Did You Know? At Shopping.com you can compare over 2507 Wood Shelves from more than 140 stores. Check it out!

Last updated at 12:00AM EDT on Wednesday, October 26, 2005.

Meet Shoppy!

Home | About Shopping.com | Merchant Directory | Site Index | Feedback
Shopping.com | Epinions
Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us
Help | User Agreement | Privacy

Copyright © 2000-2005 Shopping.com    Shopping.com is an eBay company.

Clothing - Find, Compare, and Buy at Shopping.com



| Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | More... |

What are you shopping for? [_____] [Clothing ▼] [Find]



Make unlimited calls to anywhere in the US,
Canada and Puerto Rico for just $24.99 a month

Hey, we need your help. Please take a minute and tell us how we're doing.

See Survey

Back to:  Clothing and Accessories

Join Shopping.com | Help | Sign in

## You found 87 products in  Clothing    "Ear Warmers"

| Find by Price Range | Find by Store | Find by Gender and Age | Or find by |
|---|---|---|---|
| Below $20 | REI | Men | Material |
| $20 - $30 | Amazon | Women | Apparel Type |
| $30 - $40 | Luxury Divas | Unisex | Accessory Type |
| $40 - $50 | L.L.Bean | Boys | Style Type |
| $50 - $70 | REI Outlet | | Brand |
| Above $70 | More... | | Keyword |

**Showing 85-87 of 87 products**          Enter your ZIP: [_____] [Enter]

Sort by:  Store name | Store rating | Price



Kid's Stripey Hat by Obermeyer
(in stock)

$29.50          ParagonSports

Store reviews

See 4 more items from ParagonSports

Turtle Fur Staad Earflap Hat - '04 Closeout (in stock)

$21.93          SAVE 30%-60% REI-OUTLET.COM

Store reviews

See 5 more items from REI Outlet

Faux Fur Bomber Hat by Eddie Bauer (in stock)

$39.50          EddieBauer

Store reviews

**Showing 85-87 of 87 products**          Page:  1  2  3  4  5          See previous 21

Clothing - Find, Compare, and Buy at Shopping.com                    Page 2 of 3

Why are these stores listed?

## Sponsored Listings (About)

**Fleece Ear Warmers $13.99**
Gorgonz made by 180s. Folds up. A great gift or to keep you warm.
www.palmflex.com

**Ear Warmers**
Get the Latest Cold Weather Gear at Dick's! Select Orders Ship Free
www.DicksSportingGoods.com

**Free Shipping at L.L.Bean**
Block the cold with innovative ear warmers for sports or casual wear.
www.llbean.com

**Polar Fusion Ear Warmers**
Keep Ears Warm. Let Sounds In. Run, Ski & Play Safe This Winter.
www.terratekbrands.com

**Ear Warmers at REI**
A Huge Selection of Winter Gloves & Hats. Free Shipping to REI Stores!
www.rei.com

Featured listings from

**Pet Fashion Winter Coat Medium Dog Clothing Shih Tzu M**
Current bid: $9.99  Auction ends: 2005-10-27 01:20:21 GMT  *Buy It Now* $12.99
www.ebay.com

**clothing no longer available**
Current bid: $200.00  Auction ends: 2005-10-27 01:21:20 GMT  *Buy It Now* $200.00
www.ebay.com

**Fashion Clothing Artificial Silk old Photo 1926**
Current bid: $8.00  Auction ends: 2005-10-27 01:35:00 GMT
www.ebay.com

See eBay's 2,395 fixed price listings for "Clothing"

See all eBay listings for "Clothing"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes are estimated at the zip code level. Shipping costs are estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.

Did you know? At Shopping.com, you can compare over 4,200 Link Bracelets from more than 170 stores. Check it out!



Join our Merchant Program | Merchant Login | Join our Associate Program | Advertise with Us

Help | User Agreement | Privacy

Copyright © 2000-2005 Shopping.com     Shopping.com is an eBay company.

Meet Shoppy!