October 15, 2019

**VIA USPS CERTIFIED MAIL**
180s Inc.
1 Liberty Plaza, 35th Floor
New York, NY
10006

**VIA USPS CERTIFIED MAIL & ELECTRIC MAIL**
Brian Manginoe
Partiarch Partners Agency Services, LLC
Brain.mangione@partriarchpartners.com

    Re:    *Complaint ID: 6507778601*
            *Trademark registration No. 3,089.225*

Dear 180s Inc. and Mr. Mangione,

    This company has received a Policy Warning Notice from Amazon.com alleging that you have filed a complaint, with complaint ID: 6507778601, on Amazon against this company for infringing the above-referenced mark.

    As such, Amazon has de-listed our goods and we are currently suffering from substantial economic harms.

    As you undoubtedly aware, your design mark is invalid as it is functional for the relevant goods under 15 U.S.C. §1052(e)(5).

    Please accept this letter as our good faith effort to resolve this issue amicably. This company hereby requests you to withdraw your frivolous complaint on Amazon within **10 days**. Otherwise, we will have no choice but to petition to the Trademark Trial and Appeal Broad to cancel your registration for the above-referenced mark.

    Enclosed please find our drafted petition to cancel your trademark registration.

    If you have any question, please feel free to contact undersigned at YANFEI PANG, or email at yfpangle@gmail.com .

    Thank you

                                            Sincerely,

                            Guangzhou Qingyouchuan Trading Co., Ltd.

                                        By: *Yanfei Pang*
                                        Title: Manager