UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNY POWER TRADING HONG KONG
LIMITED,

                              Plaintiff,

             – against –

  180S USA, LLC, and 180S IP HOLDINGS,
  LLC,

                              Defendants.

**ORDER**

26-cv-00672 (ER)

Ramos, D.J.:

Plaintiff Sunny Power Trading Hong Kong Limited ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order ("TRO") against Defendants 180s USA, LLC and 180s IP Holdings, LLC (collectively, "Defendants") on January 28, 2026.  Doc. 9.  The Court hereby denies Plaintiff's motion for a TRO and converts it to a motion for preliminary injunction ("PI").

Briefing on the PI shall be as follows:

1.  Plaintiff is hereby ORDERED to serve Defendants a copy of the complaint, the application for the TRO, and this Order on or before January 29, 2026 and file proof of service on the docket by January 30, 2026 at 5:00p.m.  The service shall be deemed good and sufficient service thereof.

2.  Defendants are directed to show cause, in writing, by February 2, 2026 at 5:00p.m. why the Court should not issue a PI.

3.  Plaintiff shall file any response on or before February 3, 2026 at 5:00p.m.

4.  The above dates may be revised upon stipulation by all parties and approval of this Court.

The parties are directed to appear for an in-person hearing on February 4, 2026 at

2:30p.m., in Courtroom 619 of the Thurgood Marshall Courthouse, 40 Foley Square, New York,

New York 10007.

The Clerk of the Court is respectfully directed to terminate the motion, Doc. 9.


SO ORDERED.


Dated:    January 28, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.

2