THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNY POWER TRADING HONG KONG LIMITED,<br><br>            Plaintiff,<br><br>    vs.<br><br>180s USA, LLC, and<br>180s IP Holdings, LLC,<br><br>            Defendants. | Case No.: 26-cv-00672-ER |

**Certificate of Service**

I, Shan Zhu, Counsel for Plaintiff hereby certified I have caused a copy of the 1) complaint (Dkt. No. 1), 2) Plaintiff's Motion for Temporary Restraining Order (Dkt. No. 9-12), and 3) a copy of the Court January 28 order (Dkt. No. 13) to be served via UPS Next Day Air Saver before 5 pm January 29 by handover the packages with prepaid labels to the UPS Store addressed to the below:

180s USA, LLC
2021 Arch Street, 2nd Floor,
Philadelphia, Pennsylvania 19103
Tracking No.: 1Z4R26771311266334

180s IP Holdings LLC
2021 Arch Street, 2nd Floor,
Philadelphia, Pennsylvania 19103
Tracking No.: 1Z4R26771306861147

Upon checking the tracking number, it is reasonably believed the service is anticipated to be effectuated today, January 30, 2026

1

Date: January 30, 2026            /s/ Shan Zhu

                                                               Shan Zhu