14.8

# AFFIRMATION OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZEBRA LAW GROUP PC  136-20 38TH AVE STE 11G-2 FLUSHING , NY 11354

Client's File No.:
Index Number: **1:26-CV-00672-ER**
Date Filed: **January 27, 2026**

### SUNNY POWER TRADING HONG KONG LIMITED

*Plaintiff*

vs

### 180S USA, LLC, AND 180S IP HOLDINGS, LLC

*Defendant*

## SECRETARY OF STATE

**Steve Avery**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **2/17/2026** at **9:00 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **Summons in a Civil Action and Complaint**

on **180S IP HOLDINGS, LLC**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to an leaving with **QUEEN MUHAMMAD** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00.
That said service was made pursuant to **303 Limited Liability Company Law**

**Description:**
**Gender: Female**   **Race/Skin: Black**   **Age: 30**   **Weight: 131-160 Lbs.**   **Height: 5ft4in-5ft8in**   **Hair: Black**   **Glasses:No**   **Other:**

I affirm on this day  February 17, 2026  , under the penalties of
perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Steve Avery
Server Lic #
JobID#   2608133



*INTER COUNTY JUDICIAL SERVICES, LLC, 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 LICENSE # 1371771*
*UNITED PROCESS SERVICE*